| | |
|---|---|
| 1  Name: Robert V. Gonzales | FILED<br>CLERK, U.S. DISTRICT COURT<br>**9/25/23**<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___EB___ DEPUTY |
| 2  Address: PO BOX 7804 | |
| 3  SLT, CA 96158 | |
| 4  Phone: 530-523-3822 | |
| 5  Fax: | |
| 6  In Pro Per | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert V. Gonzales | CASE NUMBER:<br>8:23-cv-01788-JVS(KESx) |
| Plaintiff | To be supplied by the Clerk of<br>The United States District Court |
| v. | |
| University of California, Irvine; Et. Al. | **COMPLAINT** |
| Defendant(s). | |

17  On September 5th of this year, I became the subject of an "effective expulsion" without being
18  officially expelled!  I received an email informing me that my online University "Zot" account is
19  being shut down on October 4th for the reason that "I am not enrolled in any classes."  Without a
20  University "Zot" account, I cannot register for classes or utilize any university resources.  It is
21  effectively expulsion, but I have not received a notice letter, been invited to a related hearing, nor is
22  there a reason to expel me.  Furthermore, deleting my online account is incredibly isolated since I
23  have "not been enrolled" for the last three years.  In fact, the timing correlates with my most recent
24  communications with one campus office in particular: the Division of Career Pathways.  None of
25  the other campus offices I have been contacting for the last two months while applying for jobs,
26  until now, has reported my "unenrolled status," which I often disclosed.  In fact, I have a hard time
27  believing that all past alumni are blocked from utilizing any online resources in a like manner as
28  posed to me.  After contacting several education law firms, I still do not have representation.

CV-126 (09/09)　　　　　　　　**PLEADING PAGE FOR A COMPLAINT**

In order to reverse the deletion, I was told I have to be enrolled or receive an exception, and in order to do either I have to have an academic hold lifted from my account.  But in order to lift the hold, I was told to contact the university investigator who previously, severely misrepresented my statements to the point where I kept audio recordings.  Speaking to him played out predictably: he is evading my questions in a similar way as he did three years ago, and now he is running the clock out on the deadline I have been given by outright ignoring me.  The procedure of putting me in contact with the biased investigator is comparable to making a rape victim seek approval from their rapist in order to press charges against them.  It doesn't make sense for the Office of Academic Integrity and Student Conduct not to have an alternative recusal-type procedure, like I was told.  Department of Student Affairs officials and the university Whistleblower Office gave me a similar procedure to keep contacting the problem office, to report a problem, even though the purpose of the Whistleblower office is to report staff misconduct, not student misconduct.  Even if I did succeed at lifting the hold in time, I was given a permanent disciplinary probation period "for the extent of my academic enrollment," which is required to be for "a specific period of time" as opposed to a blanket authority.  If my probation period was compared to a search warrant, the "specific places to be searched and persons or things to be seized" would say "always and everything."

The university's court record in recent years shows a series of losses for boldfaced, banana-republic type behavior by campus employees.  University officials have repeatedly engaged in forms of discrimination and harassment, defrauding taxpayers, ignoring local ordinances, medical malpractice, engaging in retaliatory behaviors against students and employees, and dereliction of university duties.  I am an independent law student, and I have been keeping thorough event records, audio recordings, communications, digital evidence, and other documentation for the last three years.  I have documented up to 50 incidences of harassment, discrimination, retaliation, confidentiality issues, unofficial expulsion, employment law issues, fraud, and bold pattern behavior. The situation I have been put in is preventing me from seeking intended professions in Criminology. I've never held suicidal ideation before. As an independent law student under pressure, I am not ready to bring my full case, and I can't meet normal expectations in this state of mind.