Robert V. Gonzales
PO BOX 7804
SLT, CA 96158
530-523-3822

```
            FILED
   CLERK, U.S. DISTRICT COURT

          07/05/2024

   CENTRAL DISTRICT OF CALIFORNIA
   BY: _____DVE_____ DEPUTY
```

☐ FPD   ☐ APPOINTED   ☐ CJA   ☑ PRO PER   ☐ RETAINED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Robert V. Gonzales

PLAINTIFF(S)

v.

The Regents of the University of California, Et. Al.

DEFENDANT(S).

CASE NUMBER:

8:23-cv-01788-JVS(KESx)

**EX PARTE APPLICATION AND DECLARATION FOR EXTENSION OF TIME TO FILE APPEAL**

Judgment in the above-entitled action was entered on  10/3/23 11/29/23; etc  , and pursuant
*Date Judgment entered*
to F.R.A.P. 4(a), the last day to file the Notice of Appeal is  12/3/23, 1/29/24; etc  .

IT IS HEREBY REQUESTED that the time for filing the Appeal in the above-entitled case be extended to: July 7th, 2024 .

I represent that the extension herein sought is within the jurisdiction of the District Court pursuant to the Federal Rules of Appellate Procedure. I have notified opposing counsel pursuant to F.R.Civ.P.5 and Local Rule 7-19.1 and counsel has indicated that there would be ☐ an objection ☐ no objection to the granting of this application.

If opposing counsel could not be contacted, please explain the circumstances below. Attach a separate affidavit, if necessary.

Another element of the appeal includes review of a motion for a cease and desist order for an avoidant defense attorney for impeding and impairing my F. Rule 26(b) and other meet and confer efforts, using dirty tricks to project his avoidance back at me, and inflaming damage to my focus and motivation.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

← July 5th, 2024

Date

*Name of Attorney*

*Bobby Gonzales*

*Party Represented*

**NOTE: Form A-13 ORDER: Order on Ex Parte Application and Declaration for Extension of Time to File Appeal MUST be submitted with this Ex Parte Application.**

EX PARTE APPLICATION AND DECLARATION FOR ORDER
EXTENDING TIME TO FILE APPEAL

A-13 (01/08)