1  Robert V. Gonzales
2  PO BOX 7804
   SLT, CA 96158
3  Telephone:   530-523-3822

FILED

CLERK, U.S. DISTRICT COURT

DEC 17, 2024

CENTRAL DISTRICT OF CALIFORNIA

BY_____PD_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROBERT V. GONZALES,

　　　　　Plaintiff,

　　v.

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, Et. Al.

　　　　　Defendants.

**CASE NO.  8:23-CV-01788-JVS(KESx)**

Declaration in Addition to Doc. #98

**Date & Time: No Hearing**

**Dept: 10C**

**Judge: Hon. James Selna**

CONTENTS

1. Declaration of Exhibit C(5)　　　　　　　　　　PG. 2-4; 8-87

2. Declaration of Exhibit A(9)　　　　　　　　　　PG. 4-7; 88-158

- 1 -

**DECLARATION OF EXHIBIT C(5): JOB APPLICATIONS SINCE AUGUST 2024**

In addition to the 91 job applications submitted in Doc. #98, Exhibit C(5) includes 77 more applications concerning jobs I have applied for since August of 2024. The **injury** demonstrated by Exhibit C(5) materials in combination with Exhibits A(3), B(8), B(13), C(1), and C(2) is irreparable damage to my young-adult life opportunities and outcomes as a result of official university actions. Exhibit C(5) demonstrates a violation of **State due process** in the form of at least 172 unsuccessful job applications and the evident *judgments or assumptions* made about "dropping out" and other elements of my character on the part of the potential employers who view my education status on my resume. Some of the job postings sent me reply emails saying "we have moved forward with someone else" feedback, but many did not. I also sent many other applications through private website software other than Indeed.com. The conclusion I am drawing from the *unusual effort* demonstrated by Exhibit C(5) materials below is not that I would have been hired to all of any of these jobs for certain minus *the false appearance of being a college drop-out*. I cannot get the years lost in my young adult life back. The **cause** that Exhibit C(5) demonstrates is whether a false appearance as a result of official university actions, or in some cases the lack of a bachelor's degree I would have already had two years ago, have completely cut me off from all of these job and career opportunities. The **relief** I am requesting from the court under this line of inquiry is to order the Regents of the University of California, UC Office of the President, or other appropriate authority to compensate me a recovery equal to a value representative of the damages as a result of the outcomes of the hardship I have experienced as articulated in the joint report (same as Ex. B(13)). On August 18th of 2024, I applied to Canvass America (pg. 8-9 below), Care in Action (pg. 10 below), Edgewood Tahoe Resort (pg. 11 below), Law Office of Adam T. Spicer (pg. 12 below), 4 jobs with CADC LLC (pgs. 13 & 16-18 below), For Our Future Action Fund (pg. 14 below), Nevada Power Products (pg. 15 below),

MOBO Law (pg. 19 below), Interstate Parking Company (pg. 20 below), Marriot Grand Residence Club (pg. 21 below), as a Pet Sitter for Jill Hansen (pg. 22 below), and at Tahoe Management Services (pg. 23 below).  On September 5th of 2024, I applied to Winter Wonderland Ski Shop (pg. 24 below), Edgewood Tahoe Resort (pg. 25 below), Jim Bagan Toyota (pg. 26 below), Michael Hohl Automotive Group (pg. 27 below), and Heavenly Mountain Resort (pg. 28 below).  On October 19th of 2024, I applied to Travel + Leisure Co. (pg. 29 below), 2 jobs with Edgewood Tahoe Resort (pg. 30 & 32 below), FirstService Residential (pg. 31 below), Heavenly Mountain Resort (pg. 33 below), and Tahoe Beach and Ski Club (pg. 34 below).  On October 20th of 2024, I applied to My Thai Cuisine (pg. 35 below) and Powder House Ski and Snowboard Shop (pg. 36 below).  On October 22nd of 2024, I applied to 2 jobs at Heavenly Mountain Resort (pg. 37 & 40 below), Edgewood Tahoe Resort (pg. 38 below), and Tahoe Beach Club (pg. 39 below).  On October 28th of 2024, I applied to 3 jobs with the United States Forest Service (pg. 42 below).  On October 31st of 2024, I applied to the Immigration and Customs Enforcement (pg. 41 below).  On November 11th of 2024, I applied to the Project 2025 Presidential Transition Team (pg. 47 below), the San Francisco Giants (pg. 48 below), Tahoe Outdoor Adventures (pg. 49 below), Harrah's and Harvey's Lake Tahoe (pg. 50 below), Heavenly Mountain Resort (pg. 51 below), and 7 jobs with the California Department of Justice (pg. 52-53 below).  On November 19th of 2024, I applied to GWP INC (pg. 54 below) and Edgewood Tahoe Resort (pg. 55 below). On November 26th of 2024, I applied to Collision Pros (pg. 56 below).  On November 27th of 2024, I applied to Alling & Jillson (pg. 57 below), the Nevada Judicial Branch (pg. 58 below), and the Nevada Department of Justice (pg. 59 below).  On December 11th of 2024, I applied to the law office of Peter Adamco (pg. 60 below), the law office of Robert Jeppson (pg. 61 below), 2 jobs with Edgewood Tahoe Resort (pg. 62, 71, 73 below), Heavenly Mountain Resort (pg. 63 below), the Forest Suites Resort (pg. 64 below), Pyramid Global Hospitality (pg. 65-66 below),

Oak View Group (pg. 67 below), 2 jobs with Inneos (pg. 68-69 below), Margaritaville Resort (pg. 70 below), Activation House (pg. 72 below), California Conservation Corps (pg. 74 below), Round Table Pizza (pg. 75 below), Insomnia Cookies (pg. 76 below), Tahoe Coalition for the Homeless (pg. 77 below), 4 jobs with Lake Tahoe Community College (pg. 78-81 below), the City of South Lake Tahoe and Douglas County (pg. 82 below).  On December 13th of 2024, I applied to Sierra Central Credit Union (pg. 83 below).  On December 16th of 2024, I received feedback from Target for four jobs where the company moved on to toher candidates for the positions (pg. 84-87 below)


**DECLARATION OF EXHIBIT A(9): RECEIVED REPLIES FROM LAW FIRMS**

I have tried using several free lawyer referral services on Google in Alameda County, Orange County, and the State of California.  I tried contacting for a second time the 93 firms which I previously documented including the 75 which I previously received replies from and 29 whom previously responded.  I also added 108 new law firms to my notes and received replies from each of them, many of which specialize in educational rights.  Of the201 total firms I have received replies from, only 58 have replied at all.  The expectation to contact an endless number of law firms constantly instead of in sudden batches is unreasonable, especially when the number of educational rights attorneys runs low and when the feedback is predictable.  In addition to the firms which responded to me shown in Doc. #98 and the many others which did not send any response, I received replies from the following firms on the following dates.  On November 21st of 2024 I received replies from Laub & Laub (pg. 89-91 below) and Killpatrick and Bullentini (pg. 88 below).  On November 21st of 2024, I received replies from Burke Williams and Sorensen (pg. 92-94 below) and Kostnett law firm (pg. 95 below).  On November 26th of 2024, I received replies from the law office of Michelle Ball (pg. 96-97 below).  On November 27th of 2024, I

received replies from the Leigh law firm (pg. 98 below) and F3 law firm (pg. 99-100 below). On December 3rd of 2024, I received replies from the law office of Stephen Rodriguez (pg. 101 below), Lazarus Law and Justice Project (pg. 102 below), Butch Alter (pg. 103 below), Burris Nisenbaum Curry and Lacy (pg. 104 below), Kelsuk law office (pg. 105 below), Cutter law office (pg. 106 & 139 below), and Grombchevsky law office (pg. 107 below). On December 4th of 2024, I received replies from Audet and partners (pg. 108 below), Badame law office (pg. 109 below), King and Siegel (pg. 110 below), Lento law firm (pg. 111 below), law office of John Burris (pg. 112 below), KJK Student Defense (pg. 113 below), Corrigan Welbourne Stokke (pg. 114 below), Bohm law group (pg. 115 below), Greene Broillet Wheeler (pg. 116 below), Helm law office (pg. 117 below), law office of Michael Fell (pg. 118 below), the Garza Firm (pg. 119 below), Eisenberg and Associates (pg. 120 below), Genie Harrison (pg. 121  below), Wade Litigation (pg. 122 below), Evans law firm (pg. 123 below), Kohn Kohn Colapinto (pg. 124 below), Winer Burrit Scott (pg. 125 below), Sanford Kassel Law office (pg. 126-127 below), Constantine and Canon (pg. 128 below), Nostrati law office (pg. 129 below), Lerner and Rowe (pg. 130 below), and Robins Kaplan (pg. 131 below). On December 5th of 2024, I received replies from Potter Handly (pg. 132 below), Keller Grover (pg. 133 below), Vanaman German (pg. 134 below), and Pointer Buelna (pg. 135-136 below). On December 9th of 2024, I received replies from Snyder and Shaw (pg. 137 below), law office of Natashe Washington (pg. 138 below), Lozano and Smith (pg. 142 below), (pg. 146-151, 154, 156-157 below). On December 10th of 2024, I used an online lawyer referral service to contact Terri Anne Smith (pg. 146-151, 154, 156-157 below), Ernest Hastings Tuttle (pg. 146-151, 154, 156-157 below), Ronald Jason Scholar (pg. 146-151, 154, 156-157 below), Grant Randolph Orbach (pg. 146-151, 154, 156-157 below), Molly Watson (pg. 140 below), Anthony Gonsalves (pg. 141 below), Paulla Hyatt-McIntyre (pg. 146-151, 154, 156-157 below), Michael Clancey Stewart (pg. 146-151, 154, 156-

157 below), Perry Calvin Leonard (pg. 146-151, 154, 156-157 below), Phillip Addison Covert

(pg. 146-151, 154, 156-157 below), Susan Ann DeNardo (pg. 146-151, 154, 156-157 below),

Diane Marshall-Freeman (pg. 146-151, 154, 156-157 below), Cynthia Mary Smith (pg. 146-151,

154, 156-157 below), Edmund Gee (pg. 146-151, 154, 156-157 below), Paul Jon Hamil (pg. 146-

151, 154, 156-157 below), Shelly Lynn Renner (pg. 146-151, 154, 156-157 below), Dorothy

Shelton Landsberg (pg. 146-151, 154, 156-157 below), Ali Mansfield (pg. 146-151, 154, 156-157

below), Marie Nakamura (pg. 146-151, 154, 156-157 below), Andrea Maureen Price (pg. 146-

151, 154, 156-157 below), Edmundo Rogelio Aguilar (pg. 146-151, 154, 156-157 below),

Angelique Martin Huttonhill (pg. 146-151, 154, 156-157 below), Alesa Rose Schaschter (pg. 146-

151, 154, 156-157 below), Paul Eric Lacy (pg. 146-151, 154, 156-157 below), Katherine Starn

Legrand (pg. 146-151, 154, 156-157 below), Roberta Susan Savage (pg. 146-151, 154, 156-157

below), Thomas Gauthier (pg. 146-151, 154, 156-157 below), John Scott Smith (pg. 146-151,

154, 156-157 below), Donald Omar Thomass III (pg. 146-151, 154, 156-157 below). Jennifer

Stewart-Kemp (pg. 146-151, 154, 156-157 below), Anne Maureen Sherlock (pg. 146-151, 154,

156-157 below), Douglas Alan Purdy (pg. 146-151, 154, 156-157 below), Lesley Beth Curtis (pg.

146-151, 154, 156-157 below), Frank Richard Ruderman (pg. 146-151, 154, 156-157 below),

Michelle Leigh Cannon (pg. 146-151, 154, 156-157 below), Jeffrey Lee Massey (pg. 146-151,

154, 156-157 below), Jeremy Wayne Simmons (pg. 146-151, 154, 156-157 below), and Thomas

Joseph Driscoll Jr (pg. 146-151, 154, 156-157 below).  On December 11th of 2024, I used an

online lawyer referral service to contact Jean Adams (pg. 146-151, 154, 156-157 below), Betzy

Brazy (pg. 146-151, 154, 156-157 below), Kristin Springer (pg. 146-151, 154, 156-157 below),

Gilbert Castro (pg. 146-151, 154, 156-157 below), Edmund Siebel (pg. 146-151, 154, 156-157

below), Kathleen Loyer (pg. 146-151, 154, 156-157 below), Brent North (pg. 146-151, 154, 156-

157 below), Meldie Moore (pg. 146-151, 154, 156-157 below), and Jeffery Gotlieb (pg. 146-151,

154, 156-157 below).  On December 12th of 2024, I received replies from Bracker and Marcus LLC (pg. 143 below), Abir Cohen Treyzon Salo, LLP (pg. 144 below), and MWGJ Law (pg. 145 below).  On December 16th of 2024, I received replies from Allred Maroko and Goldberg (pg. 153 below) and the law office of Oscar Gutierrez (pg. 154 below).

December 17th, 2024

By: *Bobby Gonzales*
 Robert V. Gonzales

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Political Canvasser
1 message

**Indeed Apply** <indeedapply@indeed.com>                                    Sun, Aug 18, 2024 at 10:35 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

 indeed

---

✓ **Application submitted**

# Political Canvasser



**Canvass America RS** - Reno, NV

---

The following items were sent to Canvass America RS. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few
weeks.

**View your applications**

Never share financial info or take job offers without an interview. Learn how to avoid
scams.

Please do not reply directly to this autogenerated email message. If you have any
questions or concerns about your application, please contact Indeed.

---

**indeed**

©2024 Indeed

Austin Indeed Tower, 200 West 6th Street, Floor 36, Austin, TX 78701

Privacy Policy  |  Terms  |  Help  |



bobby gonzales <bgfarcenter@gmail.com>

---

**Indeed Application: Canvasser/Team Lead**
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                                       Sun, Aug 18, 2024 at 10:37 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



🗸 **Application submitted**

# Canvasser/Team Lead

**Care in Action** - Reno, NV



---

The following items were sent to Care in Action. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Marketing Specialist
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                          Sun, Aug 18, 2024 at 10:41 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

⊘  **Application submitted**

# <u>Marketing Specialist</u>



**<u>Edgewood Tahoe Resort</u>** -
Stateline NV US 89449

★★★☆☆ <u>232 reviews</u>

---

The following items were sent to Edgewood Tahoe Resort. Good luck!

• Application
• Resume

---

### Keep track of your applications

You will receive an application status update from Indeed within a few
weeks.

**<u>View your applications</u>**

---

Never share financial info or take job offers without an interview. Learn how to avoid
scams.



bobby gonzales <bgfarcenter@gmail.com>

## Indeed Application: Legal Administrative Assistant
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Sun, Aug 18, 2024 at 10:47 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



⬤ **Application submitted**

# Legal Administrative Assistant



### Law Office of Adam T. Spicer - South

Lake Tahoe, CA 96150

---

The following items were sent to Law Office of Adam T. Spicer. Good luck!

- Application
- Resume

---

### Next steps

- No longer interested in this job? Close this application.

---

### Keep track of your applications

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Entry Level, Full Time Team Member For Political Campaigns
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Sun, Aug 18, 2024 at 10:48 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

**indeed**

---

✓ **Application submitted**

# Entry Level, Full Time Team Member For Political Campaigns



**CADC** **CADC LLC** - Verdi, NV

★★☆☆☆ 5 reviews

---

The following items were sent to CADC LLC. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Part Time Voter Contact Organizer - Washoe County
1 message

**Indeed Apply** <indeedapply@indeed.com>                                     Sun, Aug 18, 2024 at 10:50 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

---

**indeed**

---

✔ **Application submitted**

# Part Time Voter Contact Organizer - Washoe County



For Our Future    **For Our Future Action Fund** - Reno, NV

★★★½☆ 28 reviews

---

The following items were sent to For Our Future Action Fund. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Inside Sales Representative
1 message

**Indeed Apply** <indeedapply@indeed.com>     Sun, Aug 18, 2024 at 10:52 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

 indeed

---

✅ **Application submitted**

# Inside Sales Representative

**Nevada Power Products,Inc.** - Carson City, NV



---

The following items were sent to Nevada Power Products,Inc.. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Entry Level, Full Time Field Representative
1 message

**Indeed Apply** <indeedapply@indeed.com>                              Sun, Aug 18, 2024 at 10:54 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

---

**indeed**

⊘ **Application submitted**

# Entry Level, Full Time Field Representative



**CADC** **CADC LLC** - Verdi, NV
★★☆☆☆  5 reviews

---

The following items were sent to CADC LLC. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

 **Gmail**

bobby gonzales <bgfarcenter@gmail.com>

---

**Indeed Application: Full Time Community Outreach Team Member**
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Sun, Aug 18, 2024 at 10:55 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

---

**indeed**

---

✓ **Application submitted**

# <u>Full Time Community Outreach Team Member</u>



**CADC** | <u>**CADC LLC**</u> - Lockwood, NV

★★☆☆☆ <u>5 reviews</u>

---

The following items were sent to CADC LLC. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

 **Gmail**

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Full Time Associate For Door to Door Canvassing Program
1 message

**Indeed Apply** <indeedapply@indeed.com>                                  Sun, Aug 18, 2024 at 10:56 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

---

**indeed**

---

✅ **Application submitted**

# Full Time Associate For Door to Door Canvassing Program



**CADC LLC** - Reno, NV

★★☆☆☆  5 reviews

---

The following items were sent to CADC LLC. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

Gmail - Indeed Application: Legal Assistant/Secretary

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

**Indeed Application: Legal Assistant/Secretary**
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                    Sun, Aug 18, 2024 at 10:58 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

 indeed

---

● **Application submitted**

# Legal Assistant/Secretary



**MOBO Law, LLP** - Zephyr Cove, NV

---

The following items were sent to MOBO Law, LLP. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

---

 **Gmail**

bobby gonzales <bgfarcenter@gmail.com>

---

## Indeed Application: Seasonal Parking Attendant (Ski Season 2024/25) - HEAVENLY SKI RESORT - $24

1 message

---

**Indeed Apply** <indeedapply@indeed.com>                    Sun, Aug 18, 2024 at 11:04 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

---

**indeed**

---



✓ **Application submitted**

# Seasonal Parking Attendant (Ski Season 2024/25) - HEAVENLY SKI RESORT - $24



**Interstate Parking Company** - South Lake Tahoe,CA

★★★☆☆ 57 reviews

---

The following items were sent to Interstate Parking Company. Good luck!

• Application
• Resume

---

**Keep track of your applications**

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

**Indeed Application: Housekeeping Pool Attendant - $21/hr + Benefits!**
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                    Sun, Aug 18, 2024 at 11:05 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

### indeed

---

✓ **Application submitted**

# Housekeeping Pool Attendant - $21/hr + Benefits!



MARRIOTT
VACATIONS
WORLDWIDE

**Marriott Grand Residence Club** - South Lake Tahoe, CA 96150

★★★★☆ 5,085 reviews

---

The following items were sent to Marriott Grand Residence Club. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Short Term Pet Sitter
1 message

**Indeed Apply** <indeedapply@indeed.com>                     Sun, Aug 18, 2024 at 11:06 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

indeed

---

✔ **Application submitted**

# Short Term Pet Sitter



### Jill Hansen - South Lake Tahoe, CA 96150

---

The following items were sent to Jill Hansen. Good luck!

- Application

---

**Next steps**

- No longer interested in this job? Close this application.

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

## Indeed Application: Vacation rental house keepers
1 message

**Indeed Apply** <indeedapply@indeed.com>                          Thu, Sep 5, 2024 at 2:22 AM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✓ **Application submitted**

# Vacation rental house keepers

### Tahoe Management Services Co -
Zephyr Cove, NV



The following items were sent to Tahoe Management Services Co. Good luck!

- Application
- Resume

### Next steps

- No longer interested in this job? Close this application.

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Ski Shop Manager
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Thu, Sep 5, 2024 at 2:31 AM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✓ **Application submitted**

# Ski Shop Manager

**Winter Wonderland Ski Shop** - South
Lake Tahoe, CA 96150



---

The following items were sent to Winter Wonderland Ski Shop. Good
luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Activities Ambassador
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Thu, Sep 5, 2024 at 2:41 AM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

---



✓ **Application submitted**

# <u>Activities</u>
# <u>Ambassador</u>



**<u>Edgewood Tahoe Resort</u>** -
Stateline NV US 89449

★★★☆☆ <u>232 reviews</u>

---

The following items were sent to Edgewood Tahoe Resort. Good luck!

- Application
- Resume

---

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

**<u>View your applications</u>**

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.



**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Receptionist/Rental agent
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                              Thu, Sep 5, 2024 at 2:45 AM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

**indeed**



✓ **Application submitted**

# <u>Receptionist/Rent al agent</u>

### <u>JIM Bagan Toyota</u> - South Lake Tahoe, CA

---

The following items were sent to JIM Bagan Toyota. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

<u>**View your applications**</u>

Never share financial info or take job offers without an interview. Learn how to avoid scams.



**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Automotive Sales Consultant - Subaru
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                         Thu, Sep 5, 2024 at 3:17 AM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

**indeed**

---

⊘ **Application submitted**

# Automotive Sales Consultant - Subaru



### Michael Hohl Automotive Group -
Carson City, NV

---

The following items were sent to Michael Hohl Automotive Group. Good luck!

- Application
- Resume

---

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

**Indeed Application: Advanced Vehicle Maintenance**
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                     Thu, Sep 5, 2024 at 3:20 AM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

 indeed

---

✔ **Application submitted**

# <u>Advanced Vehicle Maintenance</u>



 VR  **<u>Heavenly Mountain Resort</u>**
- CA

★★★★☆ <u>2,438 reviews</u>

---

The following items were sent to Heavenly Mountain Resort. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

<u>View your applications</u>

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.



**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Marketing Concierge
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                                  Sat, Oct 19, 2024 at 3:20 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✔ **Application submitted**

# Marketing Concierge



  **Travel + Leisure Co.** –
Zephyr Cove, NV 89448

★★★☆☆ 3,256 reviews

---

The following items were sent to Travel + Leisure Co.. Good luck!

- Application
- Resume

---

### Next steps

- No longer interested in this job? Close this application.

---

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

**Indeed Application: Safety & Asset Protection - Relief Supervisor**
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                    Sat, Oct 19, 2024 at 3:30 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✓ **Application submitted**

# Safety & Asset Protection - Relief Supervisor



 **Edgewood Tahoe Resort** -
Stateline NV US 89449

★★★☆☆ 235 reviews

---

The following items were sent to Edgewood Tahoe Resort. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Seasonal Part-Time Certified Pool Operator/Snow Removal
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                    Sat, Oct 19, 2024 at 3:49 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

**indeed**

---

✓ **Application submitted**

# Seasonal Part-Time Certified Pool Operator/Snow Removal



**FirstService Residential** –
California United States

★★★½☆ [2,069 reviews](#)

---

The following items were sent to FirstService Residential. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Valet Attendant (Full-Time)
1 message

**Indeed Apply** <indeedapply@indeed.com>                      Sat, Oct 19, 2024 at 4:12 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✓ **Application submitted**

# <u>Valet Attendant (Full-Time)</u>



 **Edgewood Tahoe Resort** -
Stateline NV US 89449

★★★☆☆ 235 reviews

---

The following items were sent to Edgewood Tahoe Resort. Good luck!

- Application
- Resume

---

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

**View your applications**

Never share financial info or take job offers without an interview. Learn how to avoid scams.

 **Gmail**

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Activities Attendant
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                          Sat, Oct 19, 2024 at 4:57 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

✅  **Application submitted**

# Activities Attendant



**VR**  **Heavenly Mountain Resort**
- CA

⭐⭐⭐⭐☆ 2,452 reviews

---

The following items were sent to Heavenly Mountain Resort. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

**Indeed Application: Hospitality Maintenance/Security**
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                                Sat, Oct 19, 2024 at 4:59 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

indeed

---



✅ **Application submitted**

# Hospitality Maintenance/Security

**Tahoe Beach and Ski Club** - South
Lake Tahoe, CA 96150

★★★☆☆ 9 reviews

---

The following items were sent to Tahoe Beach and Ski Club. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Dishwasher/Busser
1 message

Indeed Apply <indeedapply@indeed.com>                                    Sun, Oct 20, 2024 at 6:31 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

**indeed**

---

✓ **Application submitted**

# Dishwasher/Busser



### MY THAI CUISINE - South Lake
Tahoe, CA 96150

---

The following items were sent to MY THAI CUISINE. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.



bobby gonzales <bgfarcenter@gmail.com>

---

## Indeed Application: Ski/Snowboard Rental Technician
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                 Sun, Oct 20, 2024 at 6:38 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✓ **Application submitted**

# Ski/Snowboard Rental Technician



**Powder House Ski and Snowboard Shop** - South Lake Tahoe, CA

---

The following items were sent to Powder House Ski and Snowboard Shop. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

## Indeed Application: Experienced Driver
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Tue, Oct 22, 2024 at 2:13 AM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✔ **Application submitted**

# Experienced Driver



 **Heavenly Mountain Resort**
- CA

★★★★☆ 2,453 reviews

The following items were sent to Heavenly Mountain Resort. Good luck!

- Application
- Resume

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

**View your applications**

Never share financial info or take job offers without an interview. Learn how to avoid scams.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Safety & Asset Protection Officer
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                          Tue, Oct 22, 2024 at 2:16 AM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✔ **Application submitted**

# Safety & Asset Protection Officer



 **Edgewood Tahoe Resort** -
Stateline NV US 89449

★★★☆☆ 238 reviews

---

The following items were sent to Edgewood Tahoe Resort. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

**Indeed Application: Member Experience Ambassador**
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                              Tue, Oct 22, 2024 at 2:19 AM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

**indeed**

---

✅ **Application submitted**

# <u>Member Experience Ambassador</u>



### <u>TAHOE BEACH CLUB</u> - Stateline, NV

89449

---

The following items were sent to TAHOE BEACH CLUB. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

Gmail - Indeed Application: Ski Patrol



**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Ski Patrol
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                    Tue, Oct 22, 2024 at 2:23 AM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

✓ **Application submitted**

# <u>Ski Patrol</u>



**VR**  **<u>Heavenly Mountain Resort</u>**
- CA
★★★★☆ <u>2,453 reviews</u>

---

The following items were sent to Heavenly Mountain Resort. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**<u>View your applications</u>**

Never share financial info or take job offers without an interview. Learn how to avoid scams.



BG    Help    Search

Dashboard    Profile    Docs    Prefs    Sign out

# Welcome Bobby!

*Your profile is complete and you're able to apply for jobs on USAJOBS.*

**4** Active
applications

**Active**    Archived

## Find & filter applications    +

Sort by

Job Status

## Notifications

## ⊕ Immigration Law Analyst

Accepting applications

**Department of Homeland Security - Agency Wide**

Anywhere in the U.S. (remote job), United States

🕐 *Closes 12/18/2024*

**Application status**

You applied on 10/31/2024.

Track this application.

## ➕ Forestry Technician

Reviewing applications

**Forest Service**
Multiple Locations
🕐 *Closed 11/12/2024*

**Application status**
You applied on 10/28/2024.

Track this application.

---

## ➕ Forestry Aid

Reviewing applications

**Forest Service**
Multiple Locations
🕐 *Closed 11/12/2024*

**Application status**
You applied on 10/28/2024.

Track this application.

---

## ➕ Automotive Equipment Dispatcher

Reviewing applications

**Forest Service**
Multiple Locations
🕐 *Closed 11/12/2024*

**Application status**
You applied on 10/28/2024.

Track this application.

 Gmail

**Bobby Gonzales <baseballstarbobby@gmail.com>**

## HRC1800395 - Hiring Support - Unknown - NA
2 messages

**People Connect** <peopleconnect@vailresorts.com>                    Wed, Nov 6, 2024 at 7:01 AM
Reply-To: People Connect <peopleconnect@vailresorts.com>
To: baseballstarbobby@gmail.com

Hi Robert,


Good morning and happy Wednesday! Looking into this issue further it seems that your assessments have been completed and your applications are currently being reviewed by our hiring team. If you follow a prompt to complete an assessment for a position you have already been declined for, this would cause an issue with the link as discussed on the phone. I have looked into this and see that your assessment has been completed for each of the following applications submitted within the last week: Non-Certified Ski Instructor, Member Service Associate, Ski & Ride School Administrative Associate, Resort Content Specialist, and Maintenance Crew.

It seems that our Talent Aquisition and hiring team are currently reviewing these applications and will reach back out if they have any additional questions or concerns.



People Connect

KP


Ref:MSG13030621_FYBUPiCt0q8J8zRW3BS

---

**Bobby Gonzales** <baseballstarbobby@gmail.com>                    Wed, Nov 6, 2024 at 8:27 AM
To: People Connect <peopleconnect@vailresorts.com>

Hi,

I have not completed one assessment for 13 positions which I stated over the phone, nor could I access one of them which I stated over the phone.  None of my assessments have been completed, and I should have the opportunity to complete the assessment once so it can carry over to other applications.  Which I stated over the phone.

While at the Heavenly property yesterday, I was informed that I was given a score of "1," which indicated to the person I was talking to that I HAVE NOT COMPLETED THE ASSESSMENT, which I have not even had any access to once, and she also stated that it is a common issue with the Vail software at Heavenly for prospective employees to be blocked from accessing the assessment.  The assessment which I have not completed or accessed, as I stated over the phone.

So no, I have not completed a single assessment despite the software showing a score of "1" as I was told, which we discussed over the phone.  I did not complete an assessment or even access one, not even for positions I was declined for, so that cannot be the problem because I could not access an assessment for those positions either.  Which I stated over the phone.

In fact, over the phone, I repeated that I have not completed one assessment nor have I accessed the carry-over assessment once. Which I keep repeating because the email above should have been recorded for quality-concern purposes.

Please provide access to the assessment so I can complete it, which I have not done yet, nor have I even accessed it.  Which I repeated over the phone and over email.  I cannot imagine how I received the response above after the conversation describing the exact opposite over the phone.

[Quoted text hidden]

 **Gmail**

Bobby Gonzales <baseballstarbobby@gmail.com>

---

## HRC1800395 - Hiring Support - Unknown - NA
3 messages

---

**People Connect** <peopleconnect@vailresorts.com>
Reply-To: People Connect <peopleconnect@vailresorts.com>
To: baseballstarbobby@gmail.com

Wed, Nov 6, 2024 at 9:01 AM

Hello Bobby,

Thank you for contacting PeopleConnect. I am sending your request to receive an assessment to our Onboarding Department.

The record has been corrected to reflect you never received a link to complete an assessment. The Hiring Department will contact you as soon as possible.

Best regards,
Manny

PeopleConnect

Ref:MSG13033354_IpBD3O1geT1MdQIhTJg

---

**Bobby Gonzales** <baseballstarbobby@gmail.com>
To: People Connect <peopleconnect@vailresorts.com>

Wed, Nov 6, 2024 at 3:32 PM

Here is what I see at the links I was sent, which we discussed over the phone.

The links are broken.  Please fix.

Thank you.
[Quoted text hidden]

---

**2 attachments**


**healv.png**
203K


**heavl link.png**
177K

---

**Bobby Gonzales** <baseballstarbobby@gmail.com>

Sun, Nov 10, 2024 at 6:10 PM

 Gmail

**Bobby Gonzales <baseballstarbobby@gmail.com>**

---

# HRC1800395 - Hiring Support - Unknown - NA
2 messages

**People Connect** <peopleconnect@vailresorts.com>                    Wed, Nov 13, 2024 at 12:40 PM
Reply-To: People Connect <peopleconnect@vailresorts.com>
To: baseballstarbobby@gmail.com

Hi Robert,

Thanks for reaching out! Here is a link to the completed assessment we have on file for you: https://sus.hvue.io/9TzKJjZ9xcBeYLVx

Try accessing this and seeing if you can retake or if this is still pulling up as complete (which I know you say you have not done).

I will also be transferring your case to another team to assist with any follow-ups!

Thank you,
Talent Acquisition SS

Ref:MSG13157215_kYLjMp84GpSK7KxCaJy

**Bobby Gonzales** <baseballstarbobby@gmail.com>                    Thu, Nov 14, 2024 at 11:51 PM
To: People Connect <peopleconnect@vailresorts.com>

Hi,

Still cannot access the assessment.  On what date does the software say I completed the assessment?

Also, I know that you are relying on what I am saying happened, generally.  Genuinely in today's world.

But if I have sent repeat messages saying that the exact opposite words were put in my mouth over the phone.  And there is a recording of the conversation showing a lie.

Wouldn't one be able to form more of a conclusion?  Than just relying on what I say or anyone says?

Thank you!
[Quoted text hidden]


**hv.png**
169K

Case 8:23-cv-01788-JVS-KES     Document 21     Filed 12/17/24     Page 46 of 158     Page ID #:1699



2025 Presidential Transition Project - bgarden.ag@gmail.com - Gmail

= **Gmail**

🔍 help@project2025.org                                    ✕  ⚙

Compose

Inbox           3,052
Starred
Snoozed
Important
Sent
Drafts             8
Categories
More

Labels
Notes

✉

# 2025 Presidential Transition Project          Inbox ✕

Ⓟ  **Project 2025**                                    Fri, Nov 15, 11:22 AM
   to me

# Project 2025
## PRESIDENTIAL TRANSITION PROJECT

Dear Robert,

We are reaching out regarding the 2025 Presidential Transition Project. We are pleased to invite you to create a profile in the Presidentia

The Presidential Personnel Database will identify conservatives from across the country with various backgrounds and experiences who
next conservative president. This database will serve as a resource to the next conservative president and his or her team as they look to
appointed positions.

**Please click the button below to create a profile in the Presidential Personnel Database and put yourself in contention for positi
conservative administration.** Once you create your profile, you will have access to multiple other resources, including the Presidential
AND be the first to know about exciting opportunities to get involved with the next conservative administration.

New Message



**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Director, Promotions and Special Events
1 message

**Indeed Apply** <indeedapply@indeed.com>                                    Mon, Nov 11, 2024 at 1:58 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

## indeed

---

✓ **Application submitted**

# <u>Director, Promotions and Special Events</u>



**<u>San Francisco Giants</u>** - Oracle Park, SF

★★★½☆ <u>107 reviews</u>

---

The following items were sent to San Francisco Giants. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**<u>View your applications</u>**

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Adventure Guide
1 message

**Indeed Apply** <indeedapply@indeed.com>        Mon, Nov 11, 2024 at 2:00 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✅ **Application submitted**

# Adventure Guide



**Tahoe Outdoor Adventures** - South Lake Tahoe, CA 96154

---

The following items were sent to Tahoe Outdoor Adventures. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**



bobby gonzales <bgfarcenter@gmail.com>

---

## Indeed Application: Surveillance Officer
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                    Mon, Nov 11, 2024 at 2:02 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

---

**indeed**

---

✓ **Application submitted**

# <u>Surveillance Officer</u>



### <u>Harrah's and Harveys - Lake Tahoe</u> -
Stateline, NV 89449

---

The following items were sent to Harrah's and Harveys - Lake Tahoe.
Good luck!

- Application
- Resume

---

### Next steps

- No longer interested in this job? Close this application.

---

### Keep track of your applications

You will receive an application status update from Indeed within a few
weeks.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Experienced Security
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                          Mon, Nov 11, 2024 at 2:07 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

✓ **Application submitted**

# Experienced Security



 **Heavenly Mountain Resort**
- CA

★★★★☆ 2,719 reviews

---

The following items were sent to Heavenly Mountain Resort. Good luck!

- Application
- Resume

---

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.



Skip to Main Content

# My Job Applications

Robert Gonzales

## Account Management

    CalCareer Account                                      ▶

    Contact Information                                    ▶

    Additional Records                                   ▶

## Templates / Documents

    Application Templates (STD678)                      ▶

    Uploaded Documents                                 ▶

    Equal Employment Opportunity                        ▶

## Jobs

    **Job Applications**                                     ▶

    Saved Jobs                                        ▶

## Exams / Assessments

    Exam / Assessment Applications                    ▶

    Exam / Assessment Records                          ▶

## Emails / Messages

    Saved Searches (E-mail Alerts)                      ▶

    Messages                                          ▶

Your job applications will be saved in your CalCareer account for two (2) years from the last status update. Each state agency processes their own hiring. Please contact the hiring department listed on the job posting with questions regarding your application.

| In Progress | **Submitted** | Archived |
| --- | --- | --- |

Skip to Main Content

| Job Code | Classification / Working Title / Department | Final File Date | Application Date | Status | Archive |
|---|---|---|---|---|---|
| JC-454235 | SPECIAL AGENT, DEPARTMENT OF JUSTICE / Special Agent *Department of Justice* | 11/18/2024 | 11/11/2024 | Submitted | ☐ |
| JC-454622 | SPECIAL INVESTIGATOR / Special Investigator, Consumer Protection Section, Public Rights Division *Department of Justice* | 12/09/2024 | 11/11/2024 | Submitted | ☐ |
| JC-453127 | PROGRAM TECHNICIAN II / Program Technician II *Department of Justice* | 11/21/2024 | 11/11/2024 | Submitted | ☐ |
| JC-447718 | GRADUATE LEGAL ASSISTANT / Correctional Law Graduate Legal Assistant *Department of Justice* | 11/27/2024 | 11/11/2024 | Submitted | ☐ |
| JC-456216 | DEPUTY ATTORNEY GENERAL / DEPUTY ATTORNEY GENERAL - GOVERNMENT LAW SECTION *Department of Justice* | 12/09/2024 | 11/11/2024 | Submitted | ☐ |
| JC-455471 | ASSOCIATE GOVERNMENTAL PROGRAM ANALYST / ASSOCIATE GOVERNMENTAL PROGRAM ANALYST *Department of Justice* | 11/25/2024 | 11/11/2024 | Submitted | ☐ |
| JC-455153 | CRIME ANALYST I / Crime Analyst I *Department of Justice* | 11/26/2024 | 11/12/2024 | Submitted | ☐ |

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Personal Vehicle Delivery Driver In South Lake Tahoe
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Tue, Nov 19, 2024 at 12:37 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

---

indeed

---

✔ **Application submitted**

# Personal Vehicle Delivery Driver In South Lake Tahoe



**GWP INC.** - South Lake Tahoe, CA

---

The following items were sent to GWP INC.. Good luck!

- Application
- Resume

---

**When will you hear back?**

This employer typically responds to applications in 1-2 days.

Candidates are encouraged to respond within 3 days of employer contact.

---



**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Arrival Experience Manager
1 message

**Indeed Apply** <indeedapply@indeed.com>                                     Tue, Nov 19, 2024 at 11:00 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



⊘  **Application submitted**

# Arrival Experience Manager



 **Edgewood Tahoe Resort** -
Stateline NV US 89449

★★★☆☆ 240 reviews

---

The following items were sent to Edgewood Tahoe Resort. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Auto Body Estimator
1 message

**Indeed Apply** <indeedapply@indeed.com>                     Tue, Nov 26, 2024 at 12:55 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

### ✓ Application submitted

# Auto Body Estimator



### Collision Pros, South Lake Tahoe -
South Lake Tahoe, CA 96150

★★★★★ <u>13 reviews</u>

---

The following items were sent to Collision Pros, South Lake Tahoe. Good luck!

- Application
- Resume

---

### Next steps

- No longer interested in this job? Close this application.

---

### Keep track of your applications



**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: LEGAL ASSISTANT
1 message

**Indeed Apply** <indeedapply@indeed.com>                                    Wed, Nov 27, 2024 at 4:10 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

## indeed

---

⊘ **Application submitted**

# LEGAL ASSISTANT



**Alling & Jillson, Ltd** - Stateline, NV 89449

---

The following items were sent to Alling & Jillson, Ltd. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.



bobby gonzales <bgfarcenter@gmail.com>

---

**Indeed Application: Law Clerk (2025) - Supreme Court/Carson City**
1 message

**Indeed Apply** <indeedapply@indeed.com>                     Wed, Nov 27, 2024 at 4:14 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

**indeed**

---

✓ **Application submitted**

# Law Clerk (2025) - Supreme Court/Carson City



**STATE OF NEVADA-JUDICIAL BRANCH** - US NV Carson City 89701

---

The following items were sent to STATE OF NEVADA-JUDICIAL BRANCH. Good luck!

• Application
• Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

 **Gmail**

**bobby gonzales <bgfarcenter@gmail.com>**

---

## AG LEGAL SECRETARY 11/27/2024
10 messages

---

**bobby gonzales** <bgfarcenter@gmail.com>                    Wed, Nov 27, 2024 at 7:50 PM
To: kbarrette@ag.nv.gov, aford@ag.nv.gov, aaronford@ag.nv.gov, aaron.ford@ag.nvv.gov, aaron_ford@ag.nv.gov,
VBeavers@ag.nv.gov, kgeorge@ag.nv.gov, cbrady@ag.nv.gov, cjbrady@ag.nv.gov

Hi,

My name is Bobby Gonzales.

I found an open position for AG LEGAL SECRETARY on 11/27.  The indeed app said the application closes on this date, so I filled it out on the State NEATS website.  However, I am being shown an error message saying that the application didn't send because it has apparently already closed before the end of the day.  I selected boxes for many of the skills listed in the application, and I also added several of the skills I listed on my "governmentjobs.com" profile such as "research" and "investigation."

I am a first dan black belt certified by the school of Moodukkwan.  I have been able to take control of large crowds in urgent situations in the past, and I can build a captivating, unmatchable narrative.  As a student, I have already offered national emergency assistance to appropriate professionals for a constitutional issue which has still not been solved.  Since a very early age, I have idealized simple answers to update outdated norms in the English Common Law system, such as updated standards of proof to improve both sides of cause and doubt/preponderance.  **Just imagine, if we still do not really distinguish between the "objects" and "concepts" which we call "things" within our Nouns!**

**I have been unemployed for two years, and I have unsuccessfully applied to more than 200 jobs in recent time.**  The jobs I have been applying to are not so exciting I might add, and I would be motivated enough to drive down from Tahoe everyday and all around if necessary!  Please find a position to hire me in any or all departments, full-time or on call.  I indicated that I can be very flexible based on the hiring needs in the application which I printed as a PDF at the end of the process and attached below.

I also sent this email to AG Ford, Assistant AG George, and Assistant AG Brady, and Mrs. Beavers partly because of the applications I sent in to the CA AG's office a few weeks ago following the "Progress will Prevail" CA legal challenges announcement in preparation for the new presidential administration, as shown in the form of apparent *overachievement* in the fifth attachment below.

Thank you for your time.  I really need to and probably deserve to hear back soon!

---

**5 attachments**

 **NVapp.pdf**
1850K

**RESUME.pdf**
90K

 **SA100 KM20031313260.pdf**
243K

**taholaw.pdf**
76K

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

## Indeed Application: Legal Secretary
1 message

**Indeed Apply** <indeedapply@indeed.com>    Wed, Dec 11, 2024 at 5:50 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

 indeed

✓ **Application submitted**

# <u>Legal Secretary</u>



**<u>Law Office of Peter P Adamco</u>** -
Zephyr Cove, NV

The following items were sent to Law Office of Peter P Adamco. Good luck!

- Application
- Resume

**Next steps**

- No longer interested in this job? Close this application.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Administrative Assistant
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Wed, Dec 11, 2024 at 5:53 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

 indeed

---

✓ **Application submitted**

# Administrative Assistant



### Law Offices of Robert E. Jeppson -
South Lake Tahoe, CA 96150

---

The following items were sent to Law Offices of Robert E. Jeppson. Good luck!

- Application
- Resume

---

### Next steps

- No longer interested in this job? Close this application.

---

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

**Indeed Application: Restaurant Reservationist**
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                    Wed, Dec 11, 2024 at 8:43 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✅ **Application submitted**

# Restaurant Reservationist

 **Edgewood Tahoe Resort** -
Stateline NV US 89449
★★★☆☆ 241 reviews



---

The following items were sent to Edgewood Tahoe Resort. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Ski & Ride School Administrative Assistant
1 message

**Indeed Apply** <indeedapply@indeed.com>                          Wed, Dec 11, 2024 at 8:46 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

---

**indeed**

---

✓ **Application submitted**

# Ski & Ride School Administrative Assistant



 VR    **Heavenly Mountain Resort**
- CA

★★★★☆ 2,732 reviews

---

The following items were sent to Heavenly Mountain Resort. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

**Indeed Application: Front Desk Agent**
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                    Wed, Dec 11, 2024 at 8:47 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

✓ **Application submitted**

# Front Desk Agent



**The Forest Suites Resort** - South
Lake Tahoe, CA

---

The following items were sent to The Forest Suites Resort. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**



**bobby gonzales <bgfarcenter@gmail.com>**

---

# Thank you for applying at The Forest Suites Resort
1 message

---

**Pyramid Global Hospitality @ icims** <pyramidhotelgroup+autoreply@talent.icims.com>
Reply-To: "Pyramid Global Hospitality @ icims" <pyramidhotelgroup+autoreply@talent.icims.com>
To: bgfarcenter@gmail.com

Wed, Dec 11, 2024 at 8:47 PM



Hi Bobby Gonzales,

Thank you so much for your interest for the Front Desk Agent at The Forest Suites Resort of Pyramid Global Hospitality! We just have a few more steps in order for your application to be complete.

Please follow the link to finish your job application: https://careers-pgh.icims.com/jobs/password?uI=833407&v= 5e3103744fb54247b7a59eabd5c6f17d244850d0bf531a344e6f939c80355ded&t=1733978846508&redirect= 48206%2Flogin%3FloginOnly%3D1%26redirect%3DApp&hashed=-435592637

Curious about our People-First company? Please take a look at this video highlighting our resort destinations and feel free to follow us on LinkedIn.

Login name: bobbygonza833698

Thank you,

*This is an automated email response. Please do not reply.*

© Pyramid Advisors, LP; 30 Rowes Wharf Suite 5300 Boston, Massachusetts 02110

## Front Desk Agent

The Forest Suites Resort

2 month

📍 Benchmark Resorts and Hotels  📍 US-CA-South Lake Tahoe  **Department** Front Office  **Position Type** Regular Full Time  **# of Openings** 1

**Requisition ID** 2024-48206  📍 1 Lake Parkway  📍 96150

✔ Your application was submitted successfully. Thank you for applying.

ⓘ You are currently submitted to this job.

## About Us

At Pyramid Global Hospitality, people come first. As a company that values its employees, Pyramid Global Hospitality is dedicated to creating a supportive and inclusive work environment that fosters diversity, growth, development, and wellbeing. Our commitment to a People First culture is reflected in our approach to employee development, employee benefits and our dedication to building meaningful relationships. Pyramid Global Hospitality offers a range of employment benefits, including comprehensive health insurance, retirement plans, and paid time off, as well as unique perks such as on-site wellness programs, local discounts, and employee rates on hotel stays. In addition, Pyramid Global Hospitality is committed to providing ongoing training and development opportunities to help our people build the skills and knowledge they need to advance their careers. Whether you are just starting out in the hospitality industry or are a seasoned professional, Pyramid Global Hospitality offers a supportive and collaborative work environment that encourages growth and fosters success, in over 230 properties worldwide. Join their team and experience the benefits of working for a company that values its employees and is committed to creating exceptional guest experiences. Check out this video for more information on our great company!

#PGH-BMC

## Location Description

Welcome to Forest Suites Resort in the stunning setting of South Lake Tahoe, California, proudly part of the Pyramid Global Hospitality portfolio. Offering 119 comfortable guest rooms and a total of 3,476 sq ft of meeting space across 6 versatile rooms, Forest Suites Resort is not just a place to stay—it's a mountain retreat that seamlessly integrates comfort with career opportunities. Nestled in the breathtaking beauty of South Lake Tahoe, Forest Suites Resort embodies the work culture fostered by Pyramid Global Hospitality, where professional growth and seizing opportunities take center stage. As a member of the Pyramid Global team, you'll enjoy benefits such as a 401k with a company match and recognition programs tailored to celebrate your achievements. Join us at Forest Suites Resort, where your pathway to a fulfilling career is guided by an excellent People First Culture. It's about being part of a professional team that understands the unique energy of South Lake Tahoe while supporting your individual career journey. Welcome to a professional environment within Pyramid Global Hospitality that encourages your personal and professional development amidst the majestic mountains of Lake Tahoe!

## Overview

**About Us:** Pyramid Global Hospitality operates a portfolio of award-winning, premium-brand hotels in some of the country's most vibrant cities. We believe in the power of hospitality and seek individuals to help us bring this virtue to life. Join us in creating an environment that fosters personal growth and allows you to be your best self.

**What You'll Do:**

…es guests, solves minor problems, and ensures guests have a great stay.
…data into computer, including some minor accounting functions.
…rs guests in and out of the conference center. Establishes and secures proper guest credit. Handles any billing …ons and inquiries.
…guest-related problems within scope of authority.
…rs and directs all incoming calls and in-house calls received on the main switchboard console promptly and efficiently.
…messages as required and delivers accordingly.
…hospitality calls for new arrivals nightly.
…ns all accounting duties including posting charges, account settlements, and shift closing.
…ins the front lobby area, ensuring cleanliness at all times.
…nates guest recreation as needed. Assists Conference Planning staff as needed.
…ins accurate daily event information. Maintains daily posting of event sheet.
…ins supply of informational brochures, flyers, and maps.
…Maintains current knowledge of events in the area, points of interest, and services in the area.

Perform other duties as assigned.

**What We Offer:**
- Competitive salary and benefits package.
- Opportunities for career growth and advancement.
- A supportive and dynamic team environment.
- Ongoing training and development programs.

## Qualifications

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Office Manager|Part-time| Tahoe Blue Event Center
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                    Wed, Dec 11, 2024 at 8:48 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

### **indeed**

---

✔ **Application submitted**

# Office Manager|Part-time| Tahoe Blue Event Center



 **Oak View Group** - Stateline, NV

★★★☆☆ <u>70 reviews</u>

---

The following items were sent to Oak View Group. Good luck!

- Application
- Resume

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Device Test Technician
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                                    Wed, Dec 11, 2024 at 8:51 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

✓ **Application submitted**

# <u>Device Test Technician</u>



 <u>**Inneos**</u> - Zephyr Cove, NV 89448

---

The following items were sent to Inneos. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Wafer Fab Technician
1 message

---

**Indeed Apply** <indeedapply@indeed.com>      Wed, Dec 11, 2024 at 8:52 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

 indeed

---

✅ **Application submitted**

# <u>Wafer Fab Technician</u>



   **<u>Inneos</u>** - Zephyr Cove, NV 89448

---

The following items were sent to Inneos. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

SELIG PARKING
Payroll Profile: 0ZT40

**Application for Shift Manager - Margaritaville Resort Lake Tahoe - 725185**

# Application Information

| | | | |
|---|---|---|---|
| **Name** | Gonzales, Bobby V | **Pronouns** | (n/a) |
| **Primary Phone** | +1 (530) 523-3822 [Cell] | **Secondary Phone** | +1 (530) 523-3822 [Other] |
| **Date of Application** | 12-11-2024 | **Application ID** | 725185 |
| **Applied to** | SELIG PARKING | **Email Address** | bgfarcenter@gmail.com |
| **LinkedIn Profile** | (n/a) | **Address** | P.O. Box 7804 |
| **City, State/Province, Zip/Postal Code, Country** | South Lake Tahoe, CA, 96158, USA | **County** | (n/a) |
| **Referral Source** | (n/a) | **Referral Name** | (n/a) |
| **Driver's License Number** | (n/a) | **Driver's License State** | (n/a) |
| **Driver's License Country** | (n/a) | **License Expiration Date** | (n/a) |

# Education

| | | | |
|---|---|---|---|
| **Institution** | Lake Tahoe Community College,Other,SLT, CA, | **Institution Phone Number** | (n/a) |
| **Dates Attended** | 09/20/2013 - 06/07/2020 | **Name on Transcript** | (n/a) |
| **Major/Minor** | Double Major/ | **Degree** | Associates |
| **GPA** | 3.20 | **Graduated** | Yes |

| | | | |
|---|---|---|---|
| **Institution** | South Tahoe High School,High School,SLT, CA, | **Institution Phone Number** | (n/a) |
| **Dates Attended** | (n/a) | **Name on Transcript** | (n/a) |
| **Major/Minor** | (n/a) | **Degree** | (n/a) |
| **GPA** | (n/a) | **Graduated** | Yes |

| | | | |
|---|---|---|---|
| **Institution** | University of California,University,Irvine, CA, USA | **Institution Phone Number** | (n/a) |
| **Dates Attended** | 09/28/2020 - 06/21/2021 | **Name on Transcript** | (n/a) |
| **Major/Minor** | CA Scholarship for Criminology/ | **Degree** | (n/a) |
| **GPA** | (n/a) | **Graduated** | No |

# Employment

| | | | |
|---|---|---|---|
| **Employer** | Marine Performance, (n/a), SLT, CA | **Employer Phone Number** | +1 (530) 541-5005 |
| **Dates of Employment** | 05/05/2019 To 11/10/2022<br>3 Years 6 Months 5 Days | **Job Title / Pay Rate** | Detail, Sales, and Marketing<br>$0.00/ |
| **Job Duties** | Involves washing, buffing, waxing, cleaning, transporting, appraising, advertising, and selling boats, parts, and services; maintaining shop; and publishing and advertising website material. | **Can Contact?** | Yes |
| **Reason for Leaving** | Alternate w/ Brother | **Current Employer** | No |

| | | | |
|---|---|---|---|
| **Employer** | Heavenly Inn/Secrets Inn, (n/a), SLT, CA | **Employer Phone Number** | +1 (530) 544-6767 |
| **Dates of Employment** | 01/05/2018 To 03/19/2018<br>2 Months 14 Days | **Job Title / Pay Rate** | Front Desk<br>$0.00/ |

12/11/24, 9:25 PM Gmail - Thanks for Applying to Edgewood Tahoe Resort!

Case 8:23-cv-01788-JVS-KES    Document 121    Filed 12/17/24    Page 71 of 158   Page ID #:1724



**bobby gonzales <bgfarcenter@gmail.com>**

---

# Thanks for Applying to Edgewood Tahoe Resort!
2 messages

---

**Human Resources** <reply_ok@echo.newtonsoftware.com>                    Wed, Dec 11, 2024 at 8:43 PM
Reply-To: Human Resources <noreply@echo.newtonsoftware.com>
To: Bobby Gonzales <bgfarcenter@gmail.com>

Hello Bobby,

We just received your information for our Restaurant Reservationist opening. For your reference, the JobID for this job is 622.

We really appreciate you taking the time to consider us in your job search. We will review your submission right away and get back to you if we are able to move forward.

Regards,

Edgewood Tahoe Resort

---

**Human Resources** <reply_ok@echo.newtonsoftware.com>                    Wed, Dec 11, 2024 at 8:57 PM
Reply-To: Human Resources <noreply@echo.newtonsoftware.com>
To: Bobby Gonzales <bgfarcenter@gmail.com>

Hello Bobby,

We just received your information for our Resort Experience Manager opening. For your reference, the JobID for this job is 559.

[Quoted text hidden]

---



bobby gonzales <bgfarcenter@gmail.com>

---

## Indeed Application: Brand Ambassador
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                                      Wed, Dec 11, 2024 at 9:03 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✓ **Application submitted**

# Brand Ambassador



**Activation House** - Stateline, NV 89449

---

The following items were sent to Activation House. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

 Gmail

bobby gonzales <bgfarcenter@gmail.com>

---

## Indeed Application: Resort Experience Manager
1 message

**Indeed Apply** <indeedapply@indeed.com>                                    Wed, Dec 11, 2024 at 9:03 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

 **Application submitted**

# Resort Experience Manager



**Edgewood Tahoe Resort** -
Stateline NV US 89449

★★★☆☆ 241 reviews

---

The following items were sent to Edgewood Tahoe Resort. Good luck!

- Application
- Resume

---

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Front Office Assistant (Special Corpsmember)
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Wed, Dec 11, 2024 at 9:04 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

---

indeed

---

✓ **Application submitted**

# Front Office Assistant (Special Corpsmember)



 **California Conservation Corps Tahoe Center** - South Lake Tahoe, CA 96150

★★★★☆ 815 reviews

---

The following items were sent to California Conservation Corps Tahoe Center. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: General Manager
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                    Wed, Dec 11, 2024 at 9:04 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✓ **Application submitted**

# General Manager



**Round Table Pizza** - South Lake
Tahoe, CA 96150

---

The following items were sent to Round Table Pizza. Good luck!

- Application
- Resume

---

### Next steps

- No longer interested in this job? Close this application.

---

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

**View your applications**

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Cookie Delivery Driver
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Wed, Dec 11, 2024 at 9:07 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

 **Application submitted**

# Cookie Delivery Driver

**Insomnia Cookies** - South Lake Tahoe CA
★★★☆☆ 852 reviews



---

The following items were sent to Insomnia Cookies. Good luck!

• Application
• Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Temporary Case Manager
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Wed, Dec 11, 2024 at 9:12 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

✓ **Application submitted**

# Temporary Case Manager



### Tahoe Coalition for the Homeless -
South Lake Tahoe, CA 96150

---

The following items were sent to Tahoe Coalition for the Homeless. Good luck!

- Application
- Resume

---

**When will you hear back?**

This employer typically responds to applications in 1-2 days.

Candidates are encouraged to respond within 3 days of employer contact.

---



Application for Board, Governance, & Policy Assistant **Edit this Application (/job_applications/5366/edit) | Print Version (/job_applications/5366/print_preview)**

Certify and Submit

 **Personal Information (/job_applications/5366/edit?tab=1&validate=1)**

When your are finished entering information on this screen, you can click **Save Changes** to save your entries or **Save and Continue** to save your entries and go to the next page of the application. You can also select a different page of the application from the drop down menu and click **Go** to move to that page. Note that after 60 minutes of inactivity on your application, you will be timed out and your data will be lost.

Contact Information

| | |
|---|---|
| **Title** | |
| **First Name** | Bobby |
| **Middle Name** | |
| **Last Name** | Gonzales |
| **Preferred Name** | |
| **Pronouns** | |
| **Address1** | PO Box 7804 |
| **Address2** | |
| **City** | SLT |
| **State** | CA |
| **Zip Code** | 96158 |
| **Primary Phone** | 5305233822 |
| **Email** | baseballstarbobby@gmail.com |
| **Language Fluency (oral and written skills) other than English** | |

12/11/24, 10:45  Lake Tahoe Community College Portal: Program Assistant, Information Technology | Certify and Submit Program Assistant, Infor…

Case 8:23-cv-01788-JVS-KES   Document 121   Filed 12/17/24   Page 79 of 158   Page
ID #:1732



## Application for Program Assistant, Information Technology **Print Version** (/job_applications/5369/print_preview)

### Personal Information

When your are finished entering information on this screen, you can click **Save Changes** to save your entries or **Save and Continue** to save your entries and go to the next page of the application. You can also select a different page of the application from the drop down menu and click **Go** to move to that page. Note that after 60 minutes of inactivity on your application, you will be timed out and your data will be lost.

Contact Information

| | |
|---|---|
| **Title** | |
| **First Name** | Bobby |
| **Middle Name** | |
| **Last Name** | Gonzales |
| **Preferred Name** | |
| **Pronouns** | |
| **Address1** | PO Box 7804 |
| **Address2** | |
| **City** | SLT |
| **State** | CA |
| **Zip Code** | 96158 |
| **Primary Phone** | 5305233822 |
| **Email** | baseballstarbobby@gmail.com |
| **Language Fluency (oral and written skills) other than English** | |

General Information



# Application for Adjunct Faculty, Fitness Education Center **Edit this Application (/job_applications/5370/edit) | Print Version (/job_applications/5370/print_preview)**

Certify and Submit

  **Personal Information (/job_applications/5370/edit?tab=1&validate=1)**

When your are finished entering information on this screen, you can click **Save Changes** to save your entries or **Save and Continue** to save your entries and go to the next page of the application. You can also select a different page of the application from the drop down menu and click **Go** to move to that page. Note that after 60 minutes of inactivity on your application, you will be timed out and your data will be lost.

## Contact Information

| | |
|---|---|
| **Title** | |
| **First Name** | Bobby |
| **Middle Name** | |
| **Last Name** | Gonzales |
| **Preferred Name** | |
| **Pronouns** | |
| **Address1** | PO Box 7804 |
| **Address2** | |
| **City** | SLT |
| **State** | CA |
| **Zip Code** | 96158 |
| **Primary Phone** | 5305233822 |
| **Email** | baseballstarbobby@gmail.com |
| **Language Fluency (oral and written skills) other than English** | |

12/11/24, 10:23 PM    Lake Tahoe Community College - Job Application for Adjunct Faculty, Rising Scholars Program | Certify and Submit

Case 8:23-cv-01788-JVS-KES    Document 121    Filed 12/17/24    Page 81 of 158    Page ID #:1734



Application for Adjunct Faculty, Rising Scholars Program **Edit this Application (/job_applications/5372/edit) | Print Version (/job_applications/5372/print_preview)**

Certify and Submit

 **Personal Information (/job_applications/5372/edit?tab=1&validate=1)**

When your are finished entering information on this screen, you can click **Save Changes** to save your entries or **Save and Continue** to save your entries and go to the next page of the application. You can also select a different page of the application from the drop down menu and click **Go** to move to that page. Note that after 60 minutes of inactivity on your application, you will be timed out and your data will be lost.

Contact Information

| | |
|---|---|
| **Title** | |
| **First Name** | Bobby |
| **Middle Name** | |
| **Last Name** | Gonzales |
| **Preferred Name** | |
| **Pronouns** | |
| **Address1** | PO Box 7804 |
| **Address2** | |
| **City** | SLT |
| **State** | CA |
| **Zip Code** | 96158 |
| **Primary Phone** | 5305233822 |
| **Email** | baseballstarbobby@gmail.com |
| **Language Fluency (oral and written skills) other than English** | |



 **Gmail**

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Financial Services Associate I-IV
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Fri, Dec 13, 2024 at 6:02 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

✔ **Application submitted**

# <u>Financial Services Associate I-IV</u>



 ### <u>Sierra Central Credit Union</u>
- South Lake Tahoe, CA
96150

★★★☆☆ <u>38 reviews</u>

---

The following items were sent to Sierra Central Credit Union. Good luck!

- Application
- Resume

---

### When will you hear back?

This employer typically responds to applications in 1-2 days.

Candidates are encouraged to respond within 3 days of employer contact.

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Your application for General Merchandise Team Leader at Target
1 message

---

**Workday@Target** <target@myworkday.com>
Reply-To: TargetWorkdayProgram@target.com
To: bgfarcenter@gmail.com

Mon, Dec 16, 2024 at 10:33 PM



Hello Bobby,

Thank you for your interest in joining the Target team! We know that every career decision is an important one, and really appreciate that you took the time to consider a career with us and apply for the role of General Merchandise Team Leader.

We wanted to let you know, however, that the hiring team has not selected you for further consideration for this role.

Though we're unable to provide specific feedback regarding your candidacy, please know that we value you as a candidate and encourage you to keep an eye out for future opportunities at target.com/careers. We'll also keep your resume on file and reach out if we notice that you may qualify for additional roles.

We wish you success in your career search and hope that we'll have the opportunity to consider you for another role at Target in the future.

Sincerely,

Target
Human Resources

*Replies to this message are undeliverable. Please do not reply.*

This email was intended for bgfarcenter@gmail.com

    **bobby gonzales <bgfarcenter@gmail.com>**

---

## Your application for Service & Engagement Team Leader at Target
1 message

---

**Workday@Target** <target@myworkday.com>                    Mon, Dec 16, 2024 at 10:33 PM
Reply-To: TargetWorkdayProgram@target.com
To: bgfarcenter@gmail.com



Hello Bobby,

Thank you for your interest in joining the Target team! We know that every career decision is an important one, and really appreciate that you took the time to consider a career with us and apply for the role of Service & Engagement Team Leader.

We wanted to let you know, however, that the hiring team has not selected you for further consideration for this role.

Though we're unable to provide specific feedback regarding your candidacy, please know that we value you as a candidate and encourage you to keep an eye out for future opportunities at target.com/careers. We'll also keep your resume on file and reach out if we notice that you may qualify for additional roles.

We wish you success in your career search and hope that we'll have the opportunity to consider you for another role at Target in the future.

Sincerely,

Target
Human Resources

*Replies to this message are undeliverable.  Please do not reply.*

This email was intended for bgfarcenter@gmail.com



bobby gonzales <bgfarcenter@gmail.com>

## Your application for Specialty Sales Team Leader at Target
1 message

**Workday@Target** <target@myworkday.com>                    Mon, Dec 16, 2024 at 10:33 PM
Reply-To: TargetWorkdayProgram@target.com
To: bgfarcenter@gmail.com



Hello Bobby,

Thank you for your interest in joining the Target team! We know that every career decision is an important one, and really appreciate that you took the time to consider a career with us and apply for the role of Specialty Sales Team Leader.

We wanted to let you know, however, that the hiring team has not selected you for further consideration for this role.

Though we're unable to provide specific feedback regarding your candidacy, please know that we value you as a candidate and encourage you to keep an eye out for future opportunities at target.com/careers. We'll also keep your resume on file and reach out if we notice that you may qualify for additional roles.

We wish you success in your career search and hope that we'll have the opportunity to consider you for another role at Target in the future.

Sincerely,

Target
Human Resources

*Replies to this message are undeliverable.  Please do not reply.*

This email was intended for bgfarcenter@gmail.com

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

___

## Your application for Closing Team Leader at Target
1 message

___

**Workday@Target** <target@myworkday.com>                          Mon, Dec 16, 2024 at 10:33 PM
Reply-To: TargetWorkdayProgram@target.com
To: bgfarcenter@gmail.com



Hello Bobby,

Thank you for your interest in joining the Target team! We know that every career decision is an important one, and really appreciate that you took the time to consider a career with us and apply for the role of Closing Team Leader.

We wanted to let you know, however, that the hiring team has not selected you for further consideration for this role.

Though we're unable to provide specific feedback regarding your candidacy, please know that we value you as a candidate and encourage you to keep an eye out for future opportunities at target.com/careers. We'll also keep your resume on file and reach out if we notice that you may qualify for additional roles.

We wish you success in your career search and hope that we'll have the opportunity to consider you for another role at Target in the future.

Sincerely,

Target
Human Resources

*Replies to this message are undeliverable.  Please do not reply.*

This email was intended for bgfarcenter@gmail.com

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Re: Kilpatrick Bullentini website
1 message

**Angela Bullentini** <angela@kilpatrickbullentini.com>     Thu, Nov 21, 2024 at 1:45 PM
To: bgfarcenter@gmail.com

Hello - Thank you for contacting us.  Unfortunately, I will not be able to assist you with your legal issue.  You may wish to
contact the Nevada State Bar for an attorney referral:  https://nvbar.org/for-the-public/find-a-lawyer/lrs/

Thank you,

Angela

---

Angela D. Bullentini, Esq.
**Kilpatrick Bullentini**
Tel:  (775) 882-6112
Fax:  (775) 882-6114
www.kilpatrickbullentini.com



On Thu, Nov 21, 2024 at 1:09 PM Kilpatrick Bullentini Law <Webmaster@kilpatrickbullentini.com> wrote:
The following information was submitted via the website: First Name: Bobby
Last Name: Gonzales
Email: bgfarcenter@gmail.com
Phone Number: 530-523-3822
Message: Hi,

If the risk/reward ratio is worth the time of the firm, can we discuss a contingency deal to redress the efforts of the last
11 years of my life so I can get back on track? The elements of the federal lawsuit I have been representing myself in
for the last year has been dragging my life away for the last four years, and has gone on for long enough.

Over time, through induced chaos and an increasing lack of will, I have still managed to organize my disclosures,
claims, motions, and requests for relief.

However, I keep being wrongly accused of "putting my periods on backwards by professionals who have run out of
serious answers" as an excuse for the District Court to avoid my case altogether.

Basically, I am being accused of A) providing "no" evidence in the face of direct communications with wrongdoers about
their wrongdoings in real time, audio exhibits, and more; B) claiming "zero" federal injuries in the face of an obvious due
process claim as well as a perfect precedent that lays out the foundation for an exception to normal exhaustion
requirements which the judge keeps avoiding; and C) overt avoidance of a variety of motions and the topic of
redressability whatsoever.

I have already done all of the work. I just need a professional who can get through to the University legal team and end
this madness according to the incredibly overexerted efforts over the last 11 years of my life.

Thank you for your time.

---

Date: November 21, 2024
Time: 1:09 pm
Page URL: https://kilpatrickbullentini.com/angela-bullentini/#contact
User Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/130.0.0.0

 **Gmail**

bobby gonzales <bgfarcenter@gmail.com>

## Creative CONST Cover Letter.
6 messages

**bobby gonzales** <bgfarcenter@gmail.com>                                    Fri, Nov 1, 2024 at 2:29 PM
To: info@ironfistlegal.com, info@jeppson-law.com, admin@laketahoelaw.com, "lmb@bissonnettelaw.com"
<lmb@bissonnettelaw.com>, AdamSpicerLaw@gmail.com, kyle@kyleneddenrieplaw.com, Joe@lawlaub.com,
contact@hctahoe.com, "stevenmchugh@sbcglobal.net" <stevenmchugh@sbcglobal.net>

Hi,

My name is Bobby Gonzales.  I have lived at the South Shore my entire life.  As a longtime, independent student of
Constitutional Law and Criminology, I have developed a creative toolkit for law firms in need of extra hands to conduct
investigations and research, expanding potential opportunities, defining new boundaries, or even just doing extra
paperwork, getting supplies and coffee, or keeping watch of the Dogs.

I am even currently representing myself in federal litigation in what I was calling "the case of a lifetime," but have since
realized it is "the lawsuit from hell" after functionally being accused of 'putting my periods on backwards' over and over
again by pros with an apparent M.O. of having nothing better to say.

*I am a first dan black belt certified by the school of Moodukkwan.*

*I have been able to take control of large crowds in urgent situations in the past, and I can build a captivating, unmatchable narrative.*

*As a student, I have already offered national emergency assistance to appropriate professionals for a constitutional issue which has still not been solved.*

*Since a very early age, I have idealized simple answers to update outdated norms in the English Common Law system, such as updated standards of proof to improve both sides of cause and doubt/preponderance.*

*I know when the theories of interpretation cross over into postmodern denial and disparagement of substantive rights by the procedural side on party lines.*

***Just imagine, if we still do not really distinguish between the "objects" and "concepts" which we call "things" within our Nouns!***

*THANK YOU FOR YOUR TIME.*

*I HOPE TO HEAR BACK SOON.*

---

**2 attachments**

📄 **taholaw.pdf**
76K

📄 **RESUME.pdf**
90K

**Joe Laub** <joe@lawlaub.com>                                              Thu, Nov 14, 2024 at 1:38 PM
To: bobby gonzales <bgfarcenter@gmail.com>

Thank you for your email, Bobby. Letting you know when I have opening. Let me
know how you can help expand the horizons of our law firm.

Respectfully,

Joe M. Laub

Attorney at Law

"Breathe and relax you are in a good place"



[Quoted text hidden]

---

**bobby gonzales** <bgfarcenter@gmail.com>           Thu, Nov 14, 2024 at 4:46 PM
To: Joe Laub <joe@lawlaub.com>

Hi,

Thank you for giving me the opportunity today to talk a little about what I've been doing for the last 10 years.

Basically, I've been working on some of the biggest, boldest things as I mentioned. To briefly mention the looproad, I have compiled thousands of pages of documents proving a conspiracy to weakly hide a new vision for the project from a community that has been rejecting the idea since before I was born. There is a lot to talk about, and a lot of possibilities including as it relates to a victory.

TO MENTION SOMETHING SMALLER that will be more useful to you sooner, I can research the total "potential energy" of claims, defenses, process, etc. relevant to the everyday work of your firm.

Basically, I can investigate, document, map out, and develop tests for hypotheses that are important or could be newly critical to your firm's work. These kind of "horizon expanding" projects can be under many possible frameworks: a) the total of possibilities within specific provisions of law you frequently tangle with yourself; b) the topics you frequent where you may want or need more legal/factual major premises to work with; c) new topics which your firm may already be somewhat equipped to grow into absent of critical info.

If I could take you through some of my past independent projects sometime, I could EXEMPLIFY how much I can and already have expanded the KNOWN boundaries of your firm and those of others in the past. Science is not a blind-faith authority, it is replication through testing, and our society is currently experiencing a realignment with the facts. I can exemplify how I have "cornered every lawyer who has tried to play 'gotcha' on me and has run out of serious answers." I

promise you, I am great at impeaching witnesses, etc. And I'm sure many people will be genuinely interested in the details of how things I've been doing in the last several years have created waves in our State, country, and around the world!

Thank you for your time. After being unemployed for two years, and making a federal claim related to at least 100 job applications before my latest ones, I really, really hope to hear back soon to start getting creative.
[Quoted text hidden]

---

**bobby gonzales** <bgfarcenter@gmail.com>                    Thu, Nov 21, 2024 at 1:05 PM
To: Joe Laub <joe@lawlaub.com>

Hi again,

Is there any way we could arrange a contingency deal to redress the efforts of the last 11 years of my life so I can get back on track? The elements of the federal lawsuit I have been working on for the last year has been dragging my life away for the last four years, and has gone on for long enough.

Over time, through induced chaos and an increasing lack of will, I have still managed to organize my disclosures, claims, motions, and requests for relief.

However, I keep being wrongly accused of "putting my periods on backwards by professionals who have run out of serious answers" as an excuse for the District Court to avoid my case altogether.

**Basically, I am being accused of A) providing "no" evidence in the face of direct communications with wrongdoers about their wrongdoings in real time, audio exhibits, and more; B) claiming "zero" federal injuries in the face of an obvious due process claim as well as a perfect precedent that lays out the foundation for an exception to normal exhaustion requirements which the judge keeps avoiding; and C) overt avoidance of a variety of motions and the topic of redressability whatsoever.**

**I have already done all of the work.** I just need a professional who can get through to the University legal team and end this madness according to the incredibly overexerted efforts over the last 11 years of my life.

Thanks. I really hope to hear back soon!
[Quoted text hidden]

---

**Joe Laub** <joe@lawlaub.com>                    Thu, Nov 21, 2024 at 2:00 PM
To: bobby gonzales <bgfarcenter@gmail.com>

Impressive, Bobby! You have great passion!
Keep up the good work. You need law firm that handles these areas of law and support team to match goals. We proudly represent people in need due to accidents, crimes, divorce, estate planning since 1965.
Wishing you good luck and may you ultimately orevail and achieve your goals.

Get Outlook for iOS

**From:** bobby gonzales <bgfarcenter@gmail.com>
**Sent:** Thursday, November 21, 2024 1:05:20 PM
**To:** Joe Laub <joe@lawlaub.com>
**Subject:** Re: Creative CONST Cover Letter.

[Quoted text hidden]

---

**bobby gonzales** <bgfarcenter@gmail.com>                    Thu, Nov 21, 2024 at 2:49 PM
To: Joe Laub <joe@lawlaub.com>

When I tried in the past, educational rights lae firms blew me off  and even sloppily tried to gather info for the university.

Technically I did suffer a physical injury, as a result of a breach of a specific duty of care.

I can really tell you about the potential for ACTUAL reward in my current case. I would really appreciate some attempts at negotiating a settlement.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Automatic reply: Educational Rights Case of a Lifetime (High Reward)
4 messages

---

**McQueen, Monica** <MMcQueen@bwslaw.com>                          Mon, Nov 25, 2024 at 3:02 PM
To: bobby gonzales <bgfarcenter@gmail.com>

Hello,

Thank you for your e-mail.  I am out of the office on vacation.    During this time I will have limited access to email and voicemail and my responses will be delayed. I will return on  Monday, December 2, 2024.

Happy Holidays,

Monica Sanchez McQueen

---

**Hernandez, Allison B.** <AHernandez@bwslaw.com>                   Mon, Nov 25, 2024 at 3:02 PM
To: bobby gonzales <bgfarcenter@gmail.com>

Thank you for your email. I am working on significant projects this week. During this time, my response will be delayed.

---

**Jex, Thomas D.** <TJex@bwslaw.com>                                 Mon, Nov 25, 2024 at 3:02 PM
To: bobby gonzales <bgfarcenter@gmail.com>

I am out of the office and will return on Monday December 2.  Should you need immediate assistance, please contact my assistant Mary Hensley at MaHensley@bwslaw.com.

---

**bobby gonzales** <bgfarcenter@gmail.com>                           Mon, Nov 25, 2024 at 3:37 PM
To: "Hernandez, Allison B." <AHernandez@bwslaw.com>

Alright.  Thank you.

---

12/5/24, 10:34 AM    Case 8:23-cv-01788-JVS-KES    Document 121    Filed 12/17/24    Page 93 of 158    Page
Educational Rights Case of a Lifetime (High Reward)
ID #:1746

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Educational Rights Case of a Lifetime (High Reward)
3 messages

---

**bobby gonzales** <bgfarcenter@gmail.com>                                      Mon, Nov 25, 2024 at 3:01 PM
To: danneet@bwslaw.com, tdavis@bwslaw.com, aford@bwslaw.com, dghanshyam@bwslaw.com, sgutierrez@bwslaw.com, ahernandez@bwslaw.com, ksim@bwslaw.com, tjex@bwslaw.com, kkojima@bwslaw.com, dle@bwslaw.com, jlipton@bwslaw.com, nmarr@bwslaw.com, mmcqueen@bwslaw.com, mmulkerin@bwslaw.com, svelyvis@bwslaw.com, jwelsh@bwslaw.com, nwetzel@bwslaw.com, jyeh@bwslaw.com

My name is Bobby Gonzales.

I have been representing myself in a federal lawsuit for the last year.   I have clearly organized my concrete legal injuries, the causes, disclosures, relief within the court's grasp, and I am currently stuck tangling with a jurisdictional [non]issue by an avoidant defense team and judge**.**

Basically, everything started with a photo of a former boss from a warehouse who **threatened to retaliate against "my future"** which found its way on a university webpage.  Instead of initiating a UC whistleblower investigation, several UC employees went out of their way to A) wrongly perceive me as a protected class as an excuse to make a prejudicial conclusion with unusual knowledge of the events elsewhere before initiating any whistleblower investigation, B) breach a duty of care related to safety in dorm housing, C) investigate my student conduct and punish me with apparent political bias when left to my own devices in the face of the negligence, D) prevent me from proving allegations and obtaining evidence, E) imposed several unlawful punishments, F) delay and obstruct several grievance procedures, and more. **Federal jurisdiction largely rests on point D) above, but also on several irreparable injuries.**

I just need someone who can effectively get through to the defense team and end this madness according to the incredibly overexerted efforts I have sacrificed over **the last 11 years of my life**.  Instead of addressing the sound exception to the normal requirements for exhaustion of remedies which I have repeatedly raised, the totality is continuously omitted from court rulings, and I keep being wrongly accused of "putting my periods on backwards by professionals who have run out of serious answers."

**I am being accused of A) providing "no" evidence in the face of direct communications with wrongdoers about their wrongdoings in real time, audio exhibits, and more; B) claiming "zero" federal injuries in the face of an obvious due process claim as well as the totally-avoided, perfect precedent for normal exhaustion requirements in a case like mine; and C) overt avoidance of a variety of motions and the topic of redressability whatsoever.**

Can we please discuss the arrangement of a contingency deal with a high potential for reward given the elements of my injuries?

Thanks.  I really hope to hear back soon!

---

**Velyvis, Stephen E.** <SVelyvis@bwslaw.com>                                      Mon, Nov 25, 2024 at 3:17 PM
To: bobby gonzales <bgfarcenter@gmail.com>

Sorry, I don't have any experience with and don't handle this type of case.  I also do not take any cases on contingency**.**

Sorry I can't help but best of luck**.**

Stephen E. Velyvis | Partner
*he, him, his*

**Burke, Williams & Sorensen, LLP**

1 California Street, Suite 3050, San Francisco, CA 94111
D 415.655.8133 | O 415.655.
8100 | F 415.655.8099 | M 650.207.5202
svelyvis@bwslaw.com | vCard
| Bio | LinkedIn | bwslaw.com



---

The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

---

**From:** bobby gonzales <bgfarcenter@gmail.com>
**Sent:** Monday, November 25, 2024 3:02 PM
**To:** Anneet, Daphne M. <DAnneet@bwslaw.com>; Davis, Timothy L. <TDavis@bwslaw.com>; Ford, Algeria R. <AFord@bwslaw.com>; Ghanshyam, Dhruva N. <DGhanshyam@bwslaw.com>; Gutierrez, Stephanie <SGutierrez@bwslaw.com>; Hernandez, Allison B. <AHernandez@bwslaw.com>; Im, Kate S. <ksim@bwslaw.com>; Jex, Thomas D. <TJex@bwslaw.com>; Kojima, Keiko J. <KKojima@bwslaw.com>; Le, Donald V. <DLe@bwslaw.com>; Lipton, Jack P. <JLipton@bwslaw.com>; Marr, Nancy J. <NMarr@bwslaw.com>; McQueen, Monica <MMcQueen@bwslaw.com>; Mulkerin, Mark J. <MMulkerin@bwslaw.com>; Velyvis, Stephen E. <SVelyvis@bwslaw.com>; Welsh, John J. <JWelsh@bwslaw.com>; Wetzel, Nora E. <NWetzel@bwslaw.com>; Yeh, John <JYeh@bwslaw.com>
**Subject:** Educational Rights Case of a Lifetime (High Reward)

---

[EXTERNAL]

---

[Quoted text hidden]

---

**bobby gonzales** <bgfarcenter@gmail.com>                    Mon, Nov 25, 2024 at 3:38 PM
To: MaHensley@bwslaw.com

Hi,

Please consider the depth of magnitude in everything I have said and have not yet said, and the high potential for reward given 11 years of irreparable injury and more.

---------- Forwarded message ---------
From: **bobby gonzales** <bgfarcenter@gmail.com>
Date: Mon, Nov 25, 2024 at 3:01 PM
Subject: Educational Rights Case of a Lifetime (High Reward)
[Quoted text hidden]
[Quoted text hidden]

 Gmail

bobby gonzales <bgfarcenter@gmail.com>

## Gonzales re Lawsuit
2 messages

---

**James Kosnett** <jameskosnett@kosnettlaw.com>                    Mon, Nov 25, 2024 at 5:52 PM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>
Cc: Admin <admin@kosnettlaw.com>

We never do these cases on a contingency.  We charge hourly, $700 for a senior attorney, $600 for an experienced litigator, and $500 for an associate attorney.  If this is agreeable, please contact us via phone during business hours.


*James Victor Kosnett*


***PLEASE NOTE OUR NEW ADDRESS***

KOSNETT LAW FIRM
11400 West Olympic Boulevard, Suite 200
Los Angeles, CA 90064
Phone:  (310) 445-5900
Fax:  (424) 238-2257
http://www.educationlawyer.org
www.professionallicensedefense.org
www.kosnettlawfirm.com


This message, as well as any attached document, contains information from the Kosnett Law Firm that is confidential and privileged, or may contain attorney work product. The information is intended only for the use of the addressee named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of this email or attached documents, or taking any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. If you have received this message in error, please (1) immediately notify me by reply email, (2) do not review, copy, save, forward, or print this email or any of its attachments, and (3) immediately delete and destroy this email, its attachments and all copies thereof. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

---

**bobby gonzales** <bgfarcenter@gmail.com>                    Mon, Nov 25, 2024 at 9:57 PM
To: James Kosnett <jameskosnett@kosnettlaw.com>

Sure.  I'll pay with all the money I earned over 11 years.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

## Re: Law Office of Michelle Ball Contact
4 messages

**Help, Law Ofc of Michelle Ball** <help@edlaw4students.com>
To: bgfarcenter@gmail.com

Tue, Nov 26, 2024 at 2:14 PM

We are sorry, Michelle does not take on any litigation nor employee work.

Thanks,

LAW OFFICE OF MICHELLE BALL
717 K Street, Suite 228
Sacramento, CA 95814
Phone: 916-444-9064
Fax: 916-444-1209
Website, Blog, Twitter, Youtube, Facebook, LinkedIn

This message may contain attorney-client privileged and/or confidential
information. It is intended for the named recipient(s) only. If you are
not the named recipient, please destroy all copies and inform the sender
by return email immediately.

On Tue, Nov 26, 2024 at 2:08 PM Law Office of Michelle Ball <noreply@edlaw4students.com> wrote:

**Full Name**

Bobby Gonzales

---

**Email**

bgfarcenter@gmail.com

---

**Phone Number**

530-523-3822

---

**Subject**

Educational Rights Case of a Lifetime

---

**How can we help?**

My name is Bobby Gonzales.

I have been representing myself in a federal lawsuit for the last year. I have clearly organized my concrete legal injuries, the causes, disclosures, relief within the court's grasp, and I am currently stuck tangling with a jurisdictional [non]issue by an avoidant defense team and judge.

Basically, everything started with a photo of a former boss from a warehouse who threatened to retaliate against "my future" which found its way on a university webpage. Instead of initiating a UC whistleblower investigation, several UC employees went out of their way to A) wrongly perceive me as a protected class as an excuse to make a prejudicial conclusion with unusual knowledge of the events elsewhere before initiating any whistleblower investigation, B) breach a duty of care related to safety in dorm housing, C) investigate my student conduct and punish me with apparent political bias when left to my own devices in the face of the negligence, D) prevent me from proving allegations and obtaining evidence, E) imposed several unlawful punishments, F) delay and obstruct several grievance procedures, and more. Federal jurisdiction largely rests on point D) above, but also on several irreparable injuries.

I just need someone who can effectively get through to the defense team and end this madness according to the incredibly overexerted efforts I have sacrificed over the last 11 years of my life. Instead of addressing the sound exception to the normal requirements for exhaustion of remedies which I have repeatedly raised, the totality is continuously omitted from court rulings, and I keep being wrongly accused of "putting my periods on backwards by professionals who have run out of serious answers."

I am being accused of A) providing "no" evidence in the face of direct communications with wrongdoers about their wrongdoings in real time, audio exhibits, and more; B) claiming "zero" federal injuries in the face of an obvious due process claim as well as the totally-avoided, perfect precedent for normal exhaustion requirements in a case like mine; and C) overt avoidance of a variety of motions and the topic of redressability whatsoever.

Can we please discuss the arrangement of a contingency deal with a high potential for reward given the elements of my injuries?

Thanks. I really hope to hear back soon!

---

Thank you for contacting us. We will be in touch soon. Please be sure to check your email for our reply. You can also always call 916-444-9064 to discuss the consultation process.



**bobby gonzales <bgfarcenter@gmail.com>**

---

# Leigh Law Group - Notice of Non-Representation
2 messages

---

**Office Admin** <help@leighlawgroup.com>            Wed, Nov 27, 2024 at 9:05 AM
Reply-To: Office Admin <help@leighlawgroup.com>
To: Boby Gonzalez <bgfarcenter@gmail.com>

Hello,

Thank you for contacting the Leigh Law Group regarding your case. Following review of your intake details, our attorneys determined that our firm is unable to take your case on at this time.

You should continue to seek out legal representation as there may be a statute of limitations or another time period that affects your case. To aid your search for representation, we've included two attorney referral service links below that are great tools for finding potential counsel:

http://www.calbar.ca.gov/Public/Need-Legal-Help/Lawyer-Referral-Service
http://lawyers.findlaw.com/

Thank you for contacting our firm. Please feel free to reach out to us should you have a future matter you'd like us to consider.

**\*Please check your spam folder for our emails\***

Kind regards,
Leigh Law Group, P.C.

**Asusena Cisneros**
Legal Assistant
San Francisco (main office)
582 Market Street, Suite 905
San Francisco, CA 94104

---

**bobby gonzales** <bgfarcenter@gmail.com>           Wed, Nov 27, 2024 at 7:10 PM
To: Office Admin <help@leighlawgroup.com>

How many firms should I continue to contact after two years???
[Quoted text hidden]



**bobby gonzales <bgfarcenter@gmail.com>**

---

## RE: New Contact Us Submission
1 message

---

**Info** <info@f3law.com>                                    Wed, Nov 27, 2024 at 11:19 AM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>, Info <info@f3law.com>

Thank you for reaching out. F3 Law represents public agencies, such as school districts, and we do not provide referrals for other services. I am sorry we are unable to help.

The State Bar of CA has information regarding lawyer referral service on its site: https://www.calbar.ca.gov/Public/Free-Legal-Information/Before-Selecting-an-Attorney/What-a-Certified-Lawyer-Referral-Service-Can-Do-for-You. I hope this might be of help.



Emily Anthon | she/her/hers
**Senior Operations Coordinator**
Direct: (323) 330-6314 | Mobile: (970) 270-5156
Email: eanthon@f3law.com | Web: www.f3law.com
Please consider the environment before printing this email.

---

**From:** F3 Law Website Contact Us <info@f3law.com>
**Sent:** Tuesday, November 26, 2024 2:20 PM
**To:** Info <info@f3law.com>
**Subject:** New Contact Us Submission

**EXTERNAL EMAIL**

  **Name**

     Bobby Gonzales

  **Company**

     UC Irvine

**Title**

Student Unofficially Dismissed by Sideways Process

**Phone**

(530) 523-3822

**Email**

bgfarcenter@gmail.com

**Comments**

My name is Bobby Gonzales.

I have been representing myself in a federal lawsuit for the last year. I have clearly organized my concrete legal injuries, the causes, disclosures, relief within the court's grasp, and I am currently stuck tangling with a jurisdictional [non]issue by an avoidant defense team and judge.

Basically, everything started with a photo of a former boss from a warehouse who threatened to retaliate against "my future" which found its way on a university webpage. Instead of initiating a UC whistleblower investigation, several UC employees went out of their way to A) wrongly perceive me as a protected class as an excuse to make a prejudicial conclusion with unusual knowledge of the events elsewhere before initiating any whistleblower investigation, B) breach a duty of care related to safety in dorm housing, C) investigate my student conduct and punish me with apparent political bias when left to my own devices in the face of the negligence, D) prevent me from proving allegations and obtaining evidence, E) imposed several unlawful punishments, F) delay and obstruct several grievance procedures, and more. Federal jurisdiction largely rests on point D) above, but also on several irreparable injuries.

I just need someone who can effectively get through to the defense team and end this madness according to the incredibly overexerted efforts I have sacrificed over the last 11 years of my life. Instead of addressing the sound exception to the normal requirements for exhaustion of remedies which I have repeatedly raised, the totality is continuously omitted from court rulings, and I keep being wrongly accused of "putting my periods on backwards by professionals who have run out of serious answers."

I am being accused of A) providing "no" evidence in the face of direct communications with wrongdoers about their wrongdoings in real time, audio exhibits, and more; B) claiming "zero" federal injuries in the face of an obvious due process claim as well as the totally-avoided, perfect precedent for normal exhaustion requirements in a case like mine; and C) overt avoidance of a variety of motions and the topic of redressability whatsoever.

Can we please discuss the arrangement of a contingency deal with a high potential for reward given the elements of my injuries?

Thanks. I really hope to hear back soon!

**\*Disclaimer**

I have read and understand the Disclaimer

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

## Thank you for reaching out to Stephen G. Rodriguez & Partners
1 message

**Stephen G. Rodriguez & Partners** <StephenGRodriguezPartners@stmail.com>          Tue, Dec 3, 2024 at 1:51 PM
To: bgfarcenter@gmail.com

# Thank you
# for contacting us

We have received your message, and we will get back to you as soon as possible; however, if you would like to reach out directly, please give us a call at **(213) 481-6811**.

## Want to know more?

### Visit Our Website
Learn about our services and more.
**Visit Website**

### Our Location
633 W 5th St, 28th Floor Suite 2874, Los Angeles, CA 90071
**Get Directions**

**Stephen G. Rodriguez & Partners**

633 W 5th St, 28th Floor Suite 2874, Los Angeles, CA 90071

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Thank you for your support!
1 message

---

**The Defiant Lawyers** <info@lljp.org>                                      Tue, Dec 3, 2024 at 10:44 PM
Reply-To: The Defiant Lawyers <info@lljp.org>
To: bgfarcenter@gmail.com

View this email in your browser



# Welcome to the community



**bobby gonzales <bgfarcenter@gmail.com>**

---

# Educational Rights Case of a Lifetime (HIGH REWARD)
3 messages

---

**bobby gonzales** <bgfarcenter@gmail.com>                                      Tue, Dec 3, 2024 at 10:49 PM
To: eddie.juaregi@hklaw.com, dsilva@butchalter.com

My name is Bobby Gonzales.

I have been representing myself in a federal lawsuit for the last year.   I have clearly organized my concrete legal injuries, the causes, disclosures, relief within the court's grasp, and I am currently stuck tangling with a jurisdictional [non]issue by an avoidant defense team and judge**.**

Basically, everything started with a photo of a former boss from a warehouse who **threatened to retaliate against "my future"** which found its way on a university webpage.  Instead of initiating a UC whistleblower investigation, several UC employees went out of their way to A) wrongly perceive me as a protected class as an excuse to make a prejudicial conclusion with unusual knowledge of the events elsewhere before initiating any whistleblower investigation, B) breach a duty of care related to safety in dorm housing, C) investigate my student conduct and punish me with apparent political bias when left to my own devices in the face of the negligence, D) prevent me from proving allegations and obtaining evidence, E) imposed several unlawful punishments, F) delay and obstruct several grievance procedures, and more.  **Federal jurisdiction largely rests on point D) above, but also on several irreparable injuries.**

I just need someone who can effectively get through to the defense team and end this madness according to the incredibly overexerted efforts I have sacrificed over **the last 11 years of my life**.  Instead of addressing the sound exception to the normal requirements for exhaustion of remedies which I have repeatedly raised, the totality is continuously omitted from court rulings, and I keep being wrongly accused of "putting my periods on backwards by professionals who have run out of serious answers."

**I am being accused of A) providing "no" evidence in the face of direct communications with wrongdoers about their wrongdoings in real time, audio exhibits, and more; B) claiming "zero" federal injuries in the face of an obvious due process claim as well as the totally-avoided, perfect precedent for normal exhaustion requirements in a case like mine; and C) overt avoidance of a variety of motions and the topic of redressability whatsoever.**

Can we please discuss the arrangement of a contingency deal with a high potential for reward given the elements of my injuries?

Thanks.  I really hope to hear back soon!

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                       Tue, Dec 3, 2024 at 10:49 PM
To: bgfarcenter@gmail.com



## Address not found

Your message wasn't delivered to **dsilva@butchalter.com** because the domain butchalter.com couldn't be found. Check for typos or unnecessary spaces and try again.

**LEARN MORE**

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Your Inquiry With BNCL Law
1 message

---

**BNCL Law** <office@bncllaw.com>                                      Tue, Dec 3, 2024 at 10:55 PM
Reply-To: office@bncllaw.com
To: bgfarcenter@gmail.com

Hi Bobby Gonzales,
We have received your message. Our Team will get in contact with you shortly.

Your Message:
Subject: Civil Rights, Personal Injury, Apellate, Other
Issue: My name is Bobby Gonzales.

I have been representing myself in a federal lawsuit for the last year.  I have clearly organized my concrete legal injuries, the causes, disclosures, relief within the court's grasp, and I am currently stuck tangling with a jurisdictional [non]issue by an avoidant defense team and judge.

Basically, everything started with a photo of a former boss from a warehouse who threatened to retaliate against "my future" which found its way on a university webpage.  Instead of initiating a UC whistleblower investigation, several UC employees went out of their way to A) wrongly perceive me as a protected class as an excuse to make a prejudicial conclusion with unusual knowledge of the events elsewhere before initiating any whistleblower investigation, B) breach a duty of care related to safety in dorm housing, C) investigate my student conduct and punish me with apparent political bias when left to my own devices in the face of the negligence, D) prevent me from proving allegations and obtaining evidence, E) imposed several unlawful punishments, F) delay and obstruct several grievance procedures, and more. Federal jurisdiction largely rests on point D) above, but also on several irreparable injuries.

I just need someone who can effectively get through to the defense team and end this madness according to the incredibly overexerted efforts I have sacrificed over the last 11 years of my life.  Instead of addressing the sound exception to the normal requirements for exhaustion of remedies which I have repeatedly raised, the totality is continuously omitted from court rulings, and I keep being wrongly accused of "putting my periods on backwards by professionals who have run out of serious answers."

I am being accused of A) providing "no" evidence in the face of direct communications with wrongdoers about their wrongdoings in real time, audio exhibits, and more; B) claiming "zero" federal injuries in the face of an obvious due process claim as wel

Thankyou for contacting us.
Best Regards,
BNCL Law Firm
--
This e-mail was sent from a contact form on BNCL Law Firm (https://bncllaw.com)

 **bobby gonzales <bgfarcenter@gmail.com>**

## Thank You For Contacting Us - californialaborlawattorney.com
1 message

**Kesluk, Silverstein, Jacob & Morrison, P.C.** <e@scorpioncontact.com>        Tue, Dec 3, 2024 at 11:17 PM
Reply-To: bkesluk@californialaborlawattorney.com
To: bgfarcenter@gmail.com

 

### Dear Bobby Gonzales,

Thank you for contacting Kesluk, Silverstein, Jacob & Morrison, P.C.!

We have received your message, and we will get back to you as soon as possible; however, if you need immediate assistance, please give us a call at **(310) 997-4431**.

## For More Information
Please visit our website



 **Gmail**

**bobby gonzales <bgfarcenter@gmail.com>**

## Email Confirmation from Cutter Law P.C.
1 message

**CutterLaw Form Submission** <noreply2@cutterlaw.com>                    Tue, Dec 3, 2024 at 11:28 PM
Reply-To: no-reply@cutterlaw.com
To: bgfarcenter@gmail.com

&lt;p&gt;Hi Bobby Gonzales!&lt;/p&gt;

&lt;p&gt;Thank you for contacting our team at Cutter Law, P.C. We have received your email and will get back to you as soon as we can.&lt;/p&gt;



**bobby gonzales <bgfarcenter@gmail.com>**

---

## Thank you for reaching out to Sexual Harassment Employment Attorneys - Harris Grombchevsky

1 message

**Sexual Harassment Employment Attorney - Harris Grombchevsky**      Tue, Dec 3, 2024 at 11:46
<HarrisGrombchevskyLLP@stmail.com>      PM
To: bgfarcenter@gmail.com

 

# Thank you
# for contacting us

We have received your message, and we will get back to you as soon as
possible; however, if you would like to reach out directly, please give us a call at
**(888) 427-8064**.

---

## Want to know more?



**bobby gonzales <bgfarcenter@gmail.com>**

---

## Thank You for Contacting Audet & Partners, LLP
1 message

---

**Audet & Partners, LLP** <support@audetlaw.com>                  Wed, Dec 4, 2024 at 12:10 AM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>

---



---

Dear Bobby Gonzales,

Thank you very much for contacting Audet & Partners LLP via our online feedback form.

This is an automatically generated email, please do not reply to it.

We will review your inquiry shortly, and contact you if appropriate.

Please be aware that the transmission of an e-mail inquiry itself does not create an attorney-client relationship. Audet & Partners LLP cannot serve as your counsel in any matter unless you and our firm expressly agree in writing that we serve as your attorney. You should also be aware that the Statute of Limitations (the deadline imposed by law within which you may bring a lawsuit) may severely limit the time remaining for you to file any potential claims you may have.

E-mail is sometimes unreliable. If we do not respond to you in a reasonable amount of time, please feel free to call us at (800) 965-1461.

Thank you for your interest in our firm.

For your convenience, you can click here to view a PDF copy of our firm resume.

Audet & Partners, LLP
http://www.audetlaw.com



bobby gonzales <bgfarcenter@gmail.com>

---

## Thank You For Contacting Us - badamelawgroup.com
1 message

---

**Badame Law Group, APC** <e@scorpioncontact.com>                    Wed, Dec 4, 2024 at 12:35 AM
Reply-To: info@badamelawgroup.com, jhunter@badamelawgroup.com, mironcastle@badamelawgroup.com
To: bgfarcenter@gmail.com



---

# Dear Bobby Gonzales,

Thank you for contacting Badame Law Group, APC!

We have received your message, and we will get back to you as soon as possible;
however, if you need immediate assistance, please give us a call at **(949) 393-4249**.

---

## For More Information

Please visit our website



---

# Map and Directions

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Thanks for Reaching out to King & Siegel LLP!
2 messages

---

**King & Siegel LLP** <intake@kingsiegel.com>                    Wed, Dec 4, 2024 at 12:01 AM
To: bgfarcenter@gmail.com

Hi Bobby,

Thank you for reaching out to us about your potential case. We would like to schedule an intake call with you to learn more about how we can help. Please let us know your availability and we will set something up for you.

We know that hiring lawyers can be a stressful experience, so I wanted to provide a little baackground on our firm and our practice. We are a contingency fee-based, plaintiff-side employment firm, meaning we represent employees only; we do not represent employers, and you pay nothing until we recover a settlement or judgment for you. Since founding the firm in 2018, we have recovered more than $60 million for employees in individual discrimination and class action cases, and our partners have all been recognized as "Rising Stars" by Super Lawyers magazine. We encourage you to read testimonials from our prior clients or check out our reviews on Yelp and Avvo.

We look forward to connecting with you.

Best,

**Julian Burns King (she/her)**

Partner, King & Siegel LLP

---

**bobby gonzales** <bgfarcenter@gmail.com>                    Thu, Dec 5, 2024 at 10:44 PM
To: King & Siegel LLP <intake@kingsiegel.com>

Hi,

Sorry I didn't see your email sooner.

I am pretty available, except tomorrow around 2PM.

If you can call me at 530-523-3822 around 1PM or after 3PM that would work.

I should be pretty available next week too.

Thank you, hope to hear back soon.

[Quoted text hidden]

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

# LENTO LAW FOLLOW UP
2 messages

**Lento Law Support Team** <amanda@studentdisciplinedefense.com>                                    Wed, Dec 4, 2024 at 4:17 AM
Reply-To: Lento Law Support Team <amanda@studentdisciplinedefense.com>
To: bgfarcenter@gmail.com

Bobby,

Hello. The Lento Law Firm team has received your message. We are sorry to hear about the trouble you're experiencing.

Please allow us to describe our initial help and availability in _student and school_ matters by way of this message.

For your brief further reference as needed, we specialize in _student and school-related_ issues and concerns nationwide at the school level (and in court as needed) in various capacities.

**Please read the following carefully as it contains important information about our process should you like our help.**

Please note that for such matters, we initially make ourselves available for purposes of a consultation where we would review the necessary information and documentation related to a case/matter and then follow up with a client to schedule the phone consultation as soon as reasonably possible, during which time we would discuss where the case stands, realistic best steps forward, and anything related. We charge a $350 consultation fee to proceed for our professional input and availability in this regard.

(As to prospective representation which is beyond the stage of a consultation, once we can determine what is involved in the case, we would be able to speak to specific best steps forward and terms of representation, including applicable fees. We will be able to determine what is involved in the case through the course of the consultation.)

Upon payment of the consultation fee via the Lento Law Firm's secure URL link provided below, we can proceed further for purposes of the consultation, which initially will entail us sending you a detailed email requesting what is necessary for our review and assessment at this stage. The phone consultation itself will be scheduled as soon as administratively possible based on present Firm availability _(**not** the same day payment is made)_ once a client provides the necessary case information per the above-referenced email we would send once engaged for purposes of the consultation.

We will try to take into account a client's potential deadlines in scheduling a consultation once engaged, and consultations will often be scheduled within one or several days after payment is made / case information is received. The Firm will determine the day and time the consultation will take place, however, and the terms of the consultation.

Please note that once payment is made, we are being engaged for purposes of the consultation, you will be charged the non-refundable (earned upon receipt) $350 consultation fee, and we will proceed accordingly on your behalf. As the consultation fee is non-refundable once payment is made, please proceed only upon you being ready to proceed with our process as detailed per this email.

The Lento Law Firm's consultation fee secure payment link follows below. Please click on this link and make payment should you like to proceed as detailed:

https://link.clover.com/urlshortener/vWCh7c

Once payment is made, we will be notified, and we will follow up accordingly on your behalf as detailed.


_**(Please do not send anything related to the case in advance of us being engaged for purposes of the consultation as referenced above so that we can best direct what is needed at this stage.)**_


Thank you.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Re: Civil Rights, Personal Injury, Apellate, Other - Website Contact from Bobby Gonzales

2 messages

---

**James Cook** <james.cook@johnburrislaw.com>                              Wed, Dec 4, 2024 at 4:59 AM
To: bgfarcenter@gmail.com, K Luna <okluna03@gmail.com>

We don't get involved with cases filed pro se or by other firms.

This is not something that we would be interested in getting involved with.  We have to decline your case.

After careful consideration, we have concluded that it is not feasible for this law firm to represent you. This is not intended to be an opinion concerning the merits of your case, we are merely indicating that we are unable to represent you.

If you intend to pursue these claims, you should immediately contact another attorney to obtain legal representation. You should be aware that there are strict time limitations within which you must act in order to protect your rights in this matter. Failure to file a lawsuit within the requisite time may mean that you could be barred forever from pursuing your action.

We regret that we could not take your case and we wish you success in pursuing the matter with other counsel. Please be advised that, in order to protect your privacy, our office will destroy all written correspondence, photos, and additional materials accompanying inquiries for representation.

Sincerely,
THE LAW OFFICES OF JOHN L. BURRIS
Dictated by writer but not read;
Mailed in His Absence to Avoid Delay
John L. Burris, Esq.
JLB:jc

On Tue, Dec 3, 2024 at 10:55 PM BNCL Law Firm <wordpress@bncllaw.com> wrote:
  From: Bobby Gonzales <bgfarcenter@gmail.com>
  Subject: Civil Rights, Personal Injury, Apellate, Other
  Issue: My name is Bobby Gonzales.

  I have been representing myself in a federal lawsuit for the last year.   I have clearly organized my concrete legal injuries, the causes, disclosures, relief within the court's grasp, and I am currently stuck tangling with a jurisdictional [non]issue by an avoidant defense team and judge.

  Basically, everything started with a photo of a former boss from a warehouse who threatened to retaliate against "my future" which found its way on a university webpage.  Instead of initiating a UC whistleblower investigation, several UC employees went out of their way to A) wrongly perceive me as a protected class as an excuse to make a prejudicial conclusion with unusual knowledge of the events elsewhere before initiating any whistleblower investigation, B) breach a duty of care related to safety in dorm housing, C) investigate my student conduct and punish me with apparent political bias when left to my own devices in the face of the negligence, D) prevent me from proving allegations and obtaining evidence, E) imposed several unlawful punishments, F) delay and obstruct several grievance procedures, and more.  Federal jurisdiction largely rests on point D) above, but also on several irreparable injuries.

  I just need someone who can effectively get through to the defense team and end this madness according to the incredibly overexerted efforts I have sacrificed over the last 11 years of my life.  Instead of addressing the sound exception to the normal requirements for exhaustion of remedies which I have repeatedly raised, the totality is continuously omitted from court rulings, and I keep being wrongly accused of "putting my periods on backwards by professionals who have run out of serious answers."

  I am being accused of A) providing "no" evidence in the face of direct communications with wrongdoers about their wrongdoings in real time, audio exhibits, and more; B) claiming "zero" federal injuries in the face of an obvious due process claim as wel

  User Details:

 **Gmail**

bobby gonzales <bgfarcenter@gmail.com>

## Federal Lawsuit Inquiry
2 messages

**Dayna M. Hloska** <dmh@kjk.com>                                                      Wed, Dec 4, 2024 at 6:18 AM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>
Cc: "Kristina W. Supler" <kws@kjk.com>, "Susan C. Stone" <scs@kjk.com>

Good morning, Bobby.


Thank you for contacting us regarding your federal lawsuit. Unfortunately, we do not do contingency work and are unable to assist you. We wish you the best.


**DAYNA M. HLOSKA**
**KJK**

**D** 216.736.7236 │ **E** dmh@KJK.com
1375 E 9th Street, 29th Floor │ Cleveland, Ohio 44114
KJK.com │ Confidentiality Notice

**Newsletter Sign-Up | KJK's Innovative Programs**

LinkedIn | Facebook | Twitter


**bobby gonzales** <bgfarcenter@gmail.com>                                             Wed, Dec 4, 2024 at 9:29 AM
To: "Dayna M. Hloska" <dmh@kjk.com>

I have done all of the casework already.

All that needs to be done at this stage is negotiation.

I have contacted plenty of law firms and spun my wheels enough.

We are not thinking about our own personal consequenses in all of our possible outcomes in life 🤍

[Quoted text hidden]

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

## Your contact regarding your case
2 messages

**Kate Corrigan <kate@cwsdefense.com>**                                    Wed, Dec 4, 2024 at 6:26 AM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>
Cc: Edward Welbourn <ed@cwsdefense.com>

    Bobby. Thank you for your email. We do not practice civil law.  As such , we cannot assist you.
    Kate Corrigan
    Corrigan Welbourn & Stokke. APLC
    4100 Newport Place, Suite 550
    Newport Beach, CA. 92660
    Tel.  949-251-0330
    Fax.  949-251-1181
    email.  Kate@cwsdefense.com

**bobby gonzales <bgfarcenter@gmail.com>**                                 Wed, Dec 4, 2024 at 9:29 AM
To: Kate Corrigan <kate@cwsdefense.com>

    I have done all of the casework already.

    All that needs to be done at this stage is negotiation.

    I have contacted plenty of law firms and spun my wheels enough.

    We are not thinking about our own personal consequenses in all of our possible outcomes in life 🤐
    [Quoted text hidden]

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

## Bohm Law Group: Declination

2 messages

**Mark Temple** <mtemple@bohmlaw.com>                                    Wed, Dec 4, 2024 at 7:30 AM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>

Dear Mr. Bobby Gonzalez:

Thank you for contacting the Bohm Law Group, Inc. concerning your potential legal matter. We are honored to receive hundreds of requests for assistance from potential clients each month, and while we appreciate being regarded as one of California's elite worker's and civil rights law firms (and work hard to maintain that reputation), we are simply unable to accommodate such a large volume of demand. Based upon the information you submitted and the current demands of our existing caseload, we are not presently able to offer our assistance.

Our choice to not pursue your matter is solely a business decision on our part and is *not* an expression regarding the viability of your potential claims. We have *not* determined the precise legal violations of your rights which may have occurred from the information you submitted, and thus we cannot advise you as to the substance of any claims which you may have, or the applicable time limits for filing an action in pursuit of such claims. **Please note that failure to abide by whatever applicable time limits apply may forever bar you from any recovery. Therefore, you are encouraged to immediately seek the advice of another attorney to explore and/or pursue any claims which you may have.**

Although we are unable to provide you with a referral to any specific attorney at this time, you may wish to visit the *California Employment Lawyers Association* (CELA) website to search for an attorney that can provide you with the assistance you need. You may visit their "Find A Lawyer" section here: https://cela.org/index.cfm?pg=FindaLawyer. Simply scroll down and make your selection based upon an attorney's proximity to a certain zip code, languages spoken, and specific practice areas.

Thank you again for contacting our office regarding the possibility of representation. We truly regret that we are unable to accommodate your request at this time. We wish you the very best of luck in pursuing your potential claims.

Respectfully,

**Mark Temple**

Paralegal

**Bohm Law Group, Inc.**

 **Gmail**

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Greene Broillet & Wheeler, LLP - Your Inquiry
2 messages

---

**Hannah Khatib** <hkhatib@gbw.law>                                  Wed, Dec 4, 2024 at 8:07 AM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>
Cc: Sebastian Russell <SRussell@gbw.law>

Good Morning Mr. Gonzales,

Thank you for your inquiry.  I regret to inform you that we cannot represent you in this matter.

Please understand that by our declination of representation, we mean to imply no judgment concerning the merits or demerits of your case, and we make absolutely no statement, either implied or express, about your chances for success in any lawsuit that you may deem to file. All we mean to do by this letter is express our gratitude for your thinking of us, and advise you that the facts of your case do not justify our participation in this lawsuit.

Of course, you must be mindful of the fact that certain statutes of limitations apply in a case such as this and, therefore, we strongly suggest that you consult other attorneys and that you do so in such a fashion as to give your new attorney adequate time to meet any applicable statute of limitations in your case and to adequately prepare your case.

Thank you once again for considering this firm, and please accept my sincere apologies and regrets that we cannot be of more service to you.

Very truly yours,

GREENE BROILLET & WHEELER, LLP


Pursuant to California Code of Civil Procedure § 1010.6, we request that all represented parties serve documents electronically.

### Hannah Khatib  ■  Paralegal



**Greene Broillet & Wheeler, LLP**
222 N. Pacific Coast Highway, Suite 2100
P.O. Box 955
El Segundo, CA 90245

| | |
|---|---|
| Direct | (310) 566-6067 |
| Fax | (310) 576-1220 |
| Web | www.gbw.law |
| Email | hkhatib@gbw.law |

   

---



**bobby gonzales <bgfarcenter@gmail.com>**

---

## Re: Contact Form Inquiry - Helm Law Office, PC | www.helmlawoffice.com
2 messages

---

**T. Kennedy Helm** <kennedy@helmlawoffice.com>                                      Wed, Dec 4, 2024 at 8:14 AM
To: Bobby Gonzales <bgfarcenter@gmail.com>

Dear Bobby Gonzales:

Thank you for contacting Helm Law Office, PC regarding your legal matter. Due to my current caseload, I am unable to help you with your legal matter.

This decision is a business decision and is not meant to reflect on the merits of your matter in any way.  I am not expressing an opinion as to whether you should take further action in this matter; I am merely indicating that I will be unable to represent you.

Because we have not entered into an attorney-client relationship, I will not be representing you, or investigating or evaluating the facts or legal merits involved in your matter, and I have not given you any legal advice on how to proceed. Going forward, I will not be taking any action on your behalf, monitoring developments, advising you, or otherwise representing your interests.  Because I am declining representation, I will not be able to answer any further questions regarding your matter.

Please be advised that a person must present a Government Code Claim, pursuant to California Government Code § 910, et seq., to the potentially responsible municipality or municipalities or State of California within 6 months of the date of the incident to preserve claims based in California law, or else such claims will be forever forfeited. Then, if the municipality or municipalities or the State of California serves a rejection notice of the claim, the claimant must bring California claims in a lawsuit within 6 months of the date of service of the rejection, or the claims may be forever barred. Federal civil rights claims under 42 U.S.C. § 1983 must be brought within 2 years of the date of the incident, or they may be forever barred.

Therefore, you should act immediately if you wish to pursue this matter by finding an attorney.  If you do not know of another attorney, I suggest that you contact a county bar association for a referral to another attorney in the area.  You might also consider looking at the National Police Accountability Project's website, which lists attorneys by state who handle police-misconduct matters.

Again, thank you for contacting my office, and I wish you the best of luck should you choose to pursue this matter.

Sincerely,

Kennedy Helm

**HELM** | **T. Kennedy Helm, IV**
LAW OFFICE | Attorney and Principal, Helm Law Office, PC

T 510-350-7517| kennedy@helmlawoffice.com
www.helmlawoffice.com
MacArthur Annex, 644 40th Street, Suite 305, Oakland, CA 94609

On Tue, Dec 3, 2024 at 10:56 PM <inquiry@paperstreet.com> wrote:

> **Name**: Bobby Gonzales
>
> **Email**: bgfarcenter@gmail.com
>
> **Phone**: 530-523-3822
>
> **Comments**: My name is Bobby Gonzales. I have been representing myself in a federal lawsuit for the last year. I have clearly organized my concrete legal injuries, the causes, disclosures, relief within the court's grasp, and I am currently stuck tangling with a jurisdictional [non]issue by an avoidant defense team and judge. Basically, everything started with a photo of a former boss from a warehouse who threatened to retaliate against "my future" which found its way on a



**bobby gonzales <bgfarcenter@gmail.com>**

---

## RE: Website Contact Form - English
2 messages

---

**Irena Nissanoff** <Irena@fellesq.com>                                    Wed, Dec 4, 2024 at 9:10 AM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>
Cc: Michael Fell <MFell@fellesq.com>

Good Morning,

We received your legal inquiry however, we do not handle federal case or take any cases on a contingency.  You can go to www.avvo.com to find an attorney that best fits your needs.

Thank you,



Irena Nissanoff

Paralegal

900 Roosevelt

Irvine, CA 92620

http://mfellattorneyatlaw.com/

http://justice4crimevictims.com/

https://www.mfellfamilylaw.com/
Office (949) 585-9055

Fax (949) 585-9057

THIS COMMUNICATION IS FOR ITS INTENDED RECIPIENT ONLY AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  ANY UNAUTHORIZED USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AS NOTED ABOVE, OR BY E-MAIL REPLY, THEN DELETE IT FROM YOUR SYSTEM AND DESTROY ANY HARD COPY YOU MAY HAVE PRINTED.



**bobby gonzales <bgfarcenter@gmail.com>**

---

## RE: thegarzafirm.com Form Submission
2 messages

---

**Wendy Mills** <wmills@thegarzafirm.com>                                    Wed, Dec 4, 2024 at 9:58 AM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>

Dear Mr. Gonzales,


Thank you for contacting The Garza Firm. Unfortunately, at this time because of our current caseload, we are unable to accept new matters. However, because we know your case is important, we wanted to advise you of our inability to accept your matter promptly and we do wish you the best in finding and obtaining legal representation. Good luck.


Kind regards,

Wendy

---



**Wendy S. Mills**
Head of Administration | Executive Legal Assistant

GARZA & GARZA LLP | **THE GARZA FIRM**
4100 Newport Place Drive, Suite 770 | Newport Beach, CA 92660-2497
Direct: 949.570.8064 | Main: 949.570.8350 | Fax: 949.570.3031
wmills@thegarzafirm.com | www.thegarzafirm.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

---

**From:** Contact Form <do_not_reply@site-forms.com>
**Sent:** Wednesday, December 4, 2024 9:23 AM
**To:** Oscar Garza <ogarza@thegarzafirm.com>; Sharyl Garza <sgarza@thegarzafirm.com>; Wendy Mills <wmills@thegarzafirm.com>
**Subject:** thegarzafirm.com Form Submission

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

## Potential case
4 messages

**Larry Eisenberg** <lse@lselaw.com>                                    Wed, Dec 4, 2024 at 8:17 AM
To: bgfarcenter@gmail.com
Cc: Larry Eisenberg <lse@lselaw.com>

> We do not handle these type of cases. Try contacting the Bar Association in the County where you live to see if they have an attorney referral service.

**bobby gonzales** <bgfarcenter@gmail.com>                                    Wed, Dec 4, 2024 at 9:30 AM
To: Larry Eisenberg <lse@lselaw.com>

> I have done all of the casework already.
>
> All that needs to be done at this stage is negotiation.
>
> I have contacted plenty of law firms and spun my wheels enough.
>
> We are not thinking about our own personal consequenses in all of our possible outcomes in life 👻
> [Quoted text hidden]

**Larry Eisenberg** <lse@lselaw.com>                                    Wed, Dec 4, 2024 at 10:00 AM
To: bobby gonzales <bgfarcenter@gmail.com>
Cc: Larry <lse@lselaw.com>

> We are unable to assist you due to commitments on other cases and we do not handle tis type of case.  Good luck!
>
>
> Larry Eisenberg, Esq.
>
> [Quoted text hidden]

**bobby gonzales** <bgfarcenter@gmail.com>                                    Wed, Dec 4, 2024 at 10:15 AM
To: Larry Eisenberg <lse@lselaw.com>

> I have done all of the casework already.
>
> All that needs to be done at this stage is negotiation.
>
> HOW MUCH EASIER CAN IT GET?!?!
>
> I have contacted plenty of law firms and spun my wheels enough.
>
> We are not thinking about our own personal consequenses in all of our possible outcomes in life 👻
> [Quoted text hidden]



# Your potential case
2 messages

**Lydia Baez** <lydia@genieharrisonlaw.com>                    Wed, Dec 4, 2024 at 11:40 AM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>
Cc: "bobbygonzalescasefile@genieharrisonlawfirm.filevineapp.com"
<bobbygonzalescasefile@genieharrisonlawfirm.filevineapp.com>

Dear Bobby,

Thank you for contacting us for legal services. We appreciate you trusting us with your matter. Unfortunately, due to our current caseload and after careful consideration, we have determined that we cannot assist you at this time. Please do not accept our decision not to represent you as any indication of the merits of your matter.

IMPORTANT INFORMATION: You should be aware that there are strict deadlines (sometimes referred to as due dates, response dates, limitations periods, or statutes of limitations) within which to make claims, file lawsuits, or otherwise pursue or defend cases. Once those deadlines pass, your ability to protect your interests is forever barred, and you can lose all of your legal rights. The exact dates those deadlines expire vary from case to case. It is usually best to have an attorney advise you about deadlines and prepare any court papers for you. So, you should continue to seek legal counsel. You may want to call the Los Angeles County Bar Association for Lawyer Referral Services at (213) 243-1525. You may also want to look for California Employment Lawyers at www.cela.org.

Sincerely,


Lydia Baez

Pronouns: She/Her/Hers

Intake Specialist

 **Genie Harrison** Law Firm, APC

p: 213.805.5301 Ext. No.106

f: 213.805.5306

a: 523 West 6th Street, Suite 707, Los Angeles, CA 90014

w: www.genieharrisonlaw.com

e: lydia@genieharrisonlaw.com


PLEASE NOTE: This message, including any attachments, may include privileged, confidential, and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Review of Your Case Inquiry
6 messages

---

**Jay Kreindler** <jkreindler@wadelitigation.com>                    Wed, Dec 4, 2024 at 9:15 AM
To: bgfarcenter@gmail.com

Dear Bobby,

I've been assigned to review your case and fully understand the challenges you've described. This is something we could potentially assist with.

I did notice you mentioned being interested in a contingency arrangement. At Wade Litigation, we are a retainer-based firm and do not take cases on contingency. Are you open to working with a retainer-based firm? If so, we'd be happy to discuss the next steps.

Looking forward to your response!

--

 WADE LITIGATION

Jay Kreindler
**WADE LITIGATION**
**Intake Specialist**

262 East Main Street
Los Gatos, CA, 95030
P: 408-842-1688
F: 408-549-1612
E: Jkreindler@wadelitigation.com
W: www.wadelitigation.com

We help individuals and businesses win court cases expeditiously and in a cost-effective manner.  See our firm video

https://wadelitigation.com/firm-videos/

CONFIDENTIALITY NOTICE: This email communication and any attachment(s) may contain information that is confidential and/or privileged by law. It is meant solely for the intended recipient(s). Unauthorized use, review, duplication, disclosure, or interception of this email is strictly prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you have received this email in error, please notify us immediately by return email and delete this message and any attachments (s) from your system. Thank you in advance for your cooperation.

---

**bobby gonzales** <bgfarcenter@gmail.com>                    Wed, Dec 4, 2024 at 9:31 AM
To: Jay Kreindler <jkreindler@wadelitigation.com>

Yea sure.  With all of the money Ive earned while unemployed over the last two years!
[Quoted text hidden]

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### 12-03-2024 Statute Bobby Gonzales

2 messages

---

**Paralegal2** <paralegal2@evanslaw.com>                    Wed, Dec 4, 2024 at 12:24 PM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>
Cc: EvansLaw Paralegal <paralegal@evanslaw.com>

Dear Bobby Gonzales,

Thank you for contacting the Evans Law Firm, Inc. Please allow this letter to confirm that we will not be able to accept your case and must, therefore, decline representation.

You should not construe this firm's decision not to take on representation as constituting a legal opinion that you do not have a valid legal claim. If you have any interest in pursuing such an action, we would encourage you to contact another attorney immediately as there are always time limitations under law for filing cases. **Please be aware that, if you do not act within a certain prescribed time (this time limit is called the statute of limitations), the law will prohibit you from seeking such an action**.

In the future, we hope that we can be of assistance to you in the following legal matters:

**Consumer fraud cases** against insurance companies (including claims against insurance companies that sell whole life insurance, universal life insurance, annuities, long term care insurance and other insurance products), banks, and other product and service providers for fraudulent and unfair business practices. Generally, we handle these types of cases as class actions because they involve a relatively small amount of damages to any one person but the practice occurred to a large number of people.

**Elder abuse claims** for both financial and physical abuse cases, including securities, banking and insurance products that were sold to you or a loved one such as deferred annuities, long term care insurance, were taken advantage of by an insurance agent or investment advisor.

**Estate and Trust litigation** including trust and will contests, conservatorships, powers of attorney litigation, and removal, probate matters, estate, and trust administration.

**Whistleblower Cases and Employment** cases including whistleblower cases for tax fraud, false claims for government payments, securities fraud, or violations of bank and lending laws; and cases against employers for harassing, demoting or firing employee/whistleblowers.

We appreciate your contacting us, and we hope that if we can be of service in the future, that you will contact us again.

Very truly yours,

*Ingrid M. Evans*

Ingrid M. Evans

Best,

 **Gmail**

**bobby gonzales <bgfarcenter@gmail.com>**

## Response to KKC Confidential Submission
2 messages

**Consult** <consult@kkc.com>                                       Wed, Dec 4, 2024 at 12:53 PM
To: Bobby Gonzales <bgfarcenter@gmail.com>

Dear Bobby,

Thank you very much for contacting us. A partner of the firm has reviewed the confidential information that you submitted and it is most unfortunate that we are unable to represent you. We receive numerous requests for representation and we simply are not able to represent everyone who contacts us. Not being able to offer our assistance is the hardest decision we have to make. Our inability to represent you at this time is not a reflection on or a determination of the merits of your case.

It is essential that everyone involved in a whistleblower case know their rights. We strongly recommend that you review the free comprehensive online Law Library and obtain a copy of Rules for Whistleblowers. All profits from the sale go to the National Whistleblower Center.

Our law partner, Stephen Kohn, created the Law Library and the Rules book as the essential book non-lawyers and lawyers need. Rules for Whistleblowers includes guidance on preparing for a hearing, draft discovery (model discovery included), evaluating whether you qualify for a reward, and understanding what disclosures are "protected." Rules for Whistleblowers covers the private sector, federal and government employees, and international claims.

For assistance with finding an attorney, we suggest you visit the comprehensive whistleblower resources provided by Whistleblower Network News. These resources include a lawyer directory and information about whistleblower laws and programs.

We wish you the best of luck –

Sincerely yours,

Intake Coordinator
Kohn, Kohn and Colapinto LLP
**www.kkc.com**

—

The National Lawyers Guild (**nlg.org**)
National Whistleblower Legal Defense and Education Fund (**report-fraud-now.info**)
National Employment Lawyers Association (**nela.org**)
Lawyers.com (**lawyers.com**)
Taxpayers Against Fraud (**taf.org**)

**bobby gonzales** <bgfarcenter@gmail.com>                           Wed, Dec 4, 2024 at 4:24 PM
To: Consult <consult@kkc.com>

I have done all of the casework already.

All that needs to be done at this stage is negotiation.  Possibly only one conference with the defense.

HOW MUCH EASIER CAN IT GET?!?!

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Your Potential Case
2 messages

---

**Claudia Glade** <claudia@wbslawyers.com>                    Wed, Dec 4, 2024 at 1:47 PM
Reply-To: Claudia Glade <claudia@wbslawyers.com>
To: Bobby Gonzales <bgfarcenter@gmail.com>
Cc: Intakes <intakes@wmlawyers.com>

> December 4, 2024
> VIA EMAIL ONLY: BGfarcenter@gmail.com
> Re: Your potential legal claim
>
> Dear Bobby:
>
> Thank you for contacting our firm regarding your potential legal claim. Based on the information you provided our firm has
> determined that we are unable to assist you or represent you in this claim. This letter is not intended to be an opinion
> concerning the merits of your case, nor are we expressing an opinion as to whether you should take further action in this
> matter. We are merely indicating that we will be unable to represent you.
>
> There are strict time limitations within which you must act to protect your rights in this matter. These time limits are
> complex and vary for different types of legal action.
>
> You should act immediately if you wish to pursue this matter. Failure to file a lawsuit within the requisite time may mean
> that you could be barred forever from pursuing your action.
>
> Sincerely,
>
> **Claudia Glade**
> J.D. Graduate 2008
> Empire College School of Law
> Senior Legal Intake Specialist
> Pronouns: she/her/hers (what's this?)



> WINER, BURRITT & SCOTT, LLP
>
> Phone: 866-680-7184
> wbslawyers.com
>
> _____
>
> PRIVILEGE AND CONFIDENTIALITY NOTICE
>
> **This message, together with any attachments, is intended only for the use of the individual or entity to which it is
> addressed and may contain information that is confidential and prohibited from disclosure. If you are not the
> intended recipient, you are hereby notified that any dissemination, or copying of this message, or any
> attachment, is strictly prohibited. If you have received this message in error, please notify the original sender
> immediately by calling (510) 433-1000 or by return e-mail and delete this message, along with any attachments,
> from your computer.**
>
> Please consider the environment before printing this e-mail. Thank you.

---

**bobby gonzales** <bgfarcenter@gmail.com>                    Wed, Dec 4, 2024 at 4:25 PM
To: Claudia Glade <claudia@wbslawyers.com>

I have done all of the casework already.



**bobby gonzales <bgfarcenter@gmail.com>**

---

## Fw: Contact Form Submission [#172454206]
2 messages

---

**Gavin Kassel** <gavin@skassellaw.com>                                    Wed, Dec 4, 2024 at 2:27 PM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>, Sandy Kassel <sandy@skassellaw.com>, OFFICE
<office@skassellaw.com>, Shana Kassel <shana@skassellaw.com>, Ale Ruiz <ale@skassellaw.com>

Dear Mr. Gonzales:

We received the inquiry you submitted to our office. Unfortunately, this is not a matter our office will be
able to assist in. I would encourage you consult another law office at your earliest opportunity.

Warmest regards,



**Gavin P. Kassel, Attorney at Law**
SANFORD A. KASSEL,
A Professional Law Corporation
650 East Hospitality Lane Suite 580
San Bernardino, CA 92408

909.884.6451  (Office)

909.884.8032  (Fax)
gavin@skassellaw.com
www.skassellaw.com

**PLEASE NOTE MY EMAIL
HAS RECENTLY CHANGED:**
gavin@skassellaw.com

•••••CONFIDENTIALITY NOTICE•••••PRIVILEGED AND CONFIDENTIAL INFORMATION•••••

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or
privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in
reliance upon this message is strictly prohibited. If you received this in error, please contact the sender at **(909) 884-6451** and delete the material from all computers.

---

**From:** POWR <no-reply@powr.io>
**Sent:** Tuesday, December 3, 2024 11:48 PM
**To:** Gavin Kassel <gavin@skassellaw.com>
**Subject:** Contact Form Submission [#172454206]

several grievance procedures, and more. Federal jurisdiction largely rests on point D) above, but also on several irreparable injuries. I just need someone who can effectively get through to the defense team and end this madness according to the incredibly overexerted efforts I have sacrificed over the last 11 years of my life. Instead of addressing the sound exception to the normal requirements for exhaustion of remedies which I have repeatedly raised, the totality is continuously omitted from court rulings, and I keep being wrongly accused of "putting my periods on backwards by professionals who have run out of serious answers." I am being accused of A) providing "no" evidence in the face of direct communications with wrongdoers about their wrongdoings in real time, audio exhibits, and more; B) claiming "zero" federal injuries in the face of an obvious due process claim as well as the totally-avoided, perfect precedent for normal exhaustion requirements in a case like mine; and C) overt avoidance of a variety of motions and the topic of redressability whatsoever. Can we please discuss the arrangement of a contingency deal with a high potential for reward given the elements of my injuries? Thanks. I really hope to hear back soon!

| | |
|---|---|
| **How were you referred to our offices?** | Website |
| **I have read the Disclaimer** | ☑ |
| **Submission Source:** | https://www.skassellaw.com/contact/ |
| **Locale** | US |

 **Gmail**

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Your Inquiry to Constantine Cannon
2 messages

---

**Buck, Ginger** <gbuck@constantinecannon.com>                   Wed, Dec 4, 2024 at 3:13 PM
To: Bobby Gonzales <bgfarcenter@gmail.com>

Dear Bobby,

Thank you for your case inquiry. Unfortunately, as our email to you on September 18, 2023 stated, Constantine Cannon is declining to represent you in this matter. Our decision should not be read as a statement about the merits of your potential claim. Other firms may view your case differently and we encourage you to seek another opinion.

If you wish to pursue this matter, you should seek alternate counsel quickly. As time goes on, the risk increases that impediments to the claim might arise, or the claim might be barred entirely. These include, but are not limited to, the statute of limitations running out, evidence being lost, another whistleblower filing a claim before you, or a public disclosure of allegations similar to yours.

Sincerely,
Ginger Buck

**Ginger Buck**
CONSTANTINE **|** CANNON LLP
6 E. 43rd St.
New York, NY 10017
Office: 212.350.2742
gbuck@constantinecannon.com

This e-mail, including any attachments, is for the use of the intended recipient(s) only. It may contain legally privileged and/or confidential information. If you are not the intended recipient, you are notified that the further dissemination, distribution, or copying of this e-mail is strictly prohibited. If this e-mail has been received in error, please permanently delete this message and all copies or printouts hereof, and please notify me immediately.

---

**bobby gonzales** <bgfarcenter@gmail.com>                   Wed, Dec 4, 2024 at 4:25 PM
To: "Buck, Ginger" <gbuck@constantinecannon.com>

Pathetic.

Dishonorable to the name.

YOU ARE HEREBY TAKEN!

[Quoted text hidden]



**bobby gonzales <bgfarcenter@gmail.com>**

---

## Communication From NOSRATILAW, APLC
2 messages

---

**Jenefer Dang** <jdang@nosratilaw.com>                Wed, Dec 4, 2024 at 3:37 PM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>
Cc: Omid Nosrati <omid@nosratilaw.com>, Rene Maldonado <rene@nosratilaw.com>

Good afternoon,

We hope you are doing well. Please see the attached letter regarding your employment matter.

All the best,

Jenefer Dang

Intake Coordinator



**O | N**
N O S R A T I L A W
A PROFESSIONAL LAW CORPORATION
1801 Century Park East
Suite 840
Los Angeles, CA 90067
Tel: (310) 553-5630
Fax: (310) 553-5691

**CONFIDENTIALITY NOTICE**: This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and thereafter immediately delete this message.

---

📄 **2024-12-04 Letter to Bobby Gonzales.pdf**
114K

---

**bobby gonzales** <bgfarcenter@gmail.com>               Wed, Dec 4, 2024 at 4:26 PM
To: Jenefer Dang <jdang@nosratilaw.com>

I have done all of the casework already.

All that needs to be done at this stage is negotiation.  Possibly only one conference with the defense.

HOW MUCH EASIER CAN IT GET?!?!

I have contacted plenty of law firms and spun my wheels enough.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

# Regarding Your Legal Inquiry
2 messages

---

**Lerner and Rowe Notifications** <newclaim@lernerandrowe.com>    Wed, Dec 4, 2024 at 4:21 PM
To: Bobby Gonzales <bgfarcenter@gmail.com>
Cc: Misael Valdes <mvaldes@lernerandrowe.com>

Dear Bobby,

Thank you for reaching out to Lerner and Rowe regarding your legal needs. After careful consideration our attorneys decided we would not be able to help you with your case. We do encourage you to seek out representation from other law firms. You can also call the Arizona State Bar referral line at (602) 258-3434 to see if they can provide any assistance. We hope in the future you will consider Lerner and Rowe.

Thank you,

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

---

**bobby gonzales** <bgfarcenter@gmail.com>    Wed, Dec 4, 2024 at 4:26 PM
To: Lerner and Rowe Notifications <newclaim@lernerandrowe.com>

I have done all of the casework already.

All that needs to be done at this stage is negotiation.  Possibly only one conference with the defense.

HOW MUCH EASIER CAN IT GET?!?!

I have contacted plenty of law firms and spun my wheels enough.

We are not thinking about our own personal consequenses in all of our possible outcomes in life 🗿

[Quoted text hidden]

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Case of a Lifetime (HIGH REWARD)
3 messages

---

**bobby gonzales** <bgfarcenter@gmail.com>                                    Tue, Dec 3, 2024 at 11:39 PM
To: DAllender@robinskaplan.com, DBocan@robinskaplan.com, AChuran@robinskaplan.com, ZCohen@robinskaplan.com, TDu@robinskaplan.com, JFair@robinskaplan.com, MGeibelson@robinskaplan.com, LGomez@robinskaplan.com, MHarris@robinskaplan.com, JLeland@robinskaplan.com, CLincoln@robinskaplan.com, DMartinez@robinskaplan.com, JMenton@robinskaplan.com, SOConnor@robinskaplan.com, JPettit@robinskaplan.com, SQuartararo@robinskaplan.com, RSilberfeld@robinskaplan.com, WWebster@robinskaplan.com, KWhitfield@robinskaplan.com

My name is Bobby Gonzales.

I have been representing myself in a federal lawsuit for the last year.   I have clearly organized my concrete legal injuries, the causes, disclosures, relief within the court's grasp, and I am currently stuck tangling with a jurisdictional [non]issue by an avoidant defense team and judge**.**

Basically, everything started with a photo of a former boss from a warehouse who **threatened to retaliate against "my future"** which found its way on a university webpage.  Instead of initiating a UC whistleblower investigation, several UC employees went out of their way to A) wrongly perceive me as a protected class as an excuse to make a prejudicial conclusion with unusual knowledge of the events elsewhere before initiating any whistleblower investigation, B) breach a duty of care related to safety in dorm housing, C) investigate my student conduct and punish me with apparent political bias when left to my own devices in the face of the negligence, D) prevent me from proving allegations and obtaining evidence, E) imposed several unlawful punishments, F) delay and obstruct several grievance procedures, and more.  **Federal jurisdiction largely rests on point D) above, but also on several irreparable injuries.**

I just need someone who can effectively get through to the defense team and end this madness according to the incredibly overexerted efforts I have sacrificed over **the last 11 years of my life**.  Instead of addressing the sound exception to the normal requirements for exhaustion of remedies which I have repeatedly raised, the totality is continuously omitted from court rulings, and I keep being wrongly accused of "putting my periods on backwards by professionals who have run out of serious answers."

**I am being accused of A) providing "no" evidence in the face of direct communications with wrongdoers about their wrongdoings in real time, audio exhibits, and more; B) claiming "zero" federal injuries in the face of an obvious due process claim as well as the totally-avoided, perfect precedent for normal exhaustion requirements in a case like mine; and C) overt avoidance of a variety of motions and the topic of redressability whatsoever.**

Can we please discuss the arrangement of a contingency deal with a high potential for reward given the elements of my injuries?

Thanks.  I really hope to hear back soon!

---

**Gomez, Luis D.** <LGomez@robinskaplan.com>                                    Wed, Dec 4, 2024 at 6:12 PM
To: bobby gonzales <bgfarcenter@gmail.com>

Bobby,

I am unable to represent you in this matter**.**

Best of luck,

**LUIS GOMEZ**
Associate | He/Him/Él
2121 Avenue of the Stars | Suite 2800 | Los Angeles, CA 90067
P 310-229-5824 | LGomez@RobinsKaplan.com | RobinsKaplan.com



bobby gonzales <bgfarcenter@gmail.com>

---

## RE: PotterHandy.com: Requesting Legal Assistance
4 messages

---

**Evens Louis** <EvensL@potterhandy.com>                                    Thu, Dec 5, 2024 at 9:36 AM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>

Dear Bobby,


Regrettably, we don't handle federal claims and don't have partner firms specializing in this area of law to refer you to. However, we recommend visiting the following link provided by the California State Bar for further assistance.

**California Lawyer Referral Service (LRS)**

**https://app.powerbigov.us/view?r=eyJrIjoiZDM4ZGViMDgtODBhMy00ZG RmLWI3ZTEtNTk2M2Q5ODk0ODM4IiwidCI6IjI1NTc3YmE1LTNIYmQtNGVjNS 05MGQ3LTBIODE0OGE4MzE4YSJ9**


Best Regards,




Evens Louis

EvensL@potterhandy.com


**Potter Handy LLP**

100 Pine St., Ste. 1250

San Francisco CA 94111


Electronic Service address: Serve@potterhandy.com


**\*\*\*All Mail, Overnight & Settlement Payments send to:\*\*\***

Potter Handy LLP

ATTN: Rhonda Handy

1410 E Winding Way, Suite B,

Friendswood, Texas 77546



**bobby gonzales <bgfarcenter@gmail.com>**

---

## UC whistleblower complaint
2 messages

---

**Jeffrey Keller** <jeffrey.keller@kellergrover.com>          Thu, Dec 5, 2024 at 11:58 AM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>

Dear Mr. Gonzales,


Thank you again for contacting Keller Grover LLP, unfortunately, what you have raised is not an issue that our office can take up as a case at this time. Of course, our assessment does not mean that you may not have viable claims that another lawyer might view differently.  Our decision should not prevent you from pursuing this matter through other legal counsel even though our firm is not representing you.  I can direct you to the California State Bar where you can find a directory of other attorneys in your area who handle employment and retaliation claims.


Let me emphasize that it is essential that you take prompt action in pursuing any potential claim to comply with all applicable time limitations.  Failure to do so could cause you to lose important legal rights.  You should not assume that you have lost legal rights through the passage of time but should obtain legal assistance in determining exactly when any rights expire.


While any information you provided to us will remain strictly confidential, this email confirms that Keller Grover LLP has not represented you and does not represent you currently regarding this or any other matter, and that no attorney-client relationship exists between us.  We are closing our file.  You have our best wishes for success.


Jeffrey F. Keller

KELLER GROVER LLP

1965 Market Street

San Francisco, CA  94103

Tel:   415.543.1305

Fax:  415.543.7861

E-Mail:   jeffrey.keller@kellergrover.com

Website:  www.kellergrover.com


*Antitrust/Consumer Class Actions*

*Whistleblower Actions*

*Wage and Hour Class Actions*

*Employment Law Disputes*

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Vanaman German Response to Inquiry
2 messages

---

**Nidia Garcia** <ngarcia@vanamangerman.com>                    Thu, Dec 5, 2024 at 12:55 PM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>

Good afternoon,

Thank you for reaching out to us with your inquiry. Unfortunately, we are unable to assist you, we handle special education cases K-12.  Regrettably we do not have any referrals available to provide, we appreciate your understanding.

Best,

Nidia Garcia

VANAMAN GERMAN LLP

14001 Ventura Boulevard

Sherman Oaks, CA 91423

Tel: 818-990-7722 ext. 263

Fax: 818-501-1306

---

**bobby gonzales** <bgfarcenter@gmail.com>                    Thu, Dec 5, 2024 at 3:48 PM
To: Nidia Garcia <ngarcia@vanamangerman.com>

I have done all of the casework already.

All that needs to be done at this stage is negotiation.  Possibly only one conference with the defense.

HOW MUCH EASIER CAN IT GET?!?!

I have contacted plenty of law firms and spun my wheels enough.

We are not thinking about our own personal consequenses in all of our possible outcomes in life 🤨

[Quoted text hidden]

 **Gmail**

**bobby gonzales <bgfarcenter@gmail.com>**

---

# Documentation Request

3 messages

---

**Intake Email** <intake@lawyersftp.com>
To: bgfarcenter@gmail.com

Thu, Dec 5, 2024 at 3:37 PM

Hello Bobby Gonzales,

This is Thomas, Intake Specialist at Pointer and Buelna LLP. Thank you for completing a brief consultation with me. To complete the consultation process, please send over all documentation and videos regarding the matter discussed during the consultation. Upon receipt of the documents, your case will be evaluated. Once our evaluation process has concluded, you will be notified via email or phone regarding our potential representation.

Also, please note that our firm requesting this documentation does not imply that we are representing you, as we are requesting this information to thoroughly evaluate the inquiry you have submitted. If the needed documents are not received we will not be able to complete the evaluation.

Furthermore, it is very important that if you intend to pursue your claims any further, you must keep in mind that there are statute of limitations deadlines that affect your ability to take legal action. If you do not take legal action before the statute of limitations deadline, you may be forever barred from exercising your legal rights. During the consultation period, we urge you to have contact with other attorneys while we evaluate your potential case.

Best Regards,
**Pointer & Buelna, LLP**
Lawyers For The People

--



## Thomas O.

**Intake Specialist**

A: 155 Filbert St. Ste. 208
    Oakland, CA. 94607
P: (510) 929 - 5400
F: (510) 217 - 9585

**www.LawyersFTP.com**

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at intake@lawyersftp.com and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

---

**bobby gonzales** <bgfarcenter@gmail.com>
To: Intake Email <intake@lawyersftp.com>

Thu, Dec 5, 2024 at 3:38 PM

My name is Bobby Gonzales.

I have been representing myself in court for the last year.  I have clearly organized my concrete legal injuries, the causes, disclosures, relief within the court's grasp, and I am currently stuck tangling with a jurisdictional [non]issue by an avoidant defense team and judge**.**

Basically, everything started with a photo of a former boss from a warehouse who **threatened to retaliate against "my future"** which found its way on a university webpage.  Instead of initiating a UC whistleblower investigation, several UC employees went out of their way to A) wrongly perceive me as a protected class as an excuse to make a prejudicial conclusion with unusual knowledge of the events elsewhere instead of initiating any whistleblower investigation, B) breach a duty of care related to safety in dorm housing, C) investigate my student conduct and punish me in a discriminatory or retaliatory manner, D) prevent me from proving allegations and obtaining evidence, E) imposed several unlawful punishments, F) delay and obstruct several grievance procedures, and more.  **My claims largely rests on due process claims and several irreparable injuries.**

I just need someone who can effectively get through to the defense team and end this madness according to the incredibly overexerted efforts I have sacrificed over **the last 11 years of my life**.  Instead of addressing the sound exception to the normal requirements for exhaustion of remedies which I have repeatedly raised, the totality is continuously omitted from court rulings, and I keep being wrongly accused of "putting my periods on backwards by professionals who have run out of serious answers."

**I am being accused of A) providing "no" evidence in the face of direct communications with wrongdoers about their wrongdoings in real time, audio exhibits, and more; B) claiming "zero" federal injuries in the face of an obvious due process claim as well as the irreparable injuries and totally-avoided, perfect precedent for normal exhaustion requirements in a case like mine; and C) overt avoidance of a variety of motions and the topic of redressability whatsoever.**

I am ready for **trial**, but I am dealing with a defense team with a modus operandi of cornered professionals who have run out of answers and have nothing better to say.  Can we discuss **the negotiation of a settlement** with a high potential for reward given the elements of my injuries, after possibly just one conference?

Thanks.  I really hope to hear back soon!

[Quoted text hidden]

 **11-5.pdf**
141K

---

**bobby gonzales** <bgfarcenter@gmail.com>                                     Thu, Dec 5, 2024 at 3:47 PM
To: Intake Email <intake@lawyersftp.com>

Please review this document on "defense and judicial avoidance of the claims, disclosures, and court jurisdiction" to provide me with some feedback about your understanding of it, then I will send my declaration, motions, the defense documents, and the court's rulings in order to provide a full scope of detail so that the firm can make a determination on whether to move forward.

Thank you.

[Quoted text hidden]

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Fwd: Form Submission - Contact Form
2 messages

---

**Admin Snyder Shaw** <admin@snydershaw.com>                    Mon, Dec 9, 2024 at 8:20 AM
To: bgfarcenter@gmail.com

Good Morning Bobby:

We appreciate you reaching out to our firm. Unfortunately we are not currently taking on any Civil Rights cases.

We wish you all the best,

Melissa Jansen, Paralegal

Sent via form submission from *Snyder & Shaw*

**:** Bobby Gonzales

**:** Student

**:** bgfarcenter@gmail.com

**:** PO BOX 7804

**:**

**:** SLT

**:** CA

**:** 96158

**Primary Contact Number (Required):** 1530 5233822

**Reason for Inquiry:** Civil Rights

**How Can We Help?:** My name is Bobby Gonzales.

I have been representing myself in court for the last year. I have clearly organized my concrete legal injuries, the causes, disclosures, relief within the court's grasp, and I am currently stuck tangling with a jurisdictional [non]issue by an avoidant defense team and judge.

Basically, everything started with a photo of a former boss from a warehouse who threatened to retaliate against "my future" which found its way on a university webpage. Instead of initiating a UC whistleblower investigation, several UC employees went out of their way to A) wrongly perceive me as a protected class as an excuse to make a prejudicial conclusion with unusual knowledge of the events elsewhere instead of initiating any whistleblower investigation, B) breach a duty of care related to safety in dorm housing, C) investigate my student conduct and punish me in a discriminatory or retaliatory manner, D) prevent me from proving allegations and obtaining evidence, E) imposed several unlawful punishments, F) delay and obstruct several grievance procedures, and more. My claims largely rests on due process claims and several irreparable injuries.

I just need someone who can effectively get through to the defense team and end this madness according to the incredibly overexerted efforts I have sacrificed over the last 11 years of my life. Instead of addressing the sound exception to the normal requirements for exhaustion of remedies which I have repeatedly raised, the totality is continuously omitted from court rulings, and I keep being wrongly accused of "putting my periods on backwards by professionals who have run out of serious answers."

12/9/24, 4:03 AM    Case 8:23-cv-01788-JVS-KES    Document 121    Filed 12/17/24    Page 138 of 158    Page
                                        Educational Rights Case of a Lifetime (HIGH REWARD)
ID #:1791



bobby gonzales <bgfarcenter@gmail.com>

# Educational Rights Case of a Lifetime (HIGH REWARD)
3 messages

**bobby gonzales** <bgfarcenter@gmail.com>                              Mon, Dec 9, 2024 at 1:47 AM
To: "legal@natashewashington.com" <legal@natashewashington.com>

My name is Bobby Gonzales.

I have been representing myself in court for the last year.   I have clearly organized my concrete legal injuries, the causes, disclosures, relief within the court's grasp, and I am currently stuck tangling with a jurisdictional [non]issue by an avoidant defense team and judge**.**

Basically, everything started with a photo of a former boss from a warehouse who **threatened to retaliate against "my future"** which found its way on a university webpage.  Instead of initiating a UC whistleblower investigation, several UC employees went out of their way to A) wrongly perceive me as a protected class as an excuse to make a prejudicial conclusion with unusual knowledge of the events elsewhere instead of initiating any whistleblower investigation, B) breach a duty of care related to safety in dorm housing, C) investigate my student conduct and punish me in a discriminatory or retaliatory manner, D) prevent me from proving allegations and obtaining evidence, E) imposed several unlawful punishments, F) delay and obstruct several grievance procedures, and more.  **My claims largely rests on due process claims and several irreparable injuries.**

I just need someone who can effectively get through to the defense team and end this madness according to the incredibly overexerted efforts I have sacrificed over **the last 11 years of my life**.  Instead of addressing the sound exception to the normal requirements for exhaustion of remedies which I have repeatedly raised, the totality is continuously omitted from court rulings, and I keep being wrongly accused of "putting my periods on backwards by professionals who have run out of serious answers."

**I am being accused of A) providing "no" evidence in the face of direct communications with wrongdoers about their wrongdoings in real time, audio exhibits, and more; B) claiming "zero" federal injuries in the face of an obvious due process claim as well as the irreparable injuries and totally-avoided, perfect precedent for normal exhaustion requirements in a case like mine; and C) overt avoidance of a variety of motions and the topic of redressability whatsoever.**

I am ready for **trial**, but I am dealing with a defense team with a modus operandi of cornered professionals who have run out of answers and have nothing better to say.  Can we discuss **the negotiation of a settlement** with a high potential for reward given the elements of my injuries, after possibly just one conference?

Thanks.  I really hope to hear back soon!

---

**Natashe Washington** <legal@natashewashington.com>                   Mon, Dec 9, 2024 at 6:32 AM
To: bobby gonzales <bgfarcenter@gmail.com>

Hi Bobby, unfortunately I only practice special education law with students who have IEP's so I won't be able to help.
Natashe
[Quoted text hidden]
--
Natashe Washington, Esq.
The Law Offices of Natashe Washington, PC
725 Washington St., Ste 306 Oakland, CA 94607
P: (510) 394-4356   Fax: (510) 868-1932
www.natashewashington.com
Like Us On Facebook

---

**bobby gonzales** <bgfarcenter@gmail.com>                             Mon, Dec 9, 2024 at 8:58 AM
To: Natashe Washington <legal@natashewashington.com>

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Thank You for Contacting Cutter Law

2 messages

---

**Santos, Christina** <csantos@cutterlaw.com>           Tue, Dec 10, 2024 at 10:13 AM
Reply-To: "Santos, Christina" <csantos@cutterlaw.com>
To: "Gonzales, Bobby" <bgfarcenter@gmail.com>

**12/10/2024**
Thank You For Contacting Us

Dear Bobby,

Thank you for contacting our firm regarding your potential case. I am always honored when somebody is willing to give me the opportunity to try to help them and I regret when I have to inform a potential client that I will not be able to help them.

Based upon the information provided, we have decided to decline your invitation to undertake your representation in this matter. This decision to decline your representation on this possible legal claim is not intended as a reflection upon the merits of your case, but rather is a business decision. Please be advised that Cutter Law will not be taking any action on your behalf against any potential defendant.

I understand that contacting our firm was probably not an easy decision to make, and I regret the impersonal nature of this response. However, due to the amount of calls and requests for representation that we receive, sending you a letter is the best way to ensure that we have followed through on your request.

If you decide to proceed with this possible claim, you must act promptly to contact and obtain other counsel as claims and cases must be filed within a statutorily defined time limitations period. We have not determined what limitations period may apply in your case and I stress the need for prompt action on your part if you wish to proceed to ensure that your potential claim is not barred by any applicable statute of limitations.

We appreciate you contacting us about this matter and wish you the best.

       Yours very truly,

       C. Brooks Cutter



**bobby gonzales <bgfarcenter@gmail.com>**

---

## Re: [CalEdAttorney] Contact - new submission
2 messages

---

**Molly Watson** <iep@caledattorney.com>                              Tue, Dec 10, 2024 at 1:38 PM
To: Bobby Gonzales <bgfarcenter@gmail.com>

Hi Bobby,

Thank you for contacting me, but I represent children.

I suggest you try calling Disability Rights Education and Defense Fund to see if they can help you.

And if they cannot help you, if they can refer you to someone who can.

Molly Watson

On Tue, Dec 10, 2024 at 1:06 PM Bobby Gonzales <reply-to+b167b549c374@wixforms.com> wrote:

> **Bobby Gonzales** just submitted your form: Contact
> on CalEdAttorney

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Fwd: AG Law - Contact Us
1 message

---

**Anthony Gonsalves** <anthony@aglaw209.com>                    Tue, Dec 10, 2024 at 1:49 PM
To: bgfarcenter@gmail.com
Cc: JENNIFER CRISANTOS RAMIREZ <Jennifer@aglaw209.com>

I have received your email.  I practice in the counties of the 209 area code only.  If you would like to discus your case, please call Jennifer in my office and book a consultation.

AG

---------- Forwarded message ---------
From: **Bobby Gonzales** <noreply@formleads.surepulse.com>
Date: Tue, Dec 10, 2024 at 1:10 PM
Subject: AG Law - Contact Us
To: <anthony@aglaw209.com>

Hello,

The following website visitor has submitted the following information via Contact Us form on your website:

Name: Bobby Gonzales
Phone Number: 530-523-3822
Email Address: bgfarcenter@gmail.com
Interested In: Criminal, DUI and Juvenile Law Defense
Country: United States
Message: My name is Bobby Gonzales.

As a highly motivated, 10-year student of law, I have been representing myself in court for the last year.   I have done all of the casework and I am very familiar with the elements of my case, standing to make a claim, and important things in the law in general.  I have clearly organized my concrete legal injuries, the causes, disclosures, relief within the court's grasp, and I am currently stuck tangling with a jurisdictional [non]issue by an avoidant defense team and judge.

I am more familiar with my case work than anyone else ever will be.  I just need someone who can effectively get through to the defense team and end this madness according to the incredibly overexerted efforts I have sacrificed over the last 11 years of my life.  Other than a case involving bodily mutilation, how many possible steeper irreparable injures are there that warrant a HIGH REWARD recovery or settlement?

I am ready for trial, but I am dealing with a defense team with a modus operandi of cornered professionals who have run out of answers and have nothing better to say.  Can we discuss the negotiation of a settlement with a high potential for reward given the elements of my injuries, after possibly just one conference?

Thanks.  I really hope to hear back soon!

--
Lead Source: www.justia.com/lawyers/education-law/california

This e-mail was sent from Contact Us form on AG Law https://www.aglaw209.com/contact/ from 52.8.40.91.

--

Sincerely,

AG

Case 8:23-cv-01788-JVS-KES    Document 121   Filed 12/17/24   Page 142 of 158   Page
ID #:1795

I am being accused of A) providing "no" evidence in the face of direct communications with wrongdoers about their wrongdoings in real time, audio exhibits, and more; B) claiming "zero" federal injuries in the face of an obvious due process claim as well as the irreparable injuries and totally-avoided, perfect precedent for normal exhaustion requirements in a case like mine; and C) overt avoidance of a variety of motions and the topic of redressability whatsoever.

I am ready for **trial**, but I am dealing with a defense team with a modus operandi of cornered professionals who have run out of answers and have nothing better to say. Can we discuss **the negotiation of a settlement** with a high potential for reward given the elements of my injuries, after possibly just one conference?

Thanks. I really hope to hear back soon!

---

**Eidy E. Martinez** <emartinez@lozanosmith.com>                     Tue, Dec 10, 2024 at 4:38 PM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>
Cc: Andy Garcia <AGarcia@lozanosmith.com>

Dear Ms. Gonzales,


You recently contacted our office and requested that we provide you with legal representation regarding your matter. Please be advised that Lozano Smith is not able to provide representation for you in this matter because we generally do not represent private individuals in such matters. We regret that we are unable to be of assistance.


This reply is not intended as an opinion of the merits of your matter. We are not expressing an opinion as to whether you should take further action. We are merely indicating that Lozano Smith will be unable to advise, assist, or otherwise represent you in this matter. You should promptly contact another attorney to obtain legal services. You should be aware that there may be strict time limitations within which you must act in order to protect your rights in this matter. These time limits are complex and vary for different types of legal actions.


No attorney-client relation has been formed or exists between you and Lozano Smith regarding this matter. Any information which you furnished to us regarding your request for legal representation in this matter will not be treated as confidential client information and will not be retained. There is no charge for our time.


Again, we are sorry that we cannot be of assistance.


Sincerely,

LOZANO SMITH




**Eidy E. Martinez | Executive Assistant**

7404 North Spalding Avenue, Fresno, CA 93720

T: 559.431.5600 F: 559.447.6585

 **Gmail**

**bobby gonzales <bgfarcenter@gmail.com>**

---

## RE: New submission from Free Evaluation
1 message

---

**Sheri Lang** <sheri@fcacounsel.com>                                    Thu, Dec 12, 2024 at 6:34 AM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>

Mr. Gonzales,

Thank you for reaching out to us. This firm solely handles cases involving the False Claims Act. I'm sorry we cannot assist you with this matter.

We wish you the best,

# Sheri Lang

Office Manager | Paralegal

Bracker & Marcus LLC

3355 Lenox Road | Suite 660

Atlanta, GA 30326

Phone: 770-988-5035 | Fax: 678-648-5544

sheri@fcacounsel.com

www.fcacounsel.com

**CONFIDENTIALITY NOTICE:** This E-mail message and its attachments (if any) are intended solely for the use of the addressee hereof. In addition, this message and the attachments (if any) may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system.

---

**From:** noreply@fcacounsel.com <leads@eversparkinteractive.com>
**Sent:** Wednesday, December 11, 2024 9:49 PM
**To:** leads@eversparkinteractive.com; Sheri Lang <sheri@fcacounsel.com>
**Subject:** New submission from Free Evaluation

**Name***

 Gmail

bobby gonzales <bgfarcenter@gmail.com>

---

## Bobby Gonzales - Non-engagement letter - Abir Cohen Treyzon Salo, LLP

2 messages

---

**Pazmiño Rodriguez, Paula A.** <papazmino@actslaw.com>    Thu, Dec 12, 2024 at 8:47 AM
Reply-To: "Pazmiño Rodriguez, Paula A." <papazmino@actslaw.com>
To: bgfarcenter@gmail.com

Dear   Bobby Gonzales

After careful consideration of the available information concerning your case, including but not limited to the information you provided our office, we regret to inform you that, Abir Cohen Treyzon Salo, LLP has made a determination to decline representation of your interests in this matter.

This letter is not intended as a determination regarding any legal rights, damages or claims you may have against the responsible party. Please be aware that **there are laws and deadlines associated with the statute of limitations period within which you must file a lawsuit** or take other legal action **in order to preserve your rights and interests** .  These laws provide time limits within which you may file a lawsuit.  In this matter, your time to file a lawsuit and/or submit a government claim may be as short as six months or as long as 1-2 years from the date of the incident, depending on the location, responsible parties, and type of incident.

Should you decide to pursue this matter or any potential claims you may have, you should do so as soon as possible by contacting another law firm to represent you.

We thank you for contacting us and wish you the best.

Kindest regards,

Paula Andrea Pazmiño Rodriguez
Intake Manager

16001 Ventura Blvd., Suite 200
Encino, CA 91436
833.ACTS LAW (833.228.7529) (Telephone)
424.288.4368 (Fax)
papazmino@actslaw.com
www.actslaw.com

This E-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This info is confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, Distribution or copying of this communication is strictly prohibited. Please immediately notify Abir Cohen Treyzon Salo, LLP and destroy the message

---

**bobby gonzales** <bgfarcenter@gmail.com>    Thu, Dec 12, 2024 at 10:32 AM

 **Gmail**

**bobby gonzales <bgfarcenter@gmail.com>**

## RE: New CASE REVIEW from MWGJLaw.com
2 messages

**Information Mailbox** <info@mwgjlaw.com>                                    Thu, Dec 12, 2024 at 11:49 AM
To: "bgfarcenter@gmail.com" <bgfarcenter@gmail.com>

Good morning, thank you for your web inquiry regarding your legal matter. Your email was directed to me for response. Our firm is unable to assist at this time, and we will not be taking any action on your behalf. We recommend you contact the Lawyer Referral Service immediately at (805) 650-7599 for additional referrals.

**Deneen M. Poole,**

Business/Accounting Manager

Myers, Widders, Gibson, Jones & Feingold, LLP

(805) 644-7188

---

**From:** Bobby Gonzales <info@mwgjlaw.com>
**Sent:** Wednesday, December 11, 2024 6:50 PM
**To:** Information Mailbox <info@mwgjlaw.com>
**Subject:** New CASE REVIEW from MWGJLaw.com

**Name**

Bobby Gonzales

**Phone**

(530) 523-3822

**Email**

bgfarcenter@gmail.com

**Large Field**

**Terri Anne Smith**

**(530) 677-5830**

Education, Divorce and Family

| view lawyer profile | email lawyer |
|---|---|

☐ Compare     Save

**Grant Randolph Orbach**

**(916) 932-2500**

Education

| view lawyer profile | email lawyer |
|---|---|

☐ Compare     Save

**Michelle Alissa Ball**

**(916) 444-9064**

Education

| view website | view lawyer profile | email lawyer |
|---|---|---|

☐ Compare     Save

**Anthony C. Gonsalves**

**8.5** (2 Peer Reviews)
**(209) 502-6341** Video Conf

| view website | view lawyer profile | email lawyer |
|---|---|---|

☐ Compare     Save

**Molly Watson**

**(530) 273-2740**

Education

| view website | view lawyer profile | email lawyer |
|---|---|---|

☐ Compare     Save

**Paulla Sue Hyatt-McIntire**

**(530) 674-9761**

Education, Business and Estate Planning

| view lawyer profile | email lawyer |
|---|---|

☐ Compare     Save

| **(1)** | **(0)** | ☐ **(0/3)** |
|---|---|---|
| **Recent (1)** | Saved (0) | Compare (0/3) |

**Michael P. Clancey Stewart (aka Michael Patrick Clancey)**

**(916) 920-9470**

Education, International and Military

view lawyer profile

☐ Compare          Save

**Perry Calvin Leonard**

**(877) 573-7772**

Education

| view lawyer profile | email lawyer |
| --- | --- |

☐ Compare          Save

**Emily Elisabeth LaMoe**

**(530) 533-2885**

Education and Employment

| view lawyer profile | email lawyer |
| --- | --- |

☐ Compare          Save

**Dorothy Shelton Landsberg**

**(916) 739-7009**

Education and Employment

| view lawyer profile | email lawyer |
| --- | --- |

☐ Compare          Save

**Edmundo Rogelio Aguilar**

**(916) 319-0860**

Education and Employment

| view lawyer profile | email lawyer |
| --- | --- |

☐ Compare          Save

**Cori Rae Sarno**

**(916) 323-9119**

Education, Civil Rights, Employment and Personal Injury

| view lawyer profile | email lawyer |
| --- | --- |

☐ Compare          Save

| **(1)** | **(0)** | ☐ **(0/3)** |
| --- | --- | --- |
| **Recent (1)** | Saved (0) | Compare (0/3) |

### Lesley Beth Curtis

**(916) 648-2570**
Education and Employment

| view lawyer profile | email lawyer |
|---|---|

☐ Compare     Save

### John Scott Smith

**(916) 646-1400**
Education, Civil Rights, Personal Injury and Real Estate

| view lawyer profile | email lawyer |
|---|---|

☐ Compare     Save

### David Schatz Schapira

**(916) 329-3626**
Education, Administrative and Employment

| view lawyer profile | email lawyer |
|---|---|

☐ Compare     Save

### Anne Maureen Sherlock

**(916) 443-0000**
Education

| view lawyer profile | email lawyer |
|---|---|

☐ Compare     Save

### Paul Jon Hamill

**(916) 440-7720**
Education and Personal Injury

| view lawyer profile | email lawyer |
|---|---|

☐ Compare     Save

### Ali Mansfield

**(916) 654-1181**
Education, Business and Health Care

| view lawyer profile | email lawyer |
|---|---|

☐ Compare     Save

| **(1)** | **(0)** | ☐ **(0/3)** |
|---|---|---|
| **Recent (1)** | Saved (0) | Compare (0/3) |

**Marcella L Gutierrez**

**(916) 329-7433**
Education and Employment

view lawyer profile

☐ Compare          Save

**Alexandra Elizabeth Seymour**

**(916) 584-7015**
Education and Employment

view lawyer profile

☐ Compare          Save

**Jennifer Lynn Stewart-Kemp**

**(916) 335-4160**
Education, Business, Estate Planning and Family

view lawyer profile                    email lawyer

☐ Compare          Save

**Jeremy Wayne Simmons**

**(916) 646-1400**
Education

view lawyer profile                    email lawyer

☐ Compare          Save

**Alesa Rose Schachter**

**(916) 921-5800**
Education, Employment, Legal Malpractice and Personal Injury

view lawyer profile                    email lawyer

☐ Compare          Save

**Erik Andal**

**(209) 694-3421**
Education, Administrative, Business and Consumer

view lawyer profile                    email lawyer

☐ Compare          Save

| **(1)** | **(0)** | ☐ **(0/3)** |
|---|---|---|
| **Recent (1)** | Saved (0) | Compare (0/3) |

**Susan Ann DeNardo**

**(916) 400-2300**

Education, Civil Rights, Employment and Personal Injury

---

view lawyer profile                                    email lawyer

☐ Compare        Save

**Katherine Starn Legrand**

**(916) 319-0860**

Education

---

view lawyer profile                                    email lawyer

☐ Compare        Save

**Edmund Gee**

**(916) 930-2100**

Education and Civil Rights

---

view lawyer profile                                    email lawyer

☐ Compare        Save

**Michael Neal McCallum**

**(916) 977-0854**

Education, Divorce and Family

---

view lawyer profile

☐ Compare        Save

**Donald Omar Thomas III**

**(916) 684-5530**

Education and Employment

---

view lawyer profile

☐ Compare        Save

**Lisa Anne Corr**

**(916) 646-1400**

Education

---

view lawyer profile                                    email lawyer

☐ Compare        Save

| **(1)** | **(0)** | ☐ **(0/3)** |
|---------|---------|-------------|
| Recent (1) | Saved (0) | Compare (0/3) |

### Thomas Joseph Driscoll Jr

**(209) 333-1051**

Education, Business and Real Estate

| view lawyer profile | email lawyer |
|---|---|

☐ Compare        Save

### Shelly Lynn Renner

**(916) 445-9694**

Education, Administrative and Real Estate

| view lawyer profile | email lawyer |
|---|---|

☐ Compare        Save

### Angelique Marlene Huttonhill

**(916) 323-4135**

Education

| view lawyer profile | email lawyer |
|---|---|

☐ Compare        Save

### Edward Joseph Caden

**(916) 729-3172**

Education

| view lawyer profile | email lawyer |
|---|---|

☐ Compare        Save

### Roberta Susan Savage

**(530) 753-4497**

Education

| view lawyer profile | email lawyer |
|---|---|

☐ Compare        Save

### Cynthia Mary Smith

**(916) 443-0000**

Education

| view lawyer profile | email lawyer |
|---|---|

☐ Compare        Save

| **(1)** | **(0)** | ☐ **(0/3)** |
|---|---|---|
| **Recent (1)** | Saved (0) | Compare (0/3) |



**Jean Kathleen Murrell Adams**

ADAMS ESQ
1300 Clay St # 600
Oakland, CA 94612

Licensed for 36 years, Jean Kathleen Murrell Adams is a Education Law lawyer who attended USC Gould School of Law... **read more >**

Favorite    ☐ Compare

**Betsy J Brazy**

Law Office of Betsy Brazy
2532 Santa Clara Ave Ste 193
Alameda, CA 94501

Licensed for 12 years, Betsy J Brazy is a Education Law lawyer who attended Golden Gate University School of Law...

**read more >**

Favorite    ☐ Compare

COMPARE    FAVORITES

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## A Message from Allred, Maroko & Goldberg
1 message

**Veianna Chavez** <amglaw@messages.leaddocket.com>
Reply-To: amglaw_925@messages.leaddocket.com
To: bgfarcenter@gmail.com

Mon, Dec 16, 2024 at 4:44 PM

### ALLRED, MAROKO & GOLDBERG

Dear Bobby Gonzales,

Thank you for contacting our firm regarding your legal matter. Unfortunately, due to our office's present case load and trial commitments, we are not able to consider representing you in any claims you may have as outlined in your intake. You may wish to contact your county's Bar Association for a referral to an appropriate attorney.

Please be informed that in every case there is a time period in which an individual must file a lawsuit or forever lose the right to do so. I have made no attempt to ascertain what that time period is as it pertains to the set of circumstances you describe. In addition, the fact that I cannot represent you should not necessarily be construed to mean that you have no case. If you wish to pursue this matter further, I would strongly urge that you seek a lawyer immediately to evaluate the facts and to advise you as to the time period available within which to file a lawsuit.

Neither this office nor any referring lawyer are your lawyers and no written attorney/client retainer has been entered into with our firm. Our statements are a matter of opinion only and we can make no guarantees. You are free to obtain and solicit other legal advice and we encourage you to do so.

Wishing you the best of luck in your pursuit of justice.

Very truly yours,

Gloria Allred

Allred, Maroko & Goldberg

6300 Wilshire Blvd., Ste. 1500

Los Angeles, CA 90048



**Kristin Noelle Springer**

**Law Office of Kristin Springer**
7293 Valley Trails Dr
Pleasanton, CA 94588

Licensed for 8 years, Kristin Noelle Springer is a Education Law lawyer who attended John F Kennedy University School Of Law... read more >

Favorite    Compare

**Gilbert A Castro**

**Workday**
6110 Stoneridge Mall Rd
Pleasanton, CA 94588

Licensed for 14 years, Gilbert A Castro is a Workers Compensation and Education Law lawyer who attended University of Minnesota Law School...
read more >

Favorite    Compare

Search for attorneys practicing:

Education Law

Located near:

Alameda County, CA

**Search**

Map    Satellite

COMPARE    FAVORITES

 **Gmail**

**bobby gonzales <bgfarcenter@gmail.com>**

## Re: New Lead
1 message

**Rogelio Ruiz** <rruiz@gutierrezinjury.attorney>                    Mon, Dec 16, 2024 at 8:40 PM
To: bgfarcenter@gmail.com

Hello Bobby,

I'm sorry to hear about the situation you are in. Unfortunately, our office will not be able to assist you as our office does not take on those kinds of cases. While we cannot help you, I hope you find the right firm that can help you with your claims.

Best,
**Rogelio Ruiz, Esq.**
LAW OFFICES OF OSCAR H. GUTIERREZ, APC
6086 York Boulevard
Los Angeles, CA 90042
Tel: 323.999.3500
Fax: 323.999.3537
rruiz@gutierrezinjury.attorney
http://gutierrezinjury.attorney/

On Mon, Dec 16, 2024 at 2:56 PM WordPress <info@gutierrezinjury.attorney> wrote:
  From: Bobby <bgfarcenter@gmail.com>
  Subject: [your-subject]

  Message Body:
  My name is Bobby Gonzales.

  As a highly motivated, 10-year student of law, I have been representing myself in court for the last year.  I have done all of the casework and I am very familiar with the elements of my case, standing to make a claim, and important things in the law in general.  I have clearly organized my concrete legal injuries, the causes, disclosures, relief within the court's grasp, and I am currently stuck tangling with a jurisdictional [non]issue by an avoidant defense team and judge.

  Basically, everything started with a photo of a former boss from a warehouse who threatened to retaliate against "my future" which found its way on a university webpage.  Instead of initiating a UC whistleblower investigation, several UC employees went out of their way to A) wrongly perceive me as a protected class as an excuse to make a prejudicial conclusion with unusual knowledge of the events elsewhere, B) breach a duty of care related to safety in dorm housing, C) investigate my student conduct and punish me in a discriminatory or retaliatory manner, D) prevent me from proving allegations and obtaining evidence, E) imposed punishments against university rules, F) delay and obstruct several grievance procedures, and more.  My claims largely rest on due process and several irreparable injuries.  I was officially suspended, but the university made two unofficial, sideways attempts to dismiss me by cutting me off from university online software and assigning me a "permanent" disciplinary probation against university policy that disqualifies me from the financial aid I spent my entire young-adult life working towards.

  I am more familiar with my case work than anyone else ever will be.  I just need someone who can effectively get through to the defense team and end this madness according to the incredibly overexerted efforts I have sacrificed over the last 11 years of my life.  Other than a case involving bodily mutilation, how many possible steeper irreparable injures are there that warrant a HIGH REWARD recovery or settlement?  Instead of addressing the sound exception to the normal requirements for exhaustion of remedies which I have repeatedly raised, the totality is continuously omitted from court rulings, and I keep being wrongly accused of "putting my periods on backwards by professionals who have run out of serious answers."

  I am being accused of A) providing "no" evidence in the face of direct communications with wrongdoers about their wrongdoings in real time, audio exhibits, and more; B) claiming "zero" federal injuries in the face of an obvious due process claim as well as the irreparable injuries and a totally-avoided, perfect precedent for normal exhaustion requirements in a case like mine; and C) overt avoidance of a variety of motions and the topic of redressability whatsoever.



Orange County, CA

**Search**

**G Edmund Siebel Jr**

PO Box Mm
Newport Beach, CA 92662

Licensed for 51 years, G Edmund Siebel Jr is a Education Law lawyer who attended Loyola Law School - Loyola Marymount University... read more >

Favorite    Compare

**Kathleen Muraco Loyer**

946 Calle Amanecer e
San Clemente, CA 92673

Licensed for 27 years, Kathleen Muraco Loyer is a Education Law lawyer who attended Western State College of Law at Argosy University... read more >

Favorite    Compare

COMPARE          FAVORITES



### Brent James North

5000 Birch St
Newport Beach, CA 92660

Licensed for 28 years, Brent James North is a Workers Compensation and Education Law lawyer who attended BYU Law School... **read more >**

🔖 Favorite   ☐ Compare

### Meldie Marie Moore

Moore Law
361 Forest Ave Suite 201
Laguna Beach, CA 92651

Licensed for 30 years, Meldie Marie Moore is a Family Law and Education Law lawyer who attended Pepperdine University School of Law... **read more >**

🔖 Favorite   ☐ Compare

COMPARE   FAVORITES



## Jeffrey Alan Gottlieb

5200 Warner Ave Ste 103
Huntington Beach, CA 92649

Licensed for 22 years, Jeffrey Alan Gottlieb is a Family Law and Education Law lawyer who attended Glendale University College of Law... **read more >**

🔖 Favorite          ▭ Compare

## Douglas William Abendroth

13217 Jamboree Rd
Tustin, CA 92782

Licensed for 42 years, Douglas William Abendroth is a Personal Injury and Health Law lawyer who attended Loyola Law School - Loyola Marymou...
**read more >**

favorite          ▭ Compare

👁 COMPARE          🔖 FAVORITES