1   Robert V. Gonzales
    PO BOX 7804
2   SLT, CA 96158
    Telephone:   530-523-3822
3

4

FILED
CLERK, U.S. DISTRICT COURT
02/28/2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____DVE_____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

5

6                           **UNITED STATES DISTRICT COURT**

7                           **CENTRAL DISTRICT OF CALIFORNIA**

8   ROBERT V. GONZALES,                        **CASE NO.  8:23-CV-01788-JVS(KESx)**

9                       Plaintiff,                        Exhibits C(1-3)

10            v.                                  **Date & Time: No Hearing**

11  THE REGENTS OF THE UNIVERSITY
    OF CALIFORNIA, Et. Al.
12                                               **Dept: 10C**

13                     Defendants.              **Judge: Hon. James Selna**

14

15  CONTENTS

16

17  1. Exhibit C(1) UCIPD Report                        PG. 2-12

    2. Exhibit C(1) Forehead Photos                   PG. 13-15

18  3. Exhibit C(2) LTCC Transcript                   PG. 16-19

19  4. Exhibit C(3) Job Applications 2025             PG. 20-74

20  5. Notice of Filing Deficiency 6/20/24            PG. 75-76

21  6. 2025 Tax Return                                PG. 77

22

23  February 23rd, 2025

24

25

26                                      By: *Bobby Gonzales*
                                             _____
27                                               Robert V. Gonzales

28

DEFENDANTS' INITIAL DISCLOSURES

# UC IRVINE POLICE DEPARTMENT

**410 EAST PELTASON DRIVE    IRVINE, CA 92697    949-824-5223**

## CRIME REPORT

Page 1

Case
20-1791

COPY

| OFFENSES | | | | | | | |
|---|---|---|---|---|---|---|---|

**F/M Offenses**
M  242 PC    Battery On Person

| | |
|---|---|
| **Date Occurred** 11/27/2020 | **Time Occurred** 1558 | **Incident #** 2011270046 |
| **Date Reported** 11/27/2020 | **Time Reported** 1558 | |
| **Related Cases** | | |
| **Date Printed** 02/02/2021 | **Time Printed** 07:23:22 | **Printed By** 208 |
| **Latitude** 33.647280 | **Longitude** -117.825100 | |

| **Location** Arroyo Vista, 1050 Arroyo Dr, Irvine, CA 92617 | **Beat** | **Area** AV | **Disposition** Cleared By Other Means | **Dispo Date** 11/27/2020 |
|---|---|---|---|---|

| **Location Type** Residence Hall - University | **Location of Entry** | **Method of Entry** | **Point of Entry** | **Alarm System** | **Means of Attack (Robbery)** |
|---|---|---|---|---|---|

**Victim**
Gonzales, Robert

| **Drivers License** F2445447 CA | **Cell Phone** 530-307-1581 | **Email** rvgonzal@uci.edu | | | |
|---|---|---|---|---|---|

| **Residence Address** 1050 Arroyo Drive #202A, Irvine, CA 92617 | **Notified of Victim Rights** No | **Residence Phone** 530-307-1581 | **DOB** 04/19/1995 | **Age** 25 | **Sex** M | **Race** W |
|---|---|---|---|---|---|---|

| **Business Name and Address** | **Business Phone** | **Height** 5`5" | **Wt** 140 | **Hair** BRO | **Eyes** BRO |
|---|---|---|---|---|---|

| **Assistance Rendered/Victim Disposition** Refused Aid | **Transporting Agency** | **Means of Attack (Assaults)** Agg Injry:Hands/Fists/Feet:Strong Arm |
|---|---|---|

| **Description of Injuries** Contusion/Bruising | **Other Information** |
|---|---|

**Detention Only**
Setayeshi, Kidra

| **Drivers License** ▮ | **Cell Phone** | **Email** ksetayes@uci.edu |
|---|---|---|

| **Residence Address** ▮ | **Residence Phone** 408-796-2473 | **DOB** ▮ | **Age** 21 | **Sex** M | **Race** O |
|---|---|---|---|---|---|

| **Business Name and Address** | **Business Phone** | **Height** 5`4" | **Wt** 135 | **Hair** BLK | **Eyes** BLK |
|---|---|---|---|---|---|

**Suspect Name**

| **Action Taken** | **Charges** | | | |
|---|---|---|---|---|

| **Residence Address** | **Residence Phone** | **DOB** | **Age** | **Sex** | **Race** |
|---|---|---|---|---|---|

| **Business Name and Address** | **Business Phone** | **Height** | **Wt** | **Hair** | **Eyes** |
|---|---|---|---|---|---|

| **Identifying Features** | **Cell Phone** | **Drivers License** | **Arrest Number** |
|---|---|---|---|

| **Aliases** | **CII** |
|---|---|

| VEHICLES | **Status** | **Vehicle Make and Model** | **License/State** | **VIN** |
|---|---|---|---|---|

| OFFICERS | | | | | |
|---|---|---|---|---|---|

| **Prepared By** 103 - Lopez, Laura | **Date** 11/27/2020 | **Assisted By** | **Approved By** 032 - Chiu, Roland | **Date** 12/31/2020 |
|---|---|---|---|---|

| **Routed To** | **Date** | **Routed To** | **Date** | **Notes** |
|---|---|---|---|---|

UCI POLICE DEPARTMENT
CONTROLLED DOCUMENT
CONFIDENTIAL
RELEASED TO Robert Gonzales
RELEASED BY 354    DATE 2/3/21
WARNING DISSEMINATION CONTROLLED BY LAW

# UC IRVINE POLICE DEPARTMENT

**410 EAST PELTASON DRIVE    IRVINE, CA 92697    949-824-5223**

## CRIME REPORT

Page 1

Case
20-1791

### OFFENSES

| F/M | Offenses | | Date Occurred | Time Occurred | Incident # |
|---|---|---|---|---|---|
| M | 242 PC | Battery On Person | 11/27/2020 | 1558 | 2011270046 |

| Date Reported | Time Reported |
|---|---|
| 11/27/2020 | 1558 |

Related Cases

| Date Printed | Time Printed | Printed By |
|---|---|---|
| 02/03/2021 | 11:31:26 | 208 |

| Latitude | Longitude |
|---|---|
| 33.647280 | -117.825100 |

| Location | | Beat | Area | Disposition | | Dispo Date |
|---|---|---|---|---|---|---|
| Arroyo Vista, 1050 Arroyo Dr, Irvine, CA 92617 | | | AV | Cleared By Other Means | | 11/27/2020 |

| Location Type  Residence Hall - University | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|

| Victim | | Drivers License | Cell Phone | | Email | | | |
|---|---|---|---|---|---|---|---|---|
| Gonzales, Robert | | F2445447 CA | 530-307-1581 | | rvgonzal@uci.edu | | | |

| Residence Address | Notified of Victim Rights | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| 1050 Arroyo Drive #202A, Irvine, CA 92617 | No | 530-307-1581 | 04/19/1995 | 25 | M | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | 5'5" | 140 | BRO | BRO |

| Assistance Rendered/Victim Disposition | Transporting Agency | Means of Attack (Assaults) |
|---|---|---|
| Refused Aid | | Assault: Simple, Not Aggravated |

| Description of Injuries | Other Information |
|---|---|
| Contusion/Bruising | |

| Detention Only | Drivers License | Cell Phone | | Email | | | |
|---|---|---|---|---|---|---|---|
| Setayeshi, Kidra | ▮▮▮▮▮ | | | ksetayes@uci.edu | | | |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | | 21 | M | O |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | 5'4" | 135 | BLK | BLK |

| Suspect Name | Action Taken | Charges |
|---|---|---|
| | | |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| | | | | | |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

| Identifying Features | Cell Phone | Drivers License | Arrest Number |
|---|---|---|---|
| | | | |

| Aliases | CII |
|---|---|
| | |

### VEHICLES

| Status | Vehicle Make and Model | License/State | VIN |
|---|---|---|---|
| | | | |

### OFFICERS

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| 103 - Lopez, Laura | 11/27/2020 | | 032 – Chiu, Roland | 12/31/2020 |

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|
| | | | | |

| UC IRVINE POLICE DEPARTMENT | Page 1 |
|---|---|
| 410 EAST PELTASON DRIVE     IRVINE, CA 92697    949-824-5223 **NARRATIVE** | 20-1791 |

## SYNOPSIS

Suspect Kidra Setayeshi and Victim Robert Gonzales engaged in a fight resulting in Gonzales sustaining numerous injuries to his face and visible redness on his elbows and knees. This is in violation of 242 PC-Battery.

Gonzales signed a private arrest form at approximately 1722 hours.

## NARRATIVE/STATEMENTS

On 11-27-2020, at approximately 1558 hours, Officer Bautista #945 and I (Lopez #946) received a radio call from UC Irvine Dispatch in regards to a call made where people where heard yelling at each other. As I was driving to the location I was advised by dispatch that the two people yelling at each other were males and possibly in an in progress fight. We learned that both males were house mates and lived in the same residential dormitory at Arroyo Vista Housing.

Upon arrival I located one male identified by his California Driver License (#_____) as Kidra Setayeshi standing with Officer Akingbemi #950, while the second male was with Officer Bautista.

I approached Setayeshi who was actively bleeding from his mouth near his top lip. When asked where the blood was from, Setayeshi stated it was from his mouth from his braces. In addition, Setayeshi had some minor redness on the left side of his neck. Officer Akingbemi took pictures of Setayeshi's injuries (see photos).

Orange County Fire Authority (OCFA) arrived on scene and conducted a medical evaluation of Setayeshi and Gonzales. Both refused further medical treatment on scene. Setayeshi was given a band aid for a minor cut while Gonzales was given ice packs for the bruising on his face.

I asked Setayeshi what had occurred with Gonzales, Setayeshi stated the following:

During the altercation Setayeshi verbally asked his smartphone to call 9-1-1 for emergency services. UCIPD dispatch receive the call, however during the call the males were not answering and could be heard screaming at one another. UCIPD Dispatch was able to receive a response from Setayeshi as he was walking outside and away from Gonzales. Setayeshi waited outside until all officers arrived.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 103 | LOPEZ, LAURA | 11/27/2020 | 032 | CHIU, ROLAND | 12/31/2020 |

| | UCI IRVINE POLICE DEPARTMENT | Page 2 |
|---|---|---|
| | 410 EAST PELTASON DRIVE    IRVINE, CA 92697    949-824-5223 **NARRATIVE** | 20-1791 |

After our arrival Gonzales walked out of the building and met with Officer Bautista (See her supplemental for Gonzales interview).

I briefly spoke to Gonzales, below is a summary of my conversation with Gonzales.
Gonzales admitted to me that he initiated the contact by pushing Setayeshi in order to get his attention. After which Setayeshi started screaming at him and both began punching each other. However, during the altercation Setayeshi choked him which caused Gonzales to believe he was going to pass out. Additionally, Gonzales stated to me that Setayeshi kicked him in the head multiple times while grabbing his hair and t-shirt as they were wrestling on the ground.

Gonzales sustained multiple head injuries, swelling on his forehead, as well as a black left eye. Gonzales refused to be transported to the hospital for the injuries obtained from the confrontation.

At approximately 1655 hours, Setayeshi was placed under arrest for violation of PC 242- Battery. Gonzales signed the Private Persons Arrest form at approximately 1722 hours, in the presence of Officer Bautista.

Gonzales returned to his dorm and Setayeshi was rehoused into temporary housing until Arroyo Vista Housing Staff could find him a permanent move.

Both parties were advised to take progression pictures of any injuries obtained and call 9-1-1 if a medical emergency arises from the incident. Additonally, both parties were emailed the UCIPD resource guide.

*It should be noted that both males had made a claim with UCI Arroyo Vista Housing regarding their issues. Arroyo Vista housing confirmed they were currently trying to find a solution to the issue and had not set forth a plan for the individuals. At this time they are aware of the circumstaces and advised they would find a quick solution to avoid further conflicts.*

### CSI/EVIDENCE

Digital Images of Injuries obtained from the fight both victim and suspect (see photos).

### ADDITIONAL INFORMATION
Body Cam Event ID: Event ID: 00:00:00:00:0c:11-113885174

Car Cam Event ID: Event ID: 00:1d:96:02:2f:bf-9744464

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 103 | LOPEZ, LAURA | 11/27/2020 | 032 | CHIU, ROLAND | 12/31/2020 |

| UC IRVINE POLICE DEPARTMENT | Page 1 |
|---|---|
| 410 EAST PELTASON DRIVE    IRVINE, CA 92697    949-824-5223 SUPPLEMENT 1 | 20-1791 |

### Supplemental Report

On 11/27/2020, at approximately 1559 hours, Officer Lopez #946 and I were dispatched to an unknown trouble call at 1050 Arroyo Drive. Dispatch notes indicated that they heard people in the background yelling at each other, saying fuck you. Dispatch informed the responding officers that the reporting party stated they had been punched and hit by the suspect. The suspect was still inside the building and the reporting party was outside of the building waiting for officers outside.

On 11/27/2020, at approximately 1604 hours, Officer Akingbemi #950 and I arrive on scene at 1050 Arroyo Drive. Officer Akingbemi and I made contact with the reporting party, Kidra Setayeshi. Setayeshi was later identified by his California identification. Setayeshi was standing outside of building 1050 Arroyo Drive and appeared to be on the telephone.

While Officer Akingbemi and I approaching Setayeshi, I noticed he had blood in his mouth area. Shortly after, a white male subject walked out of the front door of 1050 Arroyo Drive. The male subject began walking towards Officer Akingbemi and I. I clearly saw the male subject had bruising to his face and his hair was disheveled.

I approached the male subject and asked if he was involved in the fight. The male subject stated, yes. I asked the male subject to walk the opposite direction with me to prevent any further interaction with Setayeshi. Officer Akingbemi stayed with Setayeshi as I walked with the male subject.

The male subject was compliant. The male subject did not have any identification on his person. The male subject verbally identified himself as Robert Gonzales. Gonzales in a UCI student. Gonzales gave me consent to search his person. I did not locate any weapons on his persons.

Soon after, Orange County Fire Authority (OCFA) arrived on scene and Gonzales refused medical attention but accepted two ice packs from OCFA for the bruising on his head. The following is a summary of Gonzales's statement.

### ROBERT GONZALES'S STATEMENT:

Gonzales stated he and Setayeshi had some ongoing conflict for the past week, in regards to Gonzales's food items. Gonzales expressed the tension has built up, which resulted in a physical fight. Both Gonzales and Setayeshi reside at 1050 Arroyo Drive.

On 11/27/2020, at approximately 1550 hours, Setayeshi was inside the kitchen of building 1050 Arroyo Drive, facing the kitchen sink. Gonzales stated he grabbed Setayeshi by the shoulder and turned him around so Setayeshi can acknowledge his presence.

At that point, a physical altercation between Gonzales and Setayeshi began. Gonzales pushed Setayeshi with both hands, towards the refrigerator. The amount of forced Gonzales used during the push, allowed for Setayeshi to stumble backwards towards the refrigerator.

Setayeshi then punched Gonzales in the chest area. Setayeshi used his right arm to choke Gonzales's neck. Gonzales stated his head was at Setayeshi right hip area while being choked. Gonzales stated he had a hard time breathing while being choked by Setayeshi.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 099 | BAUTISTA, MARIANNE | 11/28/2020 | 032 | CHIU, ROLAND | 11/28/2020 |



| UC IRVINE POLICE DEPARTMENT | Page 2 |
|---|---|
| 410 EAST PELTASON DRIVE    IRVINE, CA 92697    949-824-5223 SUPPLEMENT 1 | 20-1791 |

Gonzales stated he was able to wiggle out of the Setayeshi's choke and remove his head from Setayeshi right arm.

The fight between Gonzales and Setayeshi continued, Gonzales stated he slipped because he was wearing slippers and socks. Therefore, Setayeshi grabbed Gonzales's hair and collar area and began to knee Gonzales in the face area approximately 5-10 times.

Gonzales was able to grab Setayeshi's leg and wrestled Setayeshi to the ground. At that point, Setayeshi told Gonzales "I wouldn't do any of this stuff to you." Gonzales replied with "I'm a firsthand black belt, you're lucky you're getting away with this."

Gonzales stated, Setayeshi told his phone, "google call 9-1-1." At that point, Setayeshi's cellphone called 9-1-1 and Setayeshi ran into the living room area of 1050 Arroyo Drive.

Gonzales followed Setayeshi into the living room and punched Setayeshi 5 times in the mouth area. Gonzales yelled at Setayeshi several times to "call the fucking police," while he had his right hand around Setayeshi's neck area. Gonzales stated he was shaking Setayeshi neck while yelling at him to call the police.

Setayeshi ran outside of the building to speak with UCIPD dispatch, while Gonzales stayed inside the building.

**INJURIES:**
Gonzales sustained swelling, redness and bruising to his left eye, redness to his right eye, a 1.5 inch knot to the right side of Gonzales's forehead and redness to both Gonzales's elbows and knees. See photo section for details.

Gonzales had dry blood near his right nostril and cheek area. When I asked Gonzales about the dry blood, Gonzales stated it was not caused by the physical altercation with Setayeshi. The dry blood was from a pimple he popped earlier in the day.

**MEDICAL ATTENTION:**
On 11/27/2020, at approximately 1610 hours, Orange County Fire Authority (OCFA) arrived on scene. OCFA noticed the injuries to Gonzales's face and offered medical attention. At that point, Gonzales refused medical attention but accepted two ice packs from OCFA. Gonzales used the two ice packs for the bruising on his head.

**CSI/EVIDENCE**
Photographs of Gonzales's injuries

**ADDITIONAL INFORMATION**
- Emailed UCIPD Victim's Resource Guide
- Body Cam Event ID: 00:1d:96:02:31:83-7808418

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 099 | BAUTISTA, MARIANNE | 11/28/2020 | 032 | CHIU, ROLAND | 11/28/2020 |

| UC IRVINE POLICE DEPARTMENT | Page 3 |
|---|---|
| 410 EAST PELTASON DRIVE    IRVINE, CA 92697    949-824-5223<br>SUPPLEMENT 1 | 20-1791 |

- Car Cam Event ID: **00:1d:96:02:31:83-7808418**

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 099 | BAUTISTA, MARIANNE | 11/28/2020 | 032 | CHIU, ROLAND | 11/28/2020 |

| UC IRVINE POLICE DEPARTMENT | | Page 1 |
|---|---|---|
| **410 EAST PELTASON DRIVE    IRVINE, CA 92697    949-824-5223** | | |
| **SUPPLEMENT 2** | | 20-1791 |

On 11-27-2020, at approximately 1559 hours, Officer L. Lopez (#946) and Officer M. Bautista (#945) were dispatched to an unknown trouble call at 1050 Arroyo Drive (Arroyo Vista Housing). UCI Police Department dispatch notes advised that people could be heard in the background yelling at each other and saying "fuck you."

At approximately 1601 hours, I requested UCIPD dispatchers attach me to the incident to assist. At approximately 1604 hours, Officer M. Bautista (#945) and I arrived on scene. Upon arrival I observed a male subject, later identified by his California Driver's License as Kidra Setayeshi, talking on his phone and standing outside of 1050 Arroyo Drive. Setayeshi appeared to be disheveled and was bleeding from his mouth (See RIMS Photos section).

Several seconds later, another male subject who was later identified as Robert Gonzales, exited 1050 Arroyo Drive. Gonzales appeared to have several bruises and swelling to his face. Believing that both Setayeshi and Gonzales were involved in a physical altercation, I escorted Setayeshi approximately 20 yards northeast of 1050 Arroyo Drive to prevent any further altercation.

Officer Lopez arrived on scene and began to interview Setayeshi (See Officer Lopez narrative for further). I later took photos of Setayeshi's injuries (See RIMS Photos section).

Sergeant Chiu (918) arrived on scene to assist.

While standing by, a passerby later identified as ███████████████████████████
███████████████████████████

███████████████████████████
███████████████████████████

███████████████████████████
███████████████████████████
███████████████████████████

Body Cam Event ID: 00:00:00:00:0a:b4-78538879

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 080 | AKINGBEMI, NICHOLAS | 11/28/2020 | 032 | CHIU, ROLAND | 11/28/2020 |



I have attempted to contact Gonzales on numerous occasions via telephone and email to further discuss the incident, but he has not responded.

Based on the facts known to me on the day of the incident and with my training and experience, Setayeshi is most at fault for the altercation due to it arising from him touching and "messing" with Gonzales food.

At this time I am unable to determine any further crimes.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 103 | LOPEZ, LAURA | 12/26/2020 | 032 | CHIU, ROLAND | 12/26/2020 |



| UC IRVINE POLICE DEPARTMENT | Page 1 |
|---|---|
| 410 **EAST** PELTASON DRIVE    IRVINE, CA 92697    949-824-5223 **SUPPLEMENT 4** | 20-1791 |

On January 5, 2021 at about 1238 Hours, I received electronic notification from the DA's Office that this case was rejected. The comment's section in the notification stated the reason for the rejection was lack of sufficient evidence to prove this case beyond reasonable doubt. This was a mutual combat fight. Case rejected by DDA Krone, Taylor. I attached a copy of the rejection notification in the attachment section of this report.

I completed a PC 849.5 form and requested Suspected Arrested Setayeshi, Kidra be changed to Detention only.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 044 | SLOAN, JON | 01/05/2021 | 087 | MAHONEY, MATTHEW | 01/05/2021 |



| UC IRVINE POLICE DEPARTMENT | Page 1 |
|---|---|
| 410 EAST PELTASON DRIVE     IRVINE, CA 92697     949-824-5223 | 20-1791 |
| SUPPLEMENT 5 - Means of Attack Classification Change | |

After reviewing the circumstances of this case, I have determined the means of attack to be a simple assault.

On 02-02-21, the means of attack for this case have been changed from aggravated assault to simple assault.

No further details.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 076     PAINTER, MICHELE | 02/02/2021 | 087     MAHONEY, MATTHEW | 02/02/2021 |







# Lake Tahoe Community College

One College Drive ● South Lake Tahoe, CA 96150 ● (530) 541-4660 ● (530) 542-1781 fax

## STUDENT PERMANENT RECORD

```
Robert V. Gonzales                      ID Number: 0613139
PO Box 7804                                   SSN: XXX-XX-2687
South Lake Tahoe, CA  96158             Birth Date: 04/19/95
US
```

```
Transcript Date: 03/13/20                               Page 1 of 4
-----------------------------------------------------------------------
Course     Title                    ND  Grd  R   Points GPA Units
--------   -------------------------- --  ---  -  ------ ---------
                    --- FALL 2013 ---      09/23/2013-12/12/2013
ENG 101    Reading and Composition         D   R     5.00    5.00
EVS 101    Environmental Science           B        12.00    4.00
POL 101    United States Government        C         8.00    4.00

           Attempt   Earned   W,I,NP    P    Points  Divisor  GPA
  Cur. Term  13.00    13.00    0.00   0.00    25.00   13.00   1.92
  Cumulative 13.00    13.00    0.00   0.00    25.00   13.00   1.92

                  --- WINTER 2014 ---     01/06/2014-03/28/2014
ECO 102    Principles of Economics/Micro   C         8.00    4.00
GEL 103    History of Earth and Its Life   B        15.00    5.00

           Attempt   Earned   W,I,NP    P    Points  Divisor  GPA
  Cur. Term   9.00     9.00    0.00   0.00    23.00    9.00   2.56
  Cumulative 22.00    22.00    0.00   0.00    48.00   22.00   2.18

                  --- SPRING 2014 ---     04/07/2014-06/26/2014
ETH 202C   Mex-Amer History:1960-Present   B        12.00    4.00
MAT 152B   Basic Algebra (Part II)         F   R     0.00    4.00
PHS 111    Astronomy                       B        12.00    4.00

           Attempt   Earned   W,I,NP    P    Points  Divisor  GPA
  Cur. Term  12.00     8.00    0.00   0.00    24.00   12.00   2.00
  Cumulative 34.00    30.00    0.00   0.00    72.00   34.00   2.12

                   --- FALL 2014 ---      09/22/2014-12/11/2014
CRJ 101    Intro to Criminal Justice       A        16.00    4.00
ETH 202B   Mex-Amer History:1848-1960      A        16.00    4.00
HIS 111    Hist-US Colonial-18th Century   B        12.00    4.00

           Attempt   Earned   W,I,NP    P    Points  Divisor  GPA
  Cur. Term  12.00    12.00    0.00   0.00    44.00   12.00   3.67
  Cumulative 46.00    42.00    0.00   0.00   116.00   46.00   2.52

                  --- WINTER 2015 ---     01/05/2015-03/27/2015
HIS 112    History of US-19th Century      A        16.00    4.00
POL 107    Political Theory                B        12.00    4.00

           Attempt   Earned   W,I,NP    P    Points  Divisor  GPA
```

Federal Law prohibits access to this record by an unauthorized party without the written consent of the student.

UNOFFICIAL COPY

# Lake Tahoe Community College

One College Drive ● South Lake Tahoe, CA 96150 ● (530) 541-4660 ● (530) 542-1781 fax

## STUDENT PERMANENT RECORD

| | |
|---|---|
| Robert V. Gonzales | ID Number: 0613139 |
| PO Box 7804 | SSN: XXX-XX-2687 |
| South Lake Tahoe, CA  96158 | Birth Date: 04/19/95 |
| US . | |

Transcript Date: 03/13/20                                        Page 2 of 4

| Course | Title | ND | Grd | R | Points | GPA Units |
|--------|-------|----|----|---|--------|-----------|
| Cur. Term | 8.00 | 8.00 | 0.00 | 0.00 | 28.00 | 8.00 | 3.50 |
| Cumulative | 54.00 | 50.00 | 0.00 | 0.00 | 144.00 | 54.00 | 2.67 |

--- SPRING 2015 ---   04/06/2015-06/25/2015

| Course | Title | Grd | Points | Units |
|--------|-------|-----|--------|-------|
| CRJ 104 | Criminal Court Process | A | 16.00 | 4.00 |
| ETH 202A | Mex-Amer Hist: Precolum-1848 | B | 12.00 | 4.00 |
| SOC 107 | Race and Ethnic Relations | A | 16.00 | 4.00 |

| | Attempt | Earned | W,I,NP | P | Points | Divisor | GPA |
|---|---------|--------|--------|---|--------|---------|-----|
| Cur. Term | 12.00 | 12.00 | 0.00 | 0.00 | 44.00 | 12.00 | 3.67 |
| Cumulative | 66.00 | 62.00 | 0.00 | 0.00 | 188.00 | 66.00 | 2.85 |

--- SUMMER 2015 ---   06/29/2015-08/07/2015

| Course | Title | Grd | Units |
|--------|-------|-----|-------|
| CRJ 110 | Introduction to Corrections | W | 4.00 |

| | Attempt | Earned | W,I,NP | P | Points | Divisor | GPA |
|---|---------|--------|--------|---|--------|---------|-----|
| Cur. Term | 4.00 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cumulative | 70.00 | 62.00 | 4.00 | 0.00 | 188.00 | 66.00 | 2.85 |

--- FALL 2015 ---   09/21/2015-12/10/2015

| Course | Title | Grd | Points | Units |
|--------|-------|-----|--------|-------|
| ENG 101 | Reading and Composition | C | 10.00 | 5.00 |
| SPE 101 | Public Speaking | C | 8.00 | 4.00 |

| | Attempt | Earned | W,I,NP | P | Points | Divisor | GPA |
|---|---------|--------|--------|---|--------|---------|-----|
| Cur. Term | 9.00 | 9.00 | 0.00 | 0.00 | 18.00 | 9.00 | 2.00 |
| Cumulative | 79.00 | 66.00 | 4.00 | 0.00 | 201.00 | 70.00 | 2.87 |

--- FALL 2016 ---   09/19/2016-12/08/2016

| Course | Title | Grd | Points | Units |
|--------|-------|-----|--------|-------|
| ENG 103 | Critical Reason: Research Ppr | B | 15.00 | 5.00 |

| | Attempt | Earned | W,I,NP | P | Points | Divisor | GPA |
|---|---------|--------|--------|---|--------|---------|-----|
| Cur. Term | 5.00 | 5.00 | 0.00 | 0.00 | 15.00 | 5.00 | 3.00 |
| Cumulative | 84.00 | 71.00 | 4.00 | 0.00 | 216.00 | 75.00 | 2.88 |

--- WINTER 2017 ---   01/09/2017-03/31/2017

| Course | Title | Grd | R | Points | Units |
|--------|-------|-----|---|--------|-------|
| CRJ 103 | Introduction to Evidence | C | | 8.00 | 4.00 |
| MAT 152B | Basic Algebra (Part II) | F | R | 0.00 | 4.00 |

| | Attempt | Earned | W,I,NP | P | Points | Divisor | GPA |
|---|---------|--------|--------|---|--------|---------|-----|
| Cur. Term | 8.00 | 4.00 | 0.00 | 0.00 | 8.00 | 8.00 | 1.00 |
| Cumulative | 92.00 | 75.00 | 4.00 | 0.00 | 224.00 | 79.00 | 2.84 |

Federal Law prohibits access to this record by an unauthorized party without the written consent of the student.

UNOFFICIAL COPY

# Lake Tahoe Community College

One College Drive ● South Lake Tahoe, CA 96150 ● (530) 541-4660 ● (530) 542-1781 fax

## STUDENT PERMANENT RECORD

```
Robert V. Gonzales                          ID Number: 0613139
PO Box 7804                                      SSN: XXX-XX-2687
South Lake Tahoe, CA  96158               Birth Date: 04/19/95
US  .
```

```
Transcript Date: 03/13/20                                    Page 3 of 4
----------------------------------------------------------------------
Course      Title                         ND  Grd  R  Points GPA Units
--------    ---------------------------   --  ---  -  ------ ------
                   --- SPRING 2017 ---     04/10/2017-06/29/2017
CRJ 131V    ST: Ethics in Law Enforcement     P                 2.00
HIS 113     History of US-20th Cntry-Pres     A       16.00     4.00

            Attempt  Earned  W,I,NP    P    Points  Divisor  GPA
  Cur. Term    6.00    6.00   0.00   2.00   16.00     4.00   4.00
  Cumulative  98.00   81.00   4.00   2.00  240.00    83.00   2.89

                   --- FALL 2017 ---      09/18/2017-12/07/2017
ANT 103     Physical/Biological Anthro        A       16.00     4.00
MAT 152B    Basic Algebra (Part II)           C        8.00     4.00

            Attempt  Earned  W,I,NP    P    Points  Divisor  GPA
  Cur. Term    8.00    8.00   0.00   0.00   24.00     8.00   3.00
  Cumulative 106.00   89.00   4.00   2.00  264.00    87.00   3.03

                   --- WINTER 2018 ---    01/08/2018-03/30/2018
PSY 104     Social Psychology                 B       12.00     4.00

            Attempt  Earned  W,I,NP    P    Points  Divisor  GPA
  Cur. Term    4.00    4.00   0.00   0.00   12.00     4.00   3.00
  Cumulative 110.00   93.00   4.00   2.00  276.00    91.00   3.03

                   --- SPRING 2018 ---    04/09/2018-06/28/2018
MAT 154A    Intermediate Algebra              B       12.00     4.00
POL 206     Intro. to Comparative Govern      A       16.00     4.00

            Attempt  Earned  W,I,NP    P    Points  Divisor  GPA
  Cur. Term    8.00    8.00   0.00   0.00   28.00     8.00   3.50
  Cumulative 118.00  101.00   4.00   2.00  304.00    99.00   3.07

                   --- WINTER 2019 ---    01/07/2019-03/29/2019
MAT 201     Elementary Statistics             B       15.00     5.00

            Attempt  Earned  W,I,NP    P    Points  Divisor  GPA
  Cur. Term    5.00    5.00   0.00   0.00   15.00     5.00   3.00
  Cumulative 123.00  106.00   4.00   2.00  319.00   104.00   3.07

                   --- SPRING 2019 ---    04/08/2019-06/27/2019
ART 103     Art History: Baroque - Contemp    A       16.00     4.00
```

Federal Law prohibits access to this record by an unauthorized party without the written consent of the student.

UNOFFICIAL COPY

# Lake Tahoe Community College

One College Drive ● South Lake Tahoe, CA 96150 ● (530) 541-4660 ● (530) 542-1781 fax

---

## STUDENT PERMANENT RECORD

```
Robert V. Gonzales                         ID Number: 0613139
PO Box 7804                                      SSN: XXX-XX-2687
South Lake Tahoe, CA  96158                Birth Date: 04/19/95
US .


Transcript Date: 03/13/20                               Page 4 of 4
------------------------------------------------------------------
Course      Title                        ND  Grd  R  Points GPA Units
---------   ------------------------     --  ---  -  ------ --------
```



```
                    Attempt    Earned    W,I,NP    P   Points  Divisor  GPA
        Cur. Term      4.00      4.00      0.00  0.00    16.00     4.00  4.00
        Cumulative   127.00    110.00      4.00  2.00   335.00   108.00  3.10

                       --- FALL 2019 ---      09/16/2019-12/12/2019
ANT 112     ANT of the Unexplained              A        16.00      4.00
PSY 101     General Psychology                  A        16.00      4.00

                    Attempt    Earned    W,I,NP    P   Points  Divisor  GPA
        Cur. Term      8.00      8.00      0.00  0.00    32.00     8.00  4.00
        Cumulative   135.00    118.00      4.00  2.00   367.00   116.00  3.16

                       --- WINTER 2020 ---     01/06/2020-03/27/2020
SOC 101     Introduction to Sociology         IN PROGRESS

                    Attempt    Earned    W,I,NP    P   Points  Divisor  GPA
        Cur. Term      0.00      0.00      0.00  0.00     0.00     0.00  0.00
        Cumulative   135.00    118.00      4.00  2.00   367.00   116.00  3.16

                       --- SPRING 2020 ---     04/06/2020-06/25/2020
ANT 107     Magic Witchcraft and Religion     IN PROGRESS
PSY 211     Research Methods and Design       IN PROGRESS

                    Attempt    Earned    W,I,NP    P   Points  Divisor  GPA
        Cur. Term      0.00      0.00      0.00  0.00     0.00     0.00  0.00
        Cumulative   135.00    118.00      4.00  2.00   367.00   116.00  3.16

        TOTALS: ATTEMPT = 135.00  EARNED = 118.00  GRADE.PTS = 367.00 GPA = 3.16

** DEGREES/CERTIFICATES ********************************************************
*                                                                             *
* AA - Associate in Arts Degree Awarded on 12/12/19                           *
* Majors: Liberal Arts                                                        *
* Specializations: Arts & Humanities Emphasis                                 *
*                                                                             *
*******************************************************************************
```

*(vertical text, left margin)* Federal Law prohibits access to this record by an unauthorized party without the written consent of the student.

UNOFFICIAL COPY

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Ski & Ride School Administrative Assistant
1 message

**Indeed Apply** <indeedapply@indeed.com>                                                     Wed, Dec 18, 2024 at 11:38 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

---

**indeed**

---

✓ **Application submitted**

# Ski & Ride School Administrative Assistant



 VR   **Heavenly Mountain Resort**
- CA
★★★★☆ 2,731 reviews

---

The following items were sent to Heavenly Mountain Resort. Good luck!

· Application
· Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few
weeks.

**View your applications**

---



**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Vacation Rental Dispatch Specialist
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                    Fri, Dec 20, 2024 at 4:59 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✓ **Application submitted**

# Vacation Rental Dispatch Specialist



 **Better Talent** - South Lake
Tahoe, CA 96150
★★★★☆ 12 reviews

---

The following items were sent to Better Talent. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Non-Certified Ski Instructor
1 message

**Indeed Apply** <indeedapply@indeed.com>                                    Tue, Dec 24, 2024 at 5:34 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



🌑 **Application submitted**

# Non-Certified Ski Instructor

 **Heavenly Mountain Resort**
- CA                                                          
★★★★☆ 2,731 reviews

---

The following items were sent to Heavenly Mountain Resort. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.



bobby gonzales <bgfarcenter@gmail.com>

---

**Indeed Application: Lead Terrain Park Crew**
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Tue, Dec 24, 2024 at 5:35 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

✅ **Application submitted**

# Lead Terrain Park Crew



**VR**   **Heavenly Mountain Resort**
- CA
★★★★☆ 2,731 reviews

---

The following items were sent to Heavenly Mountain Resort. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Food & Beverage Warehouse Assistant General Manager
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                                     Tue, Dec 24, 2024 at 5:36 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

**indeed**

---

🔘 **Application submitted**

# Food & Beverage Warehouse Assistant General Manager



  **Heavenly Mountain Resort**
- CA
★★★★☆ [2,731 reviews](#)

---

The following items were sent to Heavenly Mountain Resort. Good luck!

- Application
- Resume

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

**Indeed Application: Marketing Specialist**
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                           Tue, Dec 24, 2024 at 5:38 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



⬤ **Application submitted**

# Marketing
# Specialist



 **Heavenly Mountain Resort**
- CA
★★★★☆ 2,731 reviews

---

The following items were sent to Heavenly Mountain Resort. Good luck!

• Application
• Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few
weeks.

**View your applications**

Never share financial info or take job offers without an interview. Learn how to avoid
scams.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

___

**Indeed Application: Delivery Specialist (Driver)**
1 message

___

**Indeed Apply** <indeedapply@indeed.com>                                    Tue, Dec 24, 2024 at 5:40 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

indeed

___



✓ **Application submitted**

# Delivery Specialist (Driver)

 **Heavenly Mountain Resort**
- CA
★★★★☆ [2,731 reviews](#)

___

The following items were sent to Heavenly Mountain Resort. Good luck!

- Application
- Resume

___

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

___

Never share financial info or take job offers without an interview. Learn how to avoid scams.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Application for Temporary Case Manager at Tahoe Coalition for the Homeless
1 message

---

**Tahoe Coalition for the Homeless** <noreply@indeed.com>                     Wed, Jan 15, 2025 at 3:08 AM
To: Bobby Gonzales <bgfarcenter@gmail.com>



Thank you for applying to the Temporary Case Manager
position at Tahoe Coalition for the Homeless.

Unfortunately, Tahoe Coalition for the Homeless has moved
to the next step in their hiring process, and your application
was not selected at this time.

© 2025 Indeed, Inc.

Austin Indeed Tower, 200 West 6th Street, Floor 36, Austin, TX 78701

PRIVACY POLICY | TERMS | HELP

 Gmail

**Bobby Gonzales <baseballstarbobby@gmail.com>**

---

## A notice regarding your Board, Governance, & Policy Assistant Application

1 message

---

**noreply@peopleadmin.com** <noreply@peopleadmin.com>                    Fri, Jan 17, 2025 at 4:17 PM
To: baseballstarbobby@gmail.com

Dear Bobby Gonzales,

Thank you for applying to the position of Board, Governance, & Policy Assistant in the President's Office department. We are moving forward with other candidates at this time but we would like to thank you for giving us the opportunity to learn about your skills and accomplishments. Please keep in mind that this is an open recruitment and your application remains in the recruitment pool for possible further consideration. We also encourage you to continue to apply to any position at LTCC that interests you.


Thank You,

Human Resources
Lake Tahoe Community College District
One College Drive
South Lake Tahoe, CA 96150
(530) 541-4660 ext. 221; FAX: (530) 541-8611
humanresources@ltcc.edu

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Archaeologist
2 messages

---

**Indeed Apply** <indeedapply@indeed.com>                     Tue, Jan 21, 2025 at 9:33 AM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

✓ **Application submitted**

# Archaeologist



 **Tetra Tech Inc.** - California
★★★☆☆ 1,080 reviews

---

The following items were sent to Tetra Tech Inc.. Good luck!

- Application
- Resume

---

### Next steps

- No longer interested in this job? Close this application.

---

### Keep track of your applications

You will receive an application status update from Indeed within a few
weeks.

**View your applications**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

Never share financial info or take job offers without an interview. Learn how to avoid scams.

Please don't reply directly to this automatically generated email message. Environmental Intelligence, LLC has instructed Indeed to automatically send application updates to applicants.

[Quoted text hidden]



bobby gonzales <bgfarcenter@gmail.com>

## Indeed Application: Assistant Manager
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Tue, Jan 21, 2025 at 9:38 AM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



⊘ **Application submitted**

# Assistant Manager



**Lucky Beaver Bar & Burger- Tahoe** -
Stateline, NV 89449

The following items were sent to Lucky Beaver Bar & Burger- Tahoe.
Good luck!

- Application
- Resume

### Next steps

- No longer interested in this job? Close this application.

### Keep track of your applications

You will receive an application status update from Indeed within a few
weeks.

 Gmail

bobby gonzales <bgfarcenter@gmail.com>

---

## Indeed Application: Retail Supervisor
1 message

**Indeed Apply** <indeedapply@indeed.com>                              Tue, Jan 21, 2025 at 9:39 AM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✔ **Application submitted**

# Retail Supervisor

**Margaritaville Resort Lake Tahoe** -
South Lake Tahoe, CA



---

The following items were sent to Margaritaville Resort Lake Tahoe. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

Never share financial info or take job offers without an interview. Learn how to avoid scams.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Multi-Unit Manager
1 message

| | |
|---|---|
| **Indeed Apply** <indeedapply@indeed.com><br>Reply-To: do-not-reply@indeed.com<br>To: bgfarcenter@gmail.com | Tue, Jan 21, 2025 at 9:41 AM |

---



⦿ **Application submitted**

# <u>Multi-Unit Manager</u>



<u>**McDonald's**</u> - South Lake Tahoe, CA

★★★⯪☆ <u>250,306 reviews</u>



---

The following items were sent to McDonald's. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

                                                **bobby gonzales <bgfarcenter@gmail.com>**

# Thank you for your interest in Vail Resorts!
7 messages

---

**Vail Resorts** <vailresortscareers@successfactors.com>                Tue, Jan 21, 2025 at 10:59 AM
Reply-To: Vail Resorts <vailresortscareers@successfactors.com>
To: Bobby Gonzales <bgfarcenter@gmail.com>

Dear Bobby:

Thank you for applying for the position of Hiring & Payroll Coordinator - Ski & Ride School - Full Time - Winter Seasonal -
Heavenly.

Ready to Reach Your Peak and join our team of brave, ambitious and passionate people?  Thanks for considering Vail
Resorts for the next step in your career journey!  Your qualification and experience are currently being reviewed.  You will
hear from us soon.

In the meantime, explore our careers page at www.vailresortscareers.com to find out more about working at Vail Resorts.

Good luck and thanks again for your interest!

Talent Acquisition
Vail Resorts

---

**Vail Resorts** <vailresortscareers@successfactors.com>                Tue, Jan 21, 2025 at 11:02 AM
Reply-To: Vail Resorts <vailresortscareers@successfactors.com>
To: Bobby Gonzales <bgfarcenter@gmail.com>

Dear Bobby:

Thank you for applying for the position of Dispatch Supervisor.

[Quoted text hidden]

---

**Vail Resorts** <vailresortscareers@successfactors.com>                Tue, Jan 21, 2025 at 11:04 AM
Reply-To: Vail Resorts <vailresortscareers@successfactors.com>
To: Bobby Gonzales <bgfarcenter@gmail.com>

Dear Bobby:

Thank you for applying for the position of Experienced Warehouse Worker.

[Quoted text hidden]

---

**Vail Resorts** <vailresortscareers@successfactors.com>                Tue, Jan 21, 2025 at 11:06 AM
Reply-To: Vail Resorts <vailresortscareers@successfactors.com>
To: Bobby Gonzales <bgfarcenter@gmail.com>

Dear Bobby:

Thank you for applying for the position of Lead Base Area Operator.

[Quoted text hidden]

1/21/25, 11:23 AM
Case 8:23-cv-01788-JVS-KES    Document 187    Filed 02/28/25    Page 35 of 77    Page
Gmail - Thank you for your interest in Vail Resorts
ID #:2448

**Vail Resorts** <vailresortscareers@successfactors.com>                   Tue, Jan 21, 2025 at 11:09 AM
Reply-To: Vail Resorts <vailresortscareers@successfactors.com>
To: Bobby Gonzales <bgfarcenter@gmail.com>

    Dear Bobby:

    Thank you for applying for the position of Lead Security.

    [Quoted text hidden]

---

**Vail Resorts** <vailresortscareers@successfactors.com>                   Tue, Jan 21, 2025 at 11:11 AM
Reply-To: Vail Resorts <vailresortscareers@successfactors.com>
To: Bobby Gonzales <bgfarcenter@gmail.com>

    Dear Bobby:

    Thank you for applying for the position of Advanced Distribution Center Associate.

    [Quoted text hidden]

---

**Vail Resorts** <vailresortscareers@successfactors.com>                   Tue, Jan 21, 2025 at 11:13 AM
Reply-To: Vail Resorts <vailresortscareers@successfactors.com>
To: Bobby Gonzales <bgfarcenter@gmail.com>

    Dear Bobby:

    Thank you for applying for the position of Ticket Checker - Housing May Be Available.

    [Quoted text hidden]

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

**Indeed Application: Director of Housekeeping Services - $5k Starting Bonus**
1 message

---

**Indeed Apply** <indeedapply@indeed.com>
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

Tue, Jan 21, 2025 at 11:59 AM

---

## indeed

---

✔ **Application submitted**

# Director of Housekeeping Services - $5k Starting Bonus



HVO
HYATT
VACATION OWNERSHIP

**Marriott Grand Residences Lake Tahoe** - South Lake Tahoe, CA 96150

★★⯪☆☆ [12 reviews](#)

---

The following items were sent to Marriott Grand Residences Lake Tahoe.
Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Sales Administrative Assistant_Sales, Marketing & Revenue Management
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                                Tue, Jan 21, 2025 at 12:01 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

**indeed**

✓  **Application submitted**

# Sales Administrative Assistant_Sales, Marketing & Revenue Management



**Margaritaville Resort Lake Tahoe -**
South Lake Tahoe, CA

---

The following items were sent to Margaritaville Resort Lake Tahoe. Good luck!

•  Application
•  Resume

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: LAW FIRM Bookkeeper
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                           Tue, Jan 21, 2025 at 12:03 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

✅ **Application submitted**

# LAW FIRM
# Bookkeeper



### Plaintiff's Employment Law Firm - Woodland Hills - California

---

The following items were sent to Plaintiff's Employment Law Firm - Woodland Hills. Good luck!

- Application
- Resume

---

### Next steps

- No longer interested in this job? Close this application.

---

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

 Gmail

bobby gonzales <bgfarcenter@gmail.com>

## Indeed Application: Court Executive Officer
1 message

**Indeed Apply** <indeedapply@indeed.com>                          Tue, Jan 21, 2025 at 12:05 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

### indeed

✓ **Application submitted**

# <u>Court Executive Officer</u>



**<u>Superior Court of California, County of Alpine</u>** - Markleeville, CA 96120

The following items were sent to Superior Court of California, County of Alpine. Good luck!

- Application
- Resume

### Next steps

- No longer interested in this job? Close this application.

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

 Gmail

bobby gonzales <bgfarcenter@gmail.com>

---

**Indeed Application: South Lake Tahoe Field Technician**
1 message

**Indeed Apply** <indeedapply@indeed.com>                                    Tue, Jan 21, 2025 at 12:09 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

 indeed

---

✔ **Application submitted**

# South Lake Tahoe Field Technician



**Vacation Rental Assistance**
- South Lake Tahoe, CA



★★★★☆ 2 reviews

---

The following items were sent to Vacation Rental Assistance. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.

Please do not reply directly to this autogenerated email message. If you have any
questions or concerns about your application, please contact Indeed.

---

**indeed**

©2025 Indeed

Austin Indeed Tower, 200 West 6th Street, Floor 36, Austin, TX 78701

Privacy Policy | Terms | Help |

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

___

### Indeed Application: Kitchen Team
1 message

**Indeed Apply** <indeedapply@indeed.com>
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

Tue, Jan 21, 2025 at 12:11 PM

 indeed

✔ **Application submitted**

# Kitchen Team

 **Panda Restaurant Group** -
South Lake Tahoe, CA
★★★☆☆ 6,821 reviews



The following items were sent to Panda Restaurant Group. Good luck!

- Application
- Resume

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

Never share financial info or take job offers without an interview. Learn how to avoid scams.



bobby gonzales <bgfarcenter@gmail.com>

---

## Indeed Application: Assistant Store Manager
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                    Tue, Jan 21, 2025 at 12:12 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

⚫ **Application submitted**

# <u>Assistant Store Manager</u>



 **<u>Bluezone Sports</u>** - SOUTH LAKE TAHOE, CA

★★⯪☆☆  <u>14 reviews</u>

---

The following items were sent to Bluezone Sports. Good luck!

- Application
- Resume

---

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

### <u>View your applications</u>

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.

 Gmail

bobby gonzales <bgfarcenter@gmail.com>

**Indeed Application: Store Manager in Training (MIT)**
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Tue, Jan 21, 2025 at 12:15 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✓ **Application submitted**

# Store Manager in Training (MIT)



 **Insomnia Cookies** - South Lake Tahoe CA

★★★☆☆ 858 reviews

The following items were sent to Insomnia Cookies. Good luck!

- Application
- Resume

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

Never share financial info or take job offers without an interview. Learn how to avoid scams.



bobby gonzales <bgfarcenter@gmail.com>

---

**Indeed Application: Shift Leader**
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Tue, Jan 21, 2025 at 12:23 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✓ **Application submitted**

# Shift Leader

 **Insomnia Cookies** - South
Lake Tahoe CA
★★★☆☆ 858 reviews



---

The following items were sent to Insomnia Cookies. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.



**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Behavior Technician- South Lake Tahoe
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                      Tue, Jan 21, 2025 at 12:26 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

*indeed*

---

✓ **Application submitted**

# Behavior Technician- South Lake Tahoe



### GOALS for Autism, Inc. - south lake tahoe+CA

★★★★☆ 17 reviews

---

The following items were sent to GOALS for Autism, Inc.. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Innkeeper/Manager Resident Couple
1 message

**Indeed Apply** <indeedapply@indeed.com>                                          Tue, Jan 21, 2025 at 12:28 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

 indeed

---

✓ **Application submitted**

# <u>Innkeeper/Manager Resident Couple</u>



**<u>Emerald Bay Lodge</u>** - South Lake Tahoe, CA 96150

---

The following items were sent to Emerald Bay Lodge. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.



bobby gonzales <bgfarcenter@gmail.com>

---

## Indeed Application: Litigation Paralegal (Employment Law)
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                                      Tue, Jan 21, 2025 at 12:34 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

indeed

---

✔ **Application submitted**

# Litigation Paralegal (Employment Law)



**California United Law Group, P.C.** -
California

---

The following items were sent to California United Law Group, P.C.. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

 Gmail

bobby gonzales <bgfarcenter@gmail.com>

---

**Indeed Application: Lobby Attendant**
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                           Tue, Jan 21, 2025 at 12:40 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

✓ **Application submitted**

# Lobby Attendant



**Margaritaville Resort Lake Tahoe** -
South Lake Tahoe, CA

---

The following items were sent to Margaritaville Resort Lake Tahoe. Good
luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few
weeks.

**View your applications**

Never share financial info or take job offers without an interview. Learn how to avoid
scams.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

**Indeed Application: 7321- Jack in the Box - Assistant Manager**
1 message

**Indeed Apply** <indeedapply@indeed.com>                          Tue, Jan 21, 2025 at 12:41 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

 indeed

---

⊘ **Application submitted**

# 7321- Jack in the Box - Assistant Manager



 **Jack in the Box NV** - South Lake Tahoe CA
★★★½☆ 9,091 reviews

---

The following items were sent to Jack in the Box NV. Good luck!

• Application
• Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Lead Budtender Nights
1 message

**Indeed Apply** <indeedapply@indeed.com>                     Tue, Jan 21, 2025 at 12:43 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

✔ **Application submitted**

# <u>Lead Budtender Nights</u>



### <u>Embarc</u> - South Lake Tahoe, CA

★★☆☆☆ <u>3 reviews</u>

---

The following items were sent to Embarc. Good luck!

- Application
- Resume

---

### When will you hear back?

This employer typically responds to applications in 1-2 days.

Candidates are encouraged to respond within 3 days of employer contact.

---

### Next steps



**bobby gonzales <bgfarcenter@gmail.com>**

---

### Indeed Application: Sandwich Artist ® (Sandwich Artist)
2 messages

---

**Indeed Apply** <indeedapply@indeed.com>
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

Tue, Jan 21, 2025 at 12:48 PM



✓ **Application submitted**

# Sandwich Artist ® (Sandwich Artist)

**Subway - 33013-0** - South Lake Tahoe, United States

---

The following items were sent to Subway - 33013-0. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

Never share financial info or take job offers without an interview. Learn how to avoid scams.



bobby gonzales <bgfarcenter@gmail.com>

---

### Indeed Application: 7321 -Jack in the Box - Team Leader
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                          Tue, Jan 21, 2025 at 12:51 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

✅ **Application submitted**

# 7321 -Jack in the Box - Team Leader



 **Jack in the Box NV** - South Lake Tahoe CA

★★★⯪☆ 9,091 reviews

---

The following items were sent to Jack in the Box NV. Good luck!

- Application
- Resume

---

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

### View your applications

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.



bobby gonzales <bgfarcenter@gmail.com>

---

**Indeed Application: Front Desk Agent**
2 messages

---

**Indeed Apply** <indeedapply@indeed.com>                    Tue, Jan 21, 2025 at 12:20 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com





✓ **Application submitted**

# Front Desk Agent

  **Edgewood Tahoe Resort** -
Stateline NV US 89449

★★★☆☆ 242 reviews

---

The following items were sent to Edgewood Tahoe Resort. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

Never share financial info or take job offers without an interview. Learn how to avoid scams.

Please do not reply directly to this autogenerated email message. If you have any questions or concerns about your application, please <u>contact Indeed</u>.

---

## indeed

©2025 Indeed

Austin Indeed Tower, 200 West 6th Street, Floor 36, Austin, TX 78701

<u>Privacy Policy</u> | <u>Terms</u> | <u>Help</u> |

---

**Indeed Apply** <indeedapply@indeed.com>        Tue, Jan 21, 2025 at 12:49 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

## indeed

---

✓ **Application submitted**

# Sandwich Artist ® (Sandwich Artist)



**Subway - 10369-0** - South Lake Tahoe, United States

---

The following items were sent to Subway - 10369-0. Good luck!

- Application
- Resume

---

[Quoted text hidden]

 Gmail

bobby gonzales <bgfarcenter@gmail.com>

---

## Indeed Application: Sales Representative
2 messages

---

**Indeed Apply** <indeedapply@indeed.com>                                    Tue, Jan 21, 2025 at 12:53 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



---

⊘ **Application submitted**

# <u>Sales Representative</u>



<u>**Origin Marketing**</u> - United States

---

The following items were sent to Origin Marketing. Good luck!

- Application
- Resume

---

**Next steps**

- No longer interested in this job? Close this application.

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

Never share financial info or take job offers without an interview. Learn how to avoid scams.

Please do not reply directly to this autogenerated email message. If you have any questions or concerns about your application, please contact Indeed.

**indeed**

©2025 Indeed

Austin Indeed Tower, 200 West 6th Street, Floor 36, Austin, TX 78701

Privacy Policy  |  Terms  |  Help  |

---

**Indeed Apply** <indeedapply@indeed.com>                    Tue, Jan 21, 2025 at 12:54 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

**indeed**

---

✓ **Application submitted**

# Sales Representative



**Pointe Pros LLC** - United States

---

Gmail - Indeed Application: Merchandiser

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Merchandiser
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Tue, Jan 21, 2025 at 12:56 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

 indeed

---

✓ **Application submitted**

# Merchandiser



**Swire Coca-Cola** - South
Lake Tahoe CA US 96150
★★★☆☆ 887 reviews

---

The following items were sent to Swire Coca-Cola. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

## Application received by Superior Court of California, County of El Dorado
1 message

**noreply@governmentjobs.com** <noreply@governmentjobs.com>
To: bgfarcenter@gmail.com

Tue, Jan 21, 2025 at 3:01 PM

*---*---*---*---*---*---*---*---*---*---*---*---*---*---*---*
PLEASE DO NOT REPLY TO THIS EMAIL
If you reply to this email, your reply will *NOT* be read.
*---*---*---*---*---*---*---*---*---*---*---*---*---*---*---*

Dear Bobby Gonzales,

Your application has been received by **Superior Court of California, County of El Dorado** for the **Court Clerk Trainee/Court Clerk - South Lake Tahoe** position at 01/21/2025 03:00 PM Pacific Time

Thank you for applying for employment with Superior Court of California, County of El Dorado. We have received your application and it is under examination.

The examination process may include one or more of the following: application review and evaluation, performance or written test, and/or interview examination. Questions asked during the examination process are based on the knowledge and abilities required to successfully perform the job.

If your application is selected during the examination process, you will receive instructions by email as to the next step in the process.



**bobby gonzales <bgfarcenter@gmail.com>**

## Application received by City of South Lake Tahoe
1 message

**noreply@governmentjobs.com** <noreply@governmentjobs.com>
To: bgfarcenter@gmail.com

Tue, Jan 21, 2025 at 3:04 PM

*---*---*---*---*---*---*---*---*---*---*---*---*---*---*---*---*---*
PLEASE DO NOT REPLY TO THIS EMAIL
If you reply to this email, your reply will *NOT* be read.
*---*---*---*---*---*---*---*---*---*---*---*---*---*---*---*---*---*

Dear Bobby Gonzales,

Your application has been received by **City of South Lake Tahoe** for the **Legal Intern** position at 01/21/2025 03:03 PM Pacific Time

Thank your applying for employment with the City of South Lake Tahoe. We have received your application. **Applications are not reviewed until after the final filing date.  Incomplete application will be disqualified**.

You will receive instructions by email and/or mail as to your next step in the recruitment process.

The examination process may include one or more of the following: application review and evaluation, performance test, written test, and/or oral interview examination.

Questions asked during the examination process are based on the knowledge and abilities required to successfully perform the job.



Bobby Gonzales <baseballstarbobby@gmail.com>

## Application has been Submitted
1 message

noreply@peopleadmin.com <noreply@peopleadmin.com>                    Tue, Jan 21, 2025 at 2:26 PM
To: baseballstarbobby@gmail.com

Dear Bobby,

Thank you for your recent application to the Specialist I, Rising Scholars Program position. As we progress through the application review process, we will be in contact with you via phone or e-mail.

If you no longer wish to be considered for this opening, please login to the applicant portal and proceed to the "Your Application" area to withdraw your application.

Your confirmation number is: CN000005700.

Should you have  questions about your application, please refer first to Support for Applicants below.

Thank you for your interest. We look forward to reviewing your application.

------------------------------------------------------------------

**Support for Applicants**

**How do I know my submitted application has been received?**

This acknowledgement e-mail contains your confirmation number.

**Where can I review my submitted application materials?**

1. Login using your username and password.
2. Select **Your Applications**.
3. Applications are listed under the **Completed Applications** heading.

**How do I make changes to my application once it has been certified and submitted?**

Applications may not be edited once they are certified and submitted.  To request a change, use the contact information provided on the home page. When making a request, specify what section you wish to edit, and attach any documents you wish to add or update. It may not always be possible to make changes to an application. If edits are possible, we may reactivate your application, in which case you will make the changes yourself and re-certify and submit your application; or we may make the requested changes on your behalf.

Examples of change requests:

1. Change/update reference provider e-mail address.
2. Update document.
3. Add document.

Please include your application confirmation number in all communications: CN000005700

Lake Tahoe Community College District is committed to the principles of equal employment opportunity to ensure that all qualified applicants for employment and employees have full and equal access to employment opportunity. Qualified applicants for employment and employees will not be subjected to discrimination in any program or activity of the District on the basis of ethnic group identification, race, color, national origin, ancestry, disability, religion, creed, military or veteran status, marital status, age, sex or gender, sexual orientation, gender identity or gender expression, or on the basis of these perceived characteristics, or based on association with a person or group with one or more of these actual or perceived characteristics.

 Gmail

bobby gonzales <bgfarcenter@gmail.com>

---

## Indeed Application: Activities Ambassador
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Tue, Jan 21, 2025 at 9:31 AM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

indeed

---

 **Application submitted**

# Activities Ambassador



 **Edgewood Tahoe Resort** -
Stateline NV US 89449

★★★☆☆ 242 reviews

---

The following items were sent to Edgewood Tahoe Resort. Good luck!

- Application
- Resume

---

### Keep track of your applications

You will receive an application status update from Indeed within a few weeks.

**View your applications**

---

Never share financial info or take job offers without an interview. Learn how to avoid scams.



**bobby gonzales <bgfarcenter@gmail.com>**

---

## Your recent job application for Deli Manager - 559668
1 message

---

**Albertsons Companies Career Opportunities** <no-reply@albertsons.com>        Tue, Jan 21, 2025 at 11:20 PM
To: bgfarcenter@gmail.com

Hello Bobby,

We sincerely thank you for your interest in the Deli Manager.  We are actively reviewing applications and if your
profile corresponds to our requirements, a member of our Recruiting team will contact you.

If you were requested to provide additional info about your job application, or if you want to manage your profile,
please visit your candidate self-service page by visiting our career site and clicking the person icon in the top
right corner.

Sincerely, Albertsons Companies

Albertsons Companies
Recruiting Team

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

# Application Update for Panda Restaurant Group
1 message

---

**Panda Hiring Assistant from Panda Restaurant Group** <olivia.alerts@paradox.ai>     Wed, Jan 22, 2025 at 12:10 PM
Reply-To: Panda Hiring Assistant from Panda Restaurant Group <olivia.alerts@paradox.ai>
To: bgfarcenter@gmail.com



---

Hi Bobby,

Thank you for your interest in joining the Panda Restaurant Group family. After carefully reviewing your application for the Panda Restaurant Group Kitchen Team position at 3640a South Lake Tahoe Blvd., Unit 400, South Lake Tahoe, CA, 96150, we regret to inform you that we have chosen to not move forward at this time. No worries, though—there's always something new cooking at Panda Restaurant Group.

At Panda Restaurant Group, our mission is to deliver exceptional Asian dining experiences by building an organization where people are inspired to better their lives. We believe in fostering a culture of respect, growth, and community, and we encourage you to explore other opportunities within our organization that may align with your skills and aspirations.

We invite you to stay connected with us and check out our career site for future openings that might be a better fit. We truly appreciate your interest and wish you the best of luck in your job search.

Thank you,

Panda Hiring Assistant

If you no longer want to receive these alerts, you can manage preferences or unsubscribe.

© 2016-2025 Olivia by **Paradox**
6330 E Thomas Rd, Scottsdale, AZ 85251

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Assessment on Base Area Operator (16+) - Action Needed
1 message

---

**Vail Resorts** <vailresortscareers@successfactors.com>                    Sun, Feb 9, 2025 at 1:23 PM
Reply-To: Vail Resorts <vailresortscareers@successfactors.com>
To: Bobby Gonzales <bgfarcenter@gmail.com>

Dear Bobby:

We are excited that you want to come work and play in the mountains with us! As part of your application with Vail Resorts, we ask that you complete a short assessment so that we can learn more about your experience, what excites you about working for our company, and ensure you are matched with the best possible job for your skills and interests.

After clicking the below link, you will be transferred to the assessment page. Please note that it must be completed in one session; you will not be able to save and close mid-way. Take time to read all instructions carefully before responding. After you complete the assessment, a recruiter will contact you to complete the process.

**https://sus.hvue.io/L4-6rg6GRcMqe6Yk**

We are excited to get to know you better and learn about your interest in working for Vail Resorts!

The Vail Resorts Recruiting Team



**bobby gonzales <bgfarcenter@gmail.com>**

## Assessment on Houseperson - Action Needed
1 message

| | |
|---|---|
| **Vail Resorts** <vailresortscareers@successfactors.com><br>Reply-To: Vail Resorts <vailresortscareers@successfactors.com><br>To: Bobby Gonzales <bgfarcenter@gmail.com> | Sun, Feb 9, 2025 at 1:25 PM |

Dear Bobby:

We are excited that you want to come work and play in the mountains with us! As part of your application with Vail Resorts, we ask that you complete a short assessment so that we can learn more about your experience, what excites you about working for our company, and ensure you are matched with the best possible job for your skills and interests.

After clicking the below link, you will be transferred to the assessment page. Please note that it must be completed in one session; you will not be able to save and close mid-way. Take time to read all instructions carefully before responding. After you complete the assessment, a recruiter will contact you to complete the process.

**https://sus.hvue.io/Jms94djsalAnaYaj**

We are excited to get to know you better and learn about your interest in working for Vail Resorts!

The Vail Resorts Recruiting Team

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

## Assessment on Bootfitter - Action Needed
1 message

Vail Resorts <vailresortscareers@successfactors.com>                                    Sun, Feb 9, 2025 at 1:27 PM
Reply-To: Vail Resorts <vailresortscareers@successfactors.com>
To: Bobby Gonzales <bgfarcenter@gmail.com>

Dear Bobby:

We are excited that you want to come work and play in the mountains with us! As part of your application with Vail Resorts, we ask that you complete a short assessment so that we can learn more about your experience, what excites you about working for our company, and ensure you are matched with the best possible job for your skills and interests.

After clicking the below link, you will be transferred to the assessment page. Please note that it must be completed in one session; you will not be able to save and close mid-way. Take time to read all instructions carefully before responding. After you complete the assessment, a recruiter will contact you to complete the process.

**https://sus.hvue.io/56VwN3bRhJXejsps**

We are excited to get to know you better and learn about your interest in working for Vail Resorts!

The Vail Resorts Recruiting Team

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

## Assessment on Rental Associate - Action Needed
1 message

**Vail Resorts** <vailresortscareers@successfactors.com>                          Sun, Feb 9, 2025 at 1:28 PM
Reply-To: Vail Resorts <vailresortscareers@successfactors.com>
To: Bobby Gonzales <bgfarcenter@gmail.com>

Dear Bobby:

We are excited that you want to come work and play in the mountains with us! As part of your application with Vail Resorts, we ask that you complete a short assessment so that we can learn more about your experience, what excites you about working for our company, and ensure you are matched with the best possible job for your skills and interests.

After clicking the below link, you will be transferred to the assessment page. Please note that it must be completed in one session; you will not be able to save and close mid-way. Take time to read all instructions carefully before responding. After you complete the assessment, a recruiter will contact you to complete the process.

**https://sus.hvue.io/Vws1sjm_a1PNEyGq**

We are excited to get to know you better and learn about your interest in working for Vail Resorts!

The Vail Resorts Recruiting Team

Gmail

bobby gonzales <bgfarcenter@gmail.com>

# Indeed Application: Assistant Manager

1 message

**Indeed Apply** <indeedapply@indeed.com> Sun, Feb 9, 2025 at 5:13 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

indeed

**Application submitted**

## Assistant Manager

**Panda Restaurant Group** -
South Lake Tahoe, CA
★★★½☆ 6,841 reviews

The following items were sent to Panda Restaurant Group. Good luck!

- Application
- Resume

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

Never share financial info or take job offers without an interview. Learn how to avoid scams.

                                                    **bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Service Porter
1 message

**Indeed Apply** <indeedapply@indeed.com>                                    Sun, Feb 9, 2025 at 5:17 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✓ **Application submitted**

# <u>Service Porter</u>

**<u>JIM Bagan Toyota</u>** - South Lake
Tahoe, CA



---

The following items were sent to JIM Bagan Toyota. Good luck!

- Application
- Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

<u>**View your applications**</u>

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Outreach and Communications Specialist (California Tahoe Conservancy)
1 message

---

**Indeed Apply** <indeedapply@indeed.com>                              Sun, Feb 9, 2025 at 5:30 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com

indeed

---

⊘ **Application submitted**

# Outreach and Communications Specialist (California Tahoe Conservancy)



 **Great Basin Institute** -
South Lake Tahoe , CA

★★★★☆ 45 reviews

---

The following items were sent to Great Basin Institute. Good luck!

· Application
· Resume

---

**Keep track of your applications**

 **Gmail**

bobby gonzales <bgfarcenter@gmail.com>

---

**Indeed Application: South Lake Tahoe Vacation Rental Cleaners**
1 message

**Indeed Apply** <indeedapply@indeed.com>                                    Sun, Feb 9, 2025 at 5:36 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✓ **Application submitted**

# South Lake Tahoe Vacation Rental Cleaners



 **Vacation Rental Assistance**
- South Lake Tahoe, CA
★★★★½ 2 reviews

---

The following items were sent to Vacation Rental Assistance. Good luck!

• Application
• Resume

---

**Keep track of your applications**

You will receive an application status update from Indeed within a few weeks.

**View your applications**

 Gmail

**bobby gonzales <bgfarcenter@gmail.com>**

---

## Application Update for Panda Restaurant Group
1 message

---

**Panda Hiring Assistant from Panda Restaurant Group** <olivia.alerts@paradox.ai>          Mon, Feb 10, 2025 at 5:14 PM
Reply-To: Panda Hiring Assistant from Panda Restaurant Group <olivia.alerts@paradox.ai>
To: bgfarcenter@gmail.com



---

Hi Bobby,

Thank you for your interest in joining the Panda Restaurant Group family. After carefully reviewing your application for the Panda Restaurant GroupAssistant Manager position at 3640a South Lake Tahoe Blvd., Unit 400, South Lake Tahoe, CA, 96150, we regret to inform you that we have chosen to not move forward at this time. No worries, though—there's always something new cooking at Panda Restaurant Group.

At Panda Restaurant Group, our mission is to deliver exceptional Asian dining experiences by building an organization where people are inspired to better their lives. We believe in fostering a culture of respect, growth, and community, and we encourage you to explore other opportunities within our organization that may align with your skills and aspirations.

We invite you to stay connected with us and check out our career site for future openings that might be a better fit. We truly appreciate your interest and wish you the best of luck in your job search.

Thank you,

Panda Hiring Assistant

If you no longer want to receive these alerts, you can manage preferences or unsubscribe.

© 2016-2025 Olivia by **Paradox**

6330 E Thomas Rd, Scottsdale, AZ 85251

                                    **bobby gonzales <bgfarcenter@gmail.com>**

---

## Indeed Application: Legal Administrative Assistant
1 message

**Indeed Apply** <indeedapply@indeed.com>                    Tue, Feb 11, 2025 at 10:52 PM
Reply-To: do-not-reply@indeed.com
To: bgfarcenter@gmail.com



✓ **Application submitted**

# <u>Legal Administrative Assistant</u>



### <u>Tahoe Immigration Law</u> - South Lake
Tahoe, CA 96150

---

The following items were sent to Tahoe Immigration Law. Good luck!

- Application
- Resume

---

### Next steps

- No longer interested in this job? Close this application.

---

### Keep track of your applications

 Gmail

bobby gonzales <bgfarcenter@gmail.com>

## A message has been posted to your record (EDS-240620-001-3132)
2 messages

**CACD Civil Intake** <no-reply@cacd.uscourts.gov>                    Thu, Jun 20, 2024 at 9:37 AM
To: bgfarcenter@gmail.com

Dear Robert Gonzales

A message has been posted to your record.

Tracking #: EDS-240620-001-3132
Date: 6/20/2024 9:37:33 AM

Dear Filer, are you attempting to file a new action? or file this as a supplemental complaint? You have attached a complaint w/out a case number along with the Notice and exhibits. Please advise. Terri Steele 714-338-2886

If you have any questions, please let us know.

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

**bobby gonzales** <bgfarcenter@gmail.com>                           Mon, Jul 1, 2024 at 12:11 AM
To: CACD Civil Intake <no-reply@cacd.uscourts.gov>

Hi.  I just saw this email.  I did put a case number throughout the document.  Just not where it says supplied by the clerk.

I hope this is not grounds to deny my filing for missing the deadline.  That would be pretty weak.

[Quoted text hidden]



bobby gonzales <bgfarcenter@gmail.com>

---

## A message has been posted to your record (EDS-240620-001-3132)
2 messages

---

**CACD Civil Intake** <no-reply@cacd.uscourts.gov>                    Thu, Jun 20, 2024 at 9:37 AM
To: bgfarcenter@gmail.com

Dear Robert Gonzales

A message has been posted to your record.

Tracking #: EDS-240620-001-3132
Date: 6/20/2024 9:37:33 AM

---

Dear Filer, are you attempting to file a new action? or file this as a supplemental complaint? You have attached a complaint w/out a case number along with the Notice and exhibits. Please advise. Terri Steele 714-338-2886

---

If you have any questions, please let us know.

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

---

**bobby gonzales** <bgfarcenter@gmail.com>                    Mon, Jul 1, 2024 at 12:11 AM
To: CACD Civil Intake <no-reply@cacd.uscourts.gov>

Hi.  I just saw this email.  I did put a case number throughout the document.  Just not where it says supplied by the clerk.

I hope this is not grounds to deny my filing for missing the deadline.  That would be pretty weak.

[Quoted text hidden]

## 2024 W-2 and EARNINGS SUMMARY

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA State Wages, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | | | | |
| Reported W-2 Wages | 2,596.00 2,596.00 | 2,596.00 2,596.00 | 2,596.00 2,596.00 | 2,596.00 2,596.00 |

© 2004 ADP, Inc.

**2. Employee Name and Address.**

ROBERT GONZALES
PO BOX 7804
PO BOX 7804
SOUTH LAKE TAHOE, CA 96158

---

### Employee Reference Copy

**W-2 Wage and Tax Statement 2024**

OMB No. 1545-0008

| d Control number 00040 | LS/FNS | Dept. | Corp. | Employee use only 10 | Batch #99571 |
|---|---|---|---|---|---|

c Employer's name, address, and ZIP code
ALPHA DEFENSE SECURITY CORPORATION
2025 RAPIDS CT
CARSON CITY, NV 89703

b Employer's FEID number 87-0943341
a Employee's SSA number XXX-XX-2687

e Employee's name, address, and ZIP code
ROBERT GONZALES
PO BOX 7804
SOUTH LAKE TAHOE, CA 96158

| 1 Wages, tips, other comp. 2596.00 | 2 Federal income tax withheld 158.90 |
| 3 Social security wages 2596.00 | 4 Social security tax withheld 160.95 |
| 5 Medicare wages and tips 2596.00 | 6 Medicare tax withheld 37.64 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 | 12b |
| 14 Other | 12c |
| | 12d |

| 15 State Employer's state ID no. CA 119-5805 5 | 16 State wages, tips, etc. 2596.00 | 17 State income tax 48.65 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Federal Filing Copy**
W-2 Wage and Tax Statement 2024
Copy B to be filed with employee's Federal Income Tax Return.

---

### CA State Reference Copy

**W-2 Wage and Tax Statement 2024**

c Employer's name, address, and ZIP code
ALPHA DEFENSE SECURITY CORPORATION
2025 RAPIDS CT
CARSON CITY, NV 89703

| d Control number 00040 | LS/FNS | Dept. | Corp. | Employee use only 10 |

b Employer's FEID number 87-0943341
a Employee's SSA number XXX-XX-2687

e Employee's name, address, and ZIP code
ROBERT GONZALES
PO BOX 7804
SOUTH LAKE TAHOE, CA 96158

| 1 Wages, tips, other comp. 2596.00 | 2 Federal income tax withheld 158.90 |
| 3 Social security wages 2596.00 | 4 Social security tax withheld 160.95 |
| 5 Medicare wages and tips 2596.00 | 6 Medicare tax withheld 37.64 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 13 | 12b |
| 14 Other | 12c |
| | 12d |

| 15 State Employer's state ID no. CA 119-5805 5 | 16 State wages, tips, etc. 2596.00 | 17 State income tax 48.65 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**CA State Filing Copy**
W-2 Wage and Tax Statement 2024

---

### CA State Reference Copy

**W-2 Wage and Tax Statement 2024**

c Employer's name, address, and ZIP code
ALPHA DEFENSE SECURITY CORPORATION
2025 RAPIDS CT
CARSON CITY, NV 89703

| d Control number 00040 | LS/FNS | Dept. | Corp. | Employee use only 10 |

b Employer's FEID number 87-0943341
a Employee's SSA number XXX-XX-2687

e Employee's name, address, and ZIP code
ROBERT GONZALES
PO BOX 7804
SOUTH LAKE TAHOE, CA 96158

| 1 Wages, tips, other comp. 2596.00 | 2 Federal income tax withheld 158.90 |
| 3 Social security wages 2596.00 | 4 Social security tax withheld 160.95 |
| 5 Medicare wages and tips 2596.00 | 6 Medicare tax withheld 37.64 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 13 | 12b |
| 14 Other | 12c |
| | 12d |

| 15 State Employer's state ID no. CA 119-5805 5 | 16 State wages, tips, etc. 2596.00 | 17 State income tax 48.65 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**CA State Filing Copy**
W-2 Wage and Tax Statement 2024
Copy 2 to be filed with employee's State Income Tax Return.