Raymond A. Cardozo (SBN 173263)
rcardozo@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorney for Defendants
The Regents of the University of
California, Christopher Coronel, Rameen
Talesh, Janet Nava Cardenas, Kirsten
Quanbeck, Dr. Manny Tau, Anh Pham,
John Gherini

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Robert V. Gonzales, | CASE NO. 8:23-CV-01788-JVS(KESx) |
|---|---|
| Plaintiff, | |
| v. | **NOTICE THAT THE DEFENDANTS CONSIDER CASE CLOSED PENDING FURTHER ORDER OF COURT** |
| The Regents of the University of California et al., | |
| Defendants. | Judge: Hon. James Selna |

Defendants have interpreted the Court's orders in this matter as closing the case and not entertaining further submissions. Nevertheless, Plaintiff Robert Gonzales has continued to unilaterally file papers that lack merit, seek inappropriate relief or both. Defendants do not believe the Court expects or would even want a response on any of these submissions, but also do not want their non-response to result in consequences adverse to them. Thus, to the extent the Court is willing to do so, Defendants would appreciate confirmation from the Court that Defendants need not further respond unless the Court requests one, or any other further guidance that the Court is willing to provide.

Dated:  March 5, 2024                        REED SMITH LLP


By:   /s/ Raymond A. Cardozo
Raymond A. Cardozo

*Attorneys for Defendants The Regents of the University of California, Christopher Coronel, Rameen Talesh, Janet Nava Cardenas, Kirsten Quanbeck, Dr. Manny Tau, Anh Pham, John Gherini*