| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 6 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

Mr. ROBERT GONZALES,

    Plaintiff - Appellant,

 v.

UNIVERSITY OF CALIFORNIA, IRVINE; et al.,

    Defendants - Appellees.

No. 24-4151

D.C. No. 8:23-cv-01788-JVS-KES

Central District of California, Santa Ana

MANDATE

The judgment of this Court, entered December 18, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT