Raymond A. Cardozo (SBN 173263)
rcardozo@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorney for Defendants
The Regents of the University of California, Christopher Coronel, Rameen Talesh, Janet Nava Cardenas, Kirsten Quanbeck, Dr. Manny Tau, Anh Pham, John Gherini

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert V. Gonzales,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>The Regents of the University of California et al.,<br><br>　　　　Defendants. | CASE NO. 8:23-CV-01788-JVS(KESx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' COMBINED MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED THIRD AMENDED COMPLAINT WITH PREJUDICE AND FOR PROTECTIVE ORDER**<br><br>Hearing Date: August 11, 2025<br>Time: 1:30 p.m.<br>Dept.: 10C<br>Judge: Hon. James Selna<br><br>[*Filed concurrently with Notice of Motion and Motion to Dismiss; Declaration of Raymond A. Cardozo*] |

Having considered the parties' submissions and arguments, the Court grants Defendants' Combined Motion to Dismiss Plaintiff's Consolidated Third Amended Complaint and for Protective Order as follows:

- All claims are dismissed for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6);
- All claims are dismissed in their entirety with prejudice;
- Plaintiff is hereby ordered to cease filing or serving any documents in this proceeding, and must either proceed via the state administrative process or cease litigation altogether.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Hon. James Selna
United States District Court Judge