UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Mr. ROBERT GONZALES,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>UNIVERSITY OF CALIFORNIA, IRVINE; et al.,<br><br>    Defendants - Appellees. | No. 25-2983<br><br>D.C. No. 8:23-cv-01788-JVS-KES<br><br>Central District of California, Santa Ana<br><br>MANDATE |

The judgment of this Court, entered June 03, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT